# EXHIBITS A-E

# EXHIBIT A

Cuneo Gilbert & LaDuca, L.L.P.

# CUNEO GILBERT & LADUCA, L.L.P.    Specializing in Litigation a

Home • News Media • Links to D.C. Resources • Privacy • Site Map • Disclai

## LEARN MORE ABOUT US...

Cuneo Gilbert & LaDuca fights for consumers, businesses, workers and governments - using the tools of litigation, lobbying and public advocacy. Our attorneys are seasoned and successful trial lawyers and nationally prom consumer protection and public policy experts. Our experience extends courthouse to Capitol Hill, from the White House to the battle for publi

▶ **AREAS OF PRACTICE**
Attorney Profiles
Litigation
Legislative and Other Advocacy
Organizational Counseling & Strategy

▶ **EXAMPLES OF CURRENT CASES**
Kwikset Locks
Entran II
Baycol
Enron
Hungarian Gold Train

▶ **PAST ACCOMPLISHMENTS**
Joe Camel Tobacco Suit
Metromail Privacy Suit

▶ **CONSUMER INFORMATION CENTER**
What is a "Class Action"?
Why Join a Class Action?
Join a Class Action"
Contact Us

## LATEST NEWS FROM CUNEO GILBERT & LADUCA, L.L.P.:

▶ Federal Judge in Minneapolis Certifies A National Class Of Hundreds Of Stor Against Caribou Coffee Company, Inc.

▶ Guidant Class Action

▶ Unconstitutional Strip Search Civil Rights Class Actions

▶ Caribou Coffee Company, Inc. Sued By Former Managers For Wage and Ove Violations in Nationwide Class Action

▶ Entran II settlement

▶ Gold Train – Proposed Settlement Finally Approved

▶ $13 Million Finding on False "Made in U.S.A." Ads by Leatherman Tools

contact@cuneolaw.com • (202) 789-3960 • Fax (202) 789-1813 • 507 C Street NE • Washington, D.C. 20002
New York Office • Los Angeles Office

©Copyright 2006 Cuneo Gilbert & LaDuca, L.L.P. All Rights Reserved.

# CUNEO GILBERT & LADUCA

## Litigation

We have extensive experience in the local and federal trial and appellate courts, before law enforcement authorities (including regulatory agencies and Independent Counsels), and in varied proceedings before the Congress. In recognition of our legal skills and professional integrity, our firm enjoys Martindale-Hubbell's highest "AV" rating.

We represent individuals, firms, unions and organizations who seek redress from powerful corporations in civil litigation around the country. Our firm is involved in the prosecution of complex, serious cases involving fraud, conspiracy, antitrust violations, privacy violations, and violations of state and federal securities laws, as well as consumer protection and product liability cases, in federal and state courts throughout the United States. Many cases are brought as class actions on behalf of large groups of people, sometimes numbering in the millions. Because of the magnitude and complexity of these cases, we frequently team with other law firms in order to get the best results for our clients. These strategic alliances enable us to take on the largest corporations anywhere in the country.

# CUNEO GILBERT & LaDUCA, LLP

## FIRM PROFILE

Civil Litigation in Federal and State Courts. General Commercial Practice. Administrative, Antitrust, Copyright, Franchise, Health Care, Civil Rights, White Collar Criminal and Securities Law. Government Relations.

## ATTORNEYS

**Jonathan W. Cuneo**, born New York, New York, September 10, 1952. Admitted to the District of Columbia bar, 1977. Admitted to practice before the U.S. District Court, District of Columbia, 1978; U.S. Court of Appeals, District of Columbia Circuit, 1978; United States Supreme Court, 1994; U.S. District Court for the Northern District of New York, 2002; United States Court of Appeals for the Third Circuit, 2004. Education: Columbia College (A.B., 1974); Cornell University (J.D., 1977). Law clerk to Honorable Edward Allen Tamm, U.S. Court of Appeals, District of Columbia Circuit Court (1977-1978). Attorney, Office of the General Counsel, Federal Trade Commission (1978-1981); Counsel, Subcommittee on Monopolies and Commercial Law, House Committee on the Judiciary (1981-1986); General Counsel, Committee to Support the Antitrust Laws (1986-present); General Counsel, National Association of Securities and Commercial Law Attorneys (1988-1996); Legislative Counsel, National Coalition of Petroleum Retailers and Service Station Dealers of America (1988-1994); Arlington County Democratic Committee (1983-1987). Member: District of Columbia Bar Association (Antitrust, Trade Regulation and Consumer Affairs Section; Corporation, Finance and Securities Law Section; Patent, Trademark and Copyright Law Section; and Litigation Section); American Bar Association (Administrative Law and Regulatory Practice Section; Antitrust Law Section; Business Law Section; and Patent, Trademark and Copyright Law Section); Board of Editors, Class Action Reports. Publications: "Judge Tamm and the Evolution of Administrative Law: The Art of Judging," 74 Georgetown L.J. 1595 (1986); "Pulling the Plug on Antitrust Law," The Nation (September 26, 1987) (with Jerry Cohen); "House Takes Up Cause of Discounters," Legal Times, Vol X, No. 30, December 1987; "Supreme Court's `Sharp' Ruling Means Higher Prices, Fewer Choices for Consumers," Manhattan Lawyer, May 31 - June 6, 1988; Chapter, "Consumer Protection -- Federal Trade Commission" as part of "Changing America: Blueprints for the New Administration," edited by Mark Green (1992); "Antitrust and Clinton: Changes on the Horizon" The California Lawyer, February 1993; "Action on Class Actions," The Recorder, April 30, 1997. Faculty Member: "Copyright for the Nineties: What Every Lawyer Needs to Know", a series by West Publishing Company (1990); Guest Lecturer: Southwestern Law School, 1997 and 1998.

