## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SLOAN, *et al.*,                                )
                                                )       **Case: 1:06CV00483**
                                                )       **Judge: Ricardo M. Urbina**
    Plaintiffs,              )
                                                )
    v.                       )
                                                )
UNITED STATES OF AMERICA,                       )
Acting By and Through The INTERNAL              )
REVENUE SERVICE c/o United States               )
Department of Justice,                          )
                                                )
                                                )
    Defendant.               )
                                                )

## [PROPOSED] ORDER GRANTING CLASS CERTIFICATION, APPOINTING CLASS COUNSEL, APPOINTING CLASS REPRESENTATIVES, AND PRELIMINARILY ENJOINING THE I.R.S. FROM COLLECTING THE TELEPHONE COMMUNICATIONS EXCISE TAX

The Court, having considered the Plaintiff's Motion for Class Certification and

Preliminary Injunction, the accompanying Memorandum of Points and Authorities, and the

Defendant's Opposition thereto, Orders that:

### I.       Class Certification, Appointment of Class Representatives and Appointment of Class Counsel

The Court hereby certifies a class pursuant to Fed. R. Civ. P. 23(b)(2) consisting of:

> All natural persons in the District of Columbia, Michigan, Ohio,
> Kentucky, Tennessee, Alabama, Georgia, and Florida who have
> paid and/or are contracted to pay money allegedly due for
> Communications Excise Tax on interstate toll telephone services
> that were charged by duration and not by distance from March 15,
> 2000 to the present.

Virginia Sloan, Robert McGranahan, and Shari Perlowitz are hereby appointed as Class Representatives for the class defined above.

Pursuant to Fed. R. Civ. P. 23(g) the Court hereby appoints the following attorneys as Class Counsel in the above-captioned action:

Jonathan W. Cuneo
Charles J. LaDuca
Steven N. Berk
William Anderson
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002

Robert J. Cynkar,
EGAN, FITZPATRICK, MALSCH &
CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Christopher Weld, Jr.
Kevin Peters
TODD & WELD, LLP
28 State Street
Boston, MA 02109

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

## II.    **Preliminary Injunction**

The Court hereby enjoins the Defendant United States acting by and through the Internal Revenue Service from collecting or seeking to collect the Telephone Communications Excise Tax from all natural persons in the District of Columbia, Michigan, Ohio, Kentucky, Tennessee, Alabama, Georgia, and Florida, who pay for interstate toll telephone services that are charged by elapsed time but not charged by both duration and distance.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
Hon. Ricardo M. Urbina