# United States District Court
# For the District of Columbia

VIRGINIA SLOAN, et al.

        Plaintiff(s)        )   **APPEARANCE**

        vs.        )   CASE NUMBER    1:06CV00483

UNITED STATES OF AMERICA, Acting By and Through the Internal Revenue Service

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Robert J. Cynkar  as counsel in this
                                     (Attorney's Name)

case for: Virginia Sloan, et al.
                (Name of party or parties)

April 11, 2006
Date

*(signature)*
Signature

957845
BAR IDENTIFICATION

Robert J. Cynkar
Print Name

8300 Boone Boulevard, Suite 340
Address

Vienna, Virginia 22182
City    State    Zip Code

703-891-4066
Phone Number