AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VIRGINIA SLOAN of 2808 Battery Place, NW, Washington, DC 20016; GARY M. SABLE of 2 Fox Place, Newton Centre, Newton, Massachusetts 02459; ROBERT MCGRANAHAN of 1604 Chandler Road, Ann Arbor, Michigan 48105; and SHARI PERLOWITZ of 23317 Treeline Drive, Boca Raton, Florida 33428 on behalf of themselves and all other natural persons similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, acting by and through the INTERNAL REVENUE SERVICE
c/o United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

CASE NUMBER  1:06CV00483

JUDGE: Ricardo M. Urbina

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 03/15/2006

TO: (Name and address of Defendant)

Internal Revenue Service
c/o Kenneth Wainstein
US Attorney for the Distrit of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo (DC Bar # 939389)
Charles J. LaDuca (DC Bar # 476134)
William Anderson
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAR 15 2006

CLERK                                                                     DATE

_Janette Stewart-Cureh_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/15/06 | |
| NAME OF SERVER (PRINT) Tana Lorah | TITLE Paralegal | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): FEDERAL EXPRESS - TRACK # 792043883983 TO: US ATTORNEY'S OFFICE, 555 4th Street NW, WASHINGTON, DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/06        *[signature] Tana M. Lorah*
　　　　　　　Date　　　　　　Signature of Server

507 C Street, NE
WASHINGTON, DC 20002
　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FedEx**

Track Shipments
## Detailed Results

 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 792043883983 | **Reference** | 7777 |
| **Signed for by** | S.ROBINSON | **Destination** | Washington, DC |
| **Ship date** | Mar 15, 2006 | **Delivered to** | Mailroom |
| **Delivery date** | Mar 16, 2006 11:10 AM | **Service type** | Standard Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.



[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 16, 2006 | 11:10 AM | Delivered | Washington, DC | |
| | 7:06 AM | At local FedEx facility | WASHINGTON, DC | |
| | 7:04 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Mar 15, 2006 | 9:36 PM | At dest sort facility | DULLES, VA | |
| | 9:02 PM | Left origin | WASHINGTON, DC | |
| | 4:44 PM | Picked up | WASHINGTON, DC | |
| | 3:06 PM | Package data transmitted to FedEx | | |

[ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your Email Address:** _____

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☑ |
| | English | ☐ | ☑ |
| | English | ☐ | ☑ |
| | English | ☐ | ☑ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.