□**Main Office**
507 C Street, NE
Washington, DC 20002
Tel (202) 789-3960
Fax (202) 789-1813

□**New York**
Rockefeller Center, 620 Fifth Avenue
New York, NY 10020
Tel (212) 698-4504
Fax (212) 698-4505

□**Los Angeles**
9254 Thrush Way
West Hollywood, CA 90069-1131
Tel (310) 276-9179
Fax (310) 276-9187

□**Maryland**
13507 Rippling Brook Drive
Silver Spring, MD 20906
Tel (301) 460-1812
Fax (301) 460-1813

*Jonathan Cuneo is admitted to practice only in Washington, DC.* ♦ *Pamela Gilbert and Charles LaDuca are admitted to practice in New York and Washington, DC.*
**w w w . c u n e o l a w . c o m**

# CUNEO
# GILBERT &
# LADUCA,
# LLP

**Pamela B. Gilbert**, born New Brunswick, New Jersey, October 3, 1958. Admitted to the New York Bar, 1985; District of Columbia Bar 1986. Admitted to practice in New York and D.C. Education: Tufts University (B.A., 1980); New York University (J.D., 1984). Consumer Program Director, U.S. Public Interest Research Group (1984-1989); Legislative Director, Executive Director, Public Citizen's Congress Watch (1990-1992; 1992-1995); Executive Director, Consumer Product and Safety Commission (1996-2001); Chief Operating Officer, M&R Strategic Services (2001-2002). Member: New York Bar Association; District of Columbia Bar Association; and American Bar Association.

**Charles J. LaDuca**, born Buffalo, New York, September 30, 1974. Admitted to the New York State Bar, 2001; District of Columbia bar, 2002; Third Circuit Court of Appeals, 2004; United States District Court for the Northern District of New York Bar, 2002. Education: George Washington University (B.A., 1996); Catholic University of America (J.D., 2000). Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section); New York State Bar Association; New York State Society.

**David W. Stanley**, born St. Louis, Missouri, May 30, 1944. Admitted to the District of Columbia Bar, 1973; Virginia State Bar, 1972. Admitted to practice before the U.S. District Court, District of Columbia, 1974; U.S. Court of Appeals, District of Columbia Circuit, 1978; U.S. Supreme Court, 1980. Education: University of Virginia (B.A., 1966); University of Virginia School of Law (J.D., 1972). Law clerk to Honorable Gerard D. Reilly, Chief Judge, District of Columbia Court of Appeals (1972-1973). Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, 1973-1984 (Fraud Division, 1981-1984); Assistant Chief Trial Attorney, Division of Enforcement, U.S. Securities and Exchange Commission (1984-1987); Of Counsel, Swidler & Berlin, Chartered (1987-1992). Member: District of Columbia Bar (Corporation, Finance and Securities Law Section; Litigation Section); District of Columbia Bar Association; Assistant U.S. Attorneys Association (President, 1994-1995); Association of Securities and Exchange Commission Alumni; The Barristers.

**Daniel Cohen**, born Detroit, Michigan, January 24,1958, Admitted to the Florida Bar, 1989; District of Columbia Bar, 2001. Education: Ithaca College (B.A. 1981); Western New England School of Law (J.D., 1988). Defense Criminal Trial Attorney, Public Defenders Office, Jacksonville Florida, 1989- 1999. Member: District of Columbia Bar Association (Antitrust and Consumer Law Section, Arts, Entertained, and Sports Law Section); Florida State Bar Association.

# CUNEO
# GILBERT &
# LADUCA,
# LLP

**Steven N. Berk**, born Chicago, Illinois, July 2, 1959. Admitted to the Illinois State Bar, 1985; District of Columbia Bar, 1990; United States District Court for the Northern District of Illinois, 1986; United States District Court for the District of Columbia, 1991; Seventh Circuit Court of Appeals, 1987; Tenth Circuit Court of Appeals, 1994; Fifth Circuit Court of Appeals, 1996; United States Supreme Court, 1995. Education: Washington University (A.B. 1981); London School of Economics (MSc. 1982); Boston College School of Law (J.D. 1985). Associate, Isham, Lincoln & Beale (1985-1987), Jenner & Block (1987-1989, 1994 -1996); Trial Attorney, Office of the General Counsel, United States Securities and Exchange Commission (1989-1990); Assistant United States Attorney for the District of Columbia (1990-1994); Partner, Jenner & Block (1996-2000). **Member**: District of Columbia Bar Association (Antitrust and Consumer Law Section, Corporate Finance and Securities Law Section).

**William H. Anderson**, born Trenton, New Jersey, March 28, 1979. Admitted to the Pennsylvania Bar, 2004. Education: The George Washington University (B.A., cum laude 2000); American University (J.D., 2004). Law clerk to the Honorable Rhonda Reid Winston, Superior Court, District of Columbia (2004-2005). Member: Metropolitan Washington Employment Lawyers Association; Charlotte E. Ray, American Inns of Court.

## COUNSEL TO THE FIRM

**Michael G. Lenett**, born New York, New York, February 24, 1962. Admitted to the District of Columbia bar, 1990; Maryland State bar, 1989; Virginia State bar, 1988 (resigned 1994). Admitted to practice before the U.S. District Court, District of Columbia, 1999; U.S. Supreme Court, 1992; U.S. Court of Appeals for the Tenth Circuit, 1991; U.S. Court of Appeals for the Ninth Circuit, 1990. Education: Brandeis University (B.A., with Honors, magna cum laude 1984); Georgetown University (M.A., 1988); Georgetown University (J.D., 1988); Georgetown University (LL.M., with Distinction 1992); Senior Articles and Notes Editor, American Criminal Law Review. Associate, McGuire, Woods, Battle and Boothe (1988-1990); Staff Attorney (1990-1991), Senior Counsel (1991-1993) and Special Counsel (1993), Office of the General Counsel, U.S. Securities and Exchange Commission; Adjunct Professor, The National Law Center, George Washington University (1992-1993); Counsel, Subcommittee on Antitrust, Monopolies, and Business Rights, Committee on the Judiciary, United States Senate (1993-1995); Democratic Counsel, Committee on the Judiciary, United States Senate (1995-1996). Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section; Litigation Section); Maryland State Bar Association; Bar Association of Montgomery County; American Bar Association (Government and Public Sector Lawyers Division; Young Lawyers Division; Business Law Section; Litigation Section). Publications: "Taking A Bite Out of Violent Crime," University of

CUNEO
GILBERT &
LaDuca,
LLP

Dayton Law Review (March, 1995); "The SEC Enters the ADR Zone," Business Law Today (ABA, Jan./Feb. 1993) (coauthored); "Recent SEC & SRO Enforcement Initiatives Regarding Broker-Dealer Supervision & Compliance," Second Annual Supervisory & Compliance Seminar (Prentice Hall Law & Business, 1990) (coauthored); "Enforcement Issues Arising From the Operations of Penny Stock Broker-Dealers," Insider Trading, Fraud & Fiduciary Duty Under the Federal Securities Laws (ALI-ABA, 1990) (coauthored); "Compliance Officers' Supervisory Responsibilities: The Chambers Case," 4 Insights 1 (July, 1990) (coauthored); "Defending SEC Insider Trading Investigations," Insider Trading, Fraud & Fiduciary Duty Under the Federal Securities Laws (ALI-ABA, 1989) (coauthored); "Fifth Amendment Limitations on Compelled Production of Evidence," 25 American Criminal Law Review 509 (Winter, 1988); "Airport Searches and Seizures: The Pulido Court's Response to Terrorism," 25 American Criminal Law Review 549 (Winter, 1988).

Jon Anders Tostrud, born St. Paul, Minnesota, February 6, 1969.  Admitted to the Minnesota bar, 1994; California Bar, 1999.  Education: St. Olaf College (B.A., 1991); William Mitchell College of Law (J.D., 1994).  Specialities: Civil Rights Class Action; Wage and Hour, Employee Misclassification and Consumer Class Actions.

# EXHIBIT B

# TODD & WELD LLP
### ATTORNEYS AT LAW

*OFFERING THE HIGHEST LEVEL OF TRIAL ADVOCACY*

## THE MISSION

In 1992, the founders of Todd & Weld LLP established a firm of trial lawyers committed to offering the highest level of trial advocacy. It was the founders' mission to apply the lessons learned in years of litigation practice and courtroom battles and establish a cutting edge, creative, and focused trial firm which employed state-of-the-art technology, enthusiastic staff, and creative and driven attorneys. With uncompromising dedication to its mission, Todd & Weld LLP has grown into what is now recognized as a preeminent trial firm. The Firm has been recognized for high professional legal standards and ethics in the Bar Register of Preeminent Lawyers.

## PREPARATION AND READINESS SET TODD & WELD APART

Experience teaches that over ninety percent of individual and business disputes are resolved without trial. The negotiation of a favorable settlement requires the same thorough preparation as well as skillful and knowledgeable use of the law that has earned Todd & Weld LLP its reputation for winning at trial. We have learned over the years that the best way to achieve a favorable settlement is to prepare to win at trial.

## EFFICIENCY IS A HALLMARK OF TODD & WELD

We develop a personalized, creative, and streamlined approach in each case to obtain a favorable result within the available resources of the client. In implementing this philosophy, we have re-examined and improved on the traditional approach to litigation. Our attorneys evaluate each client's situation, identify objectives, and devise a strategy for effectively attaining those goals. Through the early and thorough establishment of a case strategy, appropriate staffing, and the utilization of the most modern technology, we maximize the outcome and minimize our client's expense.

## LARGE FIRM EXCELLENCE AT SMALL FIRM FEES

This is not only our ideal but also a reality at Todd & Weld LLP. Nearly all of our attorneys were trained in Boston's largest law firms, including the founding partners, all of whom practiced at Hale and Dorr. One founder, J. Owen Todd, practiced law for twenty-eight years at Hale and Dorr before his appointment as a Justice of the Massachusetts Superior Court in 1988. He is a fellow of the American College of Trial Lawyers and the President of the Massachusetts Trial Lawyers Association. Collectively, the partners have been involved in every type of trial and litigation setting, including complex commercial disputes, class actions, intellectual property, securities litigation, employment litigation, criminal defense, personal injury and medical malpractice, products liability, eminent domain and land use, and divorce and probate litigation. The Firm has grown steadily since 1992 from six attorneys to its current size of thirty-attorneys through a steady stream of referrals from individuals, companies, and attorneys from all over the world. Indeed, we are proud that we have been asked to represent many lawyers and law firms.

## AT TODD & WELD, WE BASE OUR SUCCESS ON YOUR RESULTS

Our successes on behalf of clients, both large and small, well-known or not, are consistent. Each and every result, in each and every case, is important to us. Each is a measure of our own success. Whether you are new to litigation or general counsel of a company that often employs trial attorneys, you will notice quickly what sets Todd & Weld LLP apart.

### *CLASS ACTIONS AND MASS TORTS*

Todd & Weld LLP has represented both plaintiffs and defendants in mass torts and class actions. We have successfully defended an automobile distributor against a putative class of dealers claiming over five hundred million in damages. Todd & Weld LLP attorneys also participated in the recent trial in Massachusetts wherein law firms sought to enforce the fee agreement against the Commonwealth arising out of the national tobacco litigation and settlement. The Firm represented a high-ranking clergyman in connection with a multitude of claims arising out of the sex abuse scandal involving the Archdiocese of Boston of the Catholic Church. Partners of Todd & Weld LLP were class counsel in an action against the manufacturer of certain radiant heating hose that resulted in a settlement on behalf of the class that exceeded $300,000,000. The Firm is also counsel of record for a putative class in an MDL action involving certain heart monitoring devices. Todd & Weld LLP is also representing two defendants in a putative class action involving allegedly defective deck screws on a national level. Todd & Weld LLP has also been involved in numerous tort actions and has achieved multi-million dollar verdicts and settlements.

### *ATTORNEYS PRIMARILY INVOLVED IN TELEPHONE EXCISE TAX LITIGATION*

**Christopher Weld, Jr.**   Mr. Weld is a founding partner of the firm of Todd & Weld LLP.

Mr. Weld received his Bachelor's degree from Stanford University with honors and received his *juris doctor* degree from Boston College Law School, *magna cum laude*. He was a member of the Order of the Coif and Boston College Law Review. He was admitted to practice in the Commonwealth of Massachusetts in 1981 and has practiced in that jurisdiction as well as several others over the past twenty-four years. During that time, he has been involved in the litigation and resolution of complex cases in many areas including construction-related claims exceeding seventy-five million dollars.

Mr. Weld enjoys an "AV" rating from Martindale-Hubbell and has twice been named a "Super Lawyer" in business litigation, a designation afforded to only five percent of practicing attorneys in Massachusetts.

Mr. Weld is currently class counsel assisting in the administration of a $300,000,000 settlement and is counsel of record for several putative classes. Mr. Weld is also defense counsel in a putative national class action involving deck screws.

**Kevin T. Peters**   Mr. Peters is a partner at Todd & Weld LLP.

Mr. Peters devotes his practice to civil litigation and is focused on representing primarily plaintiffs in connection with tort claims and class actions. Mr. Peters graduated *cum laude* from Suffolk University Law School in 1987 and was a member of the Law Review. He was admitted to practice in Massachusetts in 1987. He currently enjoys an "AV" rating from Martindale-Hubbell.

Mr. Peters has been involved in the prosecution and trial of cases resulting in multi-million dollar verdicts. He has extensive experience litigating in both Massachusetts state courts, United States district courts and various states' courts around the country in which he has been admitted *pro hac vice*. He is currently class counsel assisting administering a $300,000,000 settlement and counsel of record on behalf of several putative classes.

# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOAN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>Acting By and Through The INTERNAL<br>REVENUE SERVICE c/o United States<br>Department of Justice,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case Number: 1:06CV00483**
**Judge: Ricardo M. Urbina**

## Declaration of Robert J. Cynkar

I, Robert J. Cynkar, do hereby declare:

1.  I am a member of the Bars of the District of Columbia, the Commonwealth of Virginia, and the State of Illinois. I am also a member of the Bar of the United States Supreme Court, and the Bars of the United States Courts of Appeals for the District of Columbia, Second, Third, Fourth, Fifth, Sixth, Eleventh, and Federal Circuits.

2.  I am a 1977 graduate of the New York University School of Law, where I served on the Law Review. After graduation, I practiced law in Washington for two years with Fried, Frank, Harris, Shriver & Kampelman doing civil litigation. From 1979 to 1983, I served on the Staff of the United States Senate Committee on the Judiciary. From 1983 to 1985, I was an Assistant United States Attorney in the Eastern District of Virginia, handling criminal prosecutions. Thereafter I served as a Special Assistant to Attorney General Edwin Meese and as a Deputy Assistant Attorney General in charge of the over 100 lawyers in the Federal Programs Branch and the Office of Consumer Litigation in the Justice Department's Civil Division. In that capacity, I was responsible for the Justice Department's defense in the federal district courts of the programs and regulatory initiatives of nearly all of the federal departments and agencies. This litigation ran the gamut of constitutional and statutory issues that could be raised by federal action. I personally argued many of the most sensitive or controversial of these cases.

3.  In 1988, I left government service to enter private practice. I joined Shaw, Pittman, Potts & Trowbridge as an associate, and subsequently became a partner, specializing in litigation primarily involving regulatory and constitutional matters (including tax litigation). In 1996, I became a founding partner of the firm now known as Cooper & Kirk, focusing on similar litigation. Since January, 2004, I have been a partner

in the law firm of Egan, Fitzpatrick, Malsch, & Cynkar PLLC ("EFMC"). EFMC specializes in highly complex litigation and regulatory matters, often involving technical, environmental, and constitutional issues.

4. EFMC has been engaged by as many as 18 national governments, the United States Government, four U.S. States, and several municipalities, as well as individuals, companies, and non-profit organizations.

5. EFMC has participated in two large class actions, including a securities fraud case representing thousands of plaintiff-shareholders, and a radiation tort case representing 10,000 laborers at a Department of Energy facility in Kentucky. We are currently involved a third tort case in which our motion to certify a class of approximately 1,000 workers exposed to toxic dust at Yucca Mountain, Nevada, is pending.

6. EFMC is currently representing a national seniors organization, the United Seniors Association, serving as statutory private attorney general on behalf of Medicare, seeking to recover from the major tobacco companies Medicare's expenditures for certain smoking-related diseases. The potential liability at stake in that case has been estimated at exceeding $60 billion and encompasses the medical expenses of Medicare beneficiaries across the nation.

7. EFMC has participated in other highly complex litigation, including cases exceeding one billion dollars in value. For example, EFMC is the lead firm representing the State of Nevada in all matters involving the proposed Yucca Mountain nuclear waste repository in southeastern Nevada. This representation has included approximately 10 cases in the United States Court of Appeals for the District of Columbia Circuit and the largest-ever nuclear licensing case at the Nuclear Regulatory Commission. The firm is currently representing a European government in what promises to be a precedent-setting case concerning the dumping of radioactive waste in the seas.

8. Along with the other members of the Plaintiffs' legal team, EFMC is committed to expend whatever attorney, expert and other resources are necessary to prosecute this case on behalf of the Plaintiff Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2006.

_____
Robert J. Cynkar

2

# EXHIBIT D

## CHARLES TIEFER

3904 Woodbine Street
Bethesda, MD 20816

(301) 951-4239
ctiefer@ubalt.edu

## EMPLOYMENT

**Professor (formerly Associate Professor)**   1995 to present
University of Baltimore School of Law

**General Counsel (Acting)** 1993-4
**Solicitor (and Deputy General Counsel)** 1984-95
U.S. House of Representatives
Chief House litigator for a decade.  Argued numerous major cases on separation of powers, public policy, and the constitutionality of statutes.

**Special Deputy Chief Counsel**, U.S. House Iran-Contra Committee, 1987
**Assistant Senate Legal Counsel**, 1979-84
**Trial Attorney**, U.S. Department of Justice, Civil Rights Division, 1978-79
**Court Law Clerk**, U.S. Court of Appeals for the D.C. Circuit, 1977-78

## EDUCATION

| | |
|---|---|
| Law | **Harvard Law School**, Cambridge, Mass.<br>JD, *magna cum laude*, 1977;<br>Assistant editor, Harvard Law Review 1976-7 |
| College | **Columbia College**, New York, N.Y.<br>BA, *summa cum laude*, 1974. |

## SELECTED RECENT PUBLICATIONS

Veering Right (U. Cal. Berkeley 2004)
Government Contract Law (Carolina Acad. Press 1999; 2d ed 2004)(w/ W. A. Shook).
The Semi-Sovereign Presidency (Westview Press 1994).
Congressional Practice and Procedure (Greenwood Press 1989)(1000-page treatise)
"How to Steal a Trillion: The Uses and Abuses of Laws About Lawmaking in 2001," 17
     J. L & Pol. 409 (published 2003 - Summer 2001 issue)
"President Bush's First Executive Privilege Claim," 33 Pres. Studies Q. 201 (2003)
"The Reconceptualization of Legislative History in the Supreme Court," 2000 Wisc. L.
     Rev. 205-277
"The Specially Investigated President," 5 U. Chicago Roundtable 143-204 (1998)

# EXHIBIT E



The Firm

About LB3

Articles about LB3

Our Colleagues

Some of Our Clients

Contact Us

Search

## The Firm

Levine, Blaszak, Block & Boothby, LLP (LB3) is the telecommunications and IT law firm dedicated to the representation of enterprise users. LB3 has extensive experience in negotiating custom network service agreements, wireless agreements, network outsourcings, and related transactions on behalf of large users and information technology companies; assisting enterprise customers when their agreements with carriers "go south;" and representing the interests of enterprise customers before the Federal Communications Commission and other regulatory bodies.

We welcome you, and hope that you will use this site to learn more about LB3, our services, and our colleagues, and share our telecom knowledge and resources.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby    All rights reserved.

Levine, Blaszak, Block & Boothby, LLP



The navigation bar: The Firm  LB3 Attorneys  Newsworthy  Our Practice  LB3 Wisdom  Teammates

REGISTER TO RECEIVE OUR NE...

| The Firm | LB3 Attorneys | Newsworthy | Our Practice | LB3 Wisdom | Teammates |

# Tax Refunds

February 2006 FET Update:

**Our Practice**

Telecom Transactions
and Network-Related
Agreements

Communications
Regulatory Advice and
Advocacy

Technology
Transactions

Disputes-Workouts &
Litigation

Search [  ]

### LB3 Follows Up Win in the Sixth Circuit with Argument in the Third Circuit

With a victory in the Sixth Circuit on November 2, 2005, LB3 has won six straight cases on behalf of enterprise customers seeking refunds of the 3% federal excise tax on communications services ("FET"), including two victories at the appellate level. A month later, the D.C. Circuit sided with a taxpayer on a similar claim, bringing the score in the FET litigation to Taxpayers 9 — IRS 0. On January 27, 2006, LB3's Hank Levine argued another appeal in the FET litigation before the Third Circuit; oral arguments in the Second and Federal Circuits are scheduled to occur in the spring of 2006.

Meanwhile, LB3 continues to file new refund claims on behalf of enterprise customers for wireless and wireline services. As described below, the government has not given up collecting the FET, which means that it is essential that enterprise customers continue to file for refunds of the tax.

### Background

The FET has bedeviled enterprise customers for decades. Under the Internal Revenue Code, the tax applies to long distance service when the charge for each individual call varies with "distance *and* elapsed transmission time." But pricing for long distance services is no longer distance sensitive: carriers charge the same price for a call from New York City to Pittsburgh as they do for a call from New York City to Los Angeles. Because the prices of these services are "postalized" (*i.e.*, do not vary with distance), the FET should be inapplicable.

Despite the plain language of the Internal Revenue Code, since 1979 the IRS has maintained that Congress intended to tax *all* long distance voice service, even if the underlying rates are not distance sensitive. The Federal Court of Claims, five Federal District courts and two Courts of Appeal have now told the Service that it cannot ignore the plain language of the statute; the lone District Court judgment in favor of the government was reversed on appeal.

The stakes are significant: enterprise customers stand to recover as much as 3% of their annual spend on intrastate, interstate, and international voice minutes going back three years, which can add up to millions of dollars. And filing these claims neither upsets the telecom vendor (the carriers are merely collection agents for the IRS) nor creates a shortfall (taxes do not contribute to a customer's minimum commitment).

### Enterprise Customers Decide to Take on the FET

Since May 2003, LB3 has filed refund lawsuits on behalf of six of its clients. After an initial setback in a U.S. District Court in Florida — where the court accepted the government's argument that "and" in "distance and elapsed transmission time" really means "or" — courts in seven subsequent cases (five brought by LB3) rejected the Florida court's reasoning and ruled

Levine, Blaszak, Block & Boothby, LLP                                    Page 2 of 2

in the taxpayer's favor. Here is the scorecard to date on the cases brought by LB3:

- <u>OfficeMax, Inc. v. United States</u>. *The trial court granted summary judgment in favor of the taxpayer, which is claiming $384,000 in refunds. On November 2, 2005, the U.S. Court of Appeals for the Sixth Circuit <u>affirmed</u> the lower court's ruling. The government has sought rehearing en banc.*
- <u>Fortis, Inc. v. United States</u>. *The trial court granted summary judgment in favor of the taxpayer, which is claiming $434,000 in refunds. The government has appealed.*
- <u>Reese Bros., Inc. v. United States</u>. *The trial court granted summary judgment in favor of the taxpayer, which is claiming $335,000 in refunds. The government has appealed to the Second Circuit.*
- <u>Honeywell International, Inc. v. United States</u>. *A trial court granted summary judgment in favor of the taxpayer. The government has appealed to the Federal Circuit.*
- <u>American Bankers Insurance Group v. United States</u>. *A panel of the U.S. Court of Appeals for the Eleventh Circuit reversed the trial court's decision in favor of the government and ordered entry summary judgment in favor of the taxpayer, which sought (and has now received) over $360,000 in refunds. The government decided not to seek certiorari from the Supreme Court.*
- <u>Convergys, Inc. v. United States</u>. *The taxpayer is claiming over $6 million in refunds in this action, which was held in abeyance pending Sixth Circuit decision in OfficeMax. Now that the Sixth Circuit has ruled, the case will be re-activated.*

LB3 anticipates filing several additional cases in the near future.

**IRS to Carriers: Ignore the Eleventh Circuit, Keep Collecting FET**

Despite its reversals in the courts, the IRS continues to require the carriers to collect the FET. In an almost unprecedented decision not to recognize that a Court of Appeals decision is law in the Circuit in which it was decided, on October 26, 2005, the IRS instructed carriers to continue collecting FET, "including from taxpayers within the jurisdiction of the United States Court of Appeals for the Eleventh Circuit." One publication summed up the Service's decision this way :"<u>IRS Announces That It Will Violate Court of Appeals Ruling Regarding Excise Tax on Phone Service.</u>" The bottom line is that FET refunds are not automatic — enterprise customers won't get refunds unless they continue to file for them.

**Conclusion**

LB3, on behalf of its clients, is committed to litigating these cases through the Circuit Courts of Appeals and, if necessary, to the Supreme Court. We believe that the trial courts' decisions in *OfficeMax*, *Fortis*, *Reese* and *Honeywell*, along with the appellate courts' decisions, including those in *ABIG* and *OfficeMax*, confirm that the long distance services purchased by most large business users are plainly not subject to the FET.

LB3's efforts in this area have attracted considerable attention in the trade press. For further information about the FET litigation or about filing an FET refund claim, please contact <u>Hank Levine</u> or <u>Stephen Rosen</u>.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby    All rights reserved.



The Firm    LB3 Attorneys    Newsworthy    Our Practice    LB3 Wisdom    Teammates

| Levine, Henry D. |
|---|
| Blaszak, James |
| Block, Ellen G. |
| Brown, Andrew M. |
| Boothby, Colleen |
| Boehling, D.E. |
| Castillo, Justin G. |
| Dilallo, Kevin S. |
| Gamboa, Joaquin |
| Goodman, Janine F. |
| Johnston, Mark G. |
| Kao, Florence |
| Lindsey, Marc A. |
| Lo, Bonnie G. |
| McDonald, Laura F.H. |
| Rosen, Stephen J. |

# Henry D. Levine



hlevine@lb3law.com

2001 L Street NW - Suite 900

Washington D.C. 20036

Phone 202.857.2540

Fax 202.223.0833

Henry D. ("Hank") Levine is a partner in the firm of Levine, Blaszak, Block & Boothby, LLP, where he specializes in the representation of large telecommunications users and companies built on new and emerging technologies. He negotiates communications contracts on behalf of Fortune 100 Companies and the equivalent, including DuPont, the City of New York, IBM, Marriott International, Honeywell, the Securities Industry Association, and Goldman Sachs. And he has been heavily involved in settling (or, where necessary, litigating) contract disputes between large users and their carriers.

In recent years, Mr. Levine has spearheaded efforts to challenge the federal excise tax on long distance communications. He has been lead counsel for the taxpayer in approximately two-thirds of the tax refund actions in which enterprise customers have prevailed, including *American Bankers Ins. Group, Inc. v. United States*, 408 F.3d 1328 (11th Cir. 2005), *rev'g*, 308 F. Supp. 2d 1360 (S.D. Fla. 2004); *OfficeMax, Inc. v. United States*, 428 F.3d 583 (6th Cir. 2005), *aff'g*, 309 F. Supp. 2d 984 (N.D. Ohio 2004); *Fortis, Inc. v. United States*, 2004 U.S. Dist. LEXIS 1868 (S.D.N.Y. 2004); *Reese Brothers Inc. v. United States*, 2004 U.S. Dist. LEXIS 27507 (W.D. Pa. 2004); and *Honeywell International, Inc. v. United States*, 64 Fed. Cl. 188 (2005). Mr. Levine has also counseled users and carriers on the treatment of wireline and wireless services for FET purposes.

From 1983 through 1992, Mr. Levine was a partner in the Washington, D.C. office of Morrison & Foerster, where he founded (and chaired) the firm's Communications Group. He was a member of the Committee on Technologically Enhanced buildings of the National Research Council, has been retained by the United States General Services Administration to provide strategic advice and assistance in connection with FTS2001 (through which the government purchases much of its telecommunications services), was counsel to the Ad Hoc Committee of Enterprise Customers in the WorldCom bankruptcy proceeding, and serves as a member of the Executive Board of the New York Telecommunications Reliability Advisory Council.

Mr. Levine's writings on telecommunications regulation and transactions include more than 40 articles and chapters in several books. He is a frequent speaker on communications issues before such groups as the United States Senate, the National Association of Regulatory Utility Commissioners, Columbia University's Institute for Tele-Information, and the Securities Industry Association, and has chaired numerous conferences on telecommunications issues. In recent years, he has served on several occasions as an expert witness on issues surrounding telecommunications contracts and their interpretation. In 1996, Network World named him one

Search 

of the twenty-five most powerful people in networking, citing his "unique experience, knowledge and savvy" in "dealing with the pricing, terms and conditions that shape custom network contracts." He is listed in Chambers Global and Chambers USA, which variously describe him as "thought [by clients and peers] to be one of the most knowledgeable lawyers in the industry," and as the lawyer who "wrote the gospel on telecoms negotiation . . . he's more than an attorney – he really knows the technology." He is also listed in The Best Lawyers in America.

Mr. Levine received his B.A. from Yale in 1972 and his J.D. from Harvard Law School in 1976. He also holds a Master's Degree in Public Policy from Harvard's Kennedy School of Government. He is a member of the bars of New York and the District of Columbia, and is admitted to practice before a variety of courts up to and including the United States Supreme Court.

Convergence is Coming – It's Time to Prepare

Welcome to Convergence: Surviving the Next Platform Change

Protecting Enterprise Customers After the Telecom Mega-Mergers

Federal Excise Tax Litigation

LB3 scores another win in the effort to recover Federal Excise Tax overpayments.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby    All rights reserved.





**The Firm**  |  **LB3 Attorneys**  |  **Newsworthy**  |  **Our Practice**  |  **LB3 Wisdom**  |  **Teammates**

| | |
|---|---|
| Levine, Henry D. | # Stephen J. Rosen |
| Blaszak, James | |
| Block, Ellen G. | |
| Brown, Andrew M. | |
| Boothby, Colleen | |
| Boehling, D.E. | |
| Castillo, Justin G. | |
| Dilallo, Kevin S. | |
| Gamboa, Joaquin | |
| Goodman, Janine F. | |
| Johnston, Mark G. | |
| Kao, Florence | |
| Lindsey, Marc A. | |
| Lo, Bonnie G. | |
| McDonald, Laura F.H. | |
| Rosen, Stephen J. | |



srosen@lb3law.com

2001 L Street NW - Suite 900
Washington D.C. 20036
Phone 202.857.2570

Steve Rosen is a partner at Levine, Blaszak, Block & Boothby, LLP. Mr. Rosen's primary area of expertise is federal and state regulation of wireless and wireline telecommunications services, including the taxation of these services. Mr. Rosen has filed numerous claims with the Internal Revenue Service ("IRS") for refunds of misapplied federal excise tax on communications, and filed lawsuits in various federal district courts and the Court of Federal Claims when these refund claims were rejected by the IRS. He has also counseled clients as to the regulatory status of various services, brought complaint proceedings against common carriers before the FCC's Enforcement Bureau and in federal district court, and assisted clients seeking FCC approval for the assignment of licenses. Mr. Rosen further participated in state certification and ratemaking proceedings, and in FCC rulemakings addressing the key common carrier provisions of the Telecommunications Act of 1996, the Communications Assistance for Law Enforcement Act, wireless 911 access, spectrum allocation for new services, and telephone numbering issues. Mr. Rosen has also been active in spectrum auction issues, the review of investment agreements for compliance with the Communications Act and FCC rules, and the negotiation of telecommunications services and related agreements on behalf of large users.

Prior to joining the firm, Mr. Rosen was a member of the FCC regulatory practice at Wiley, Rein & Fielding. After graduating from law school, Mr. Rosen clerked for the Honorable Michael Farrell on the District of Columbia Court of Appeals. Before he practiced law, Mr. Rosen was a Second Lieutenant in the Medical Service Corps of the United States Air Force, and wrote software for interactive video programs used in medical education.

Mr. Rosen is a 1993 graduate, magna cum laude, of the National Law Center at George Washington University, a 1984 graduate, cum laude, of Princeton University, and has a Masters in Public Health from the Uniformed Services University of the Health Sciences. Mr. Rosen is admitted to the Maryland and District of Columbia bars, and is a member of the Federal Communications Bar Association.

Federal Excise Tax Litigation

LB3 scores another win in the effort to recover Federal Excise Tax overpayments.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby    All rights reserved.

## CERTIFICATE OF SERVICE BY FEDERAL EXPRESS

Washington,              )
                         )
District of Columbia     )

    I, **Tana Lorah** declare:

    1.    On April 11, 2006, I was over the age of eighteen years. My business address is 507 C Street, N.E., Washington, D.C. 20002.

    2.    I served a MOTION FOR PRELIMINARY INJUNCTION to the United States of America, acting by and through the Internal Revenue Service in care of the following attorneys:

        Alberto R. Gonzales
        Office of the U.S. Attorney General
        US Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530

        and

        Kenneth Wainstein
        U.S. Attorney for the District of Columbia
        555 4th Street, NW
        Washington, DC 20530

    I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Dated:      April 11, 2006

Signature: _____
           Tana Lorah

# SERVICE LIST

## ATTORNEYS FOR PLAINTIFFS

Christopher Weld, Jr., Esquire
Todd & Weld, LLP
28 State Street
Boston, MA 02109

Robert J. Cynkar, Esquire
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block and Boothby, LLP
2001 L Street, NW, Suite 900
Washington, DC 20036

## ATTORNEYS FOR DEFENDANT

Alberto R. Gonzales
Office of the U.S. Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Kenneth Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530