( ( )

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VIRGINIA SLOAN of 2808 Battery Place, NW, Washington, DC
20016; GARY M. SABLE of 2 Fox Place, Newton Centre, Newton,
Massachusetts 02459; ROBERT MCGRANAHAN of 1604 Chandler
Road, Ann Arbor, Michigan 48105; and SHARI PERLOWITZ of
23317 Treeline Drive, Boca Raton, Florida 33428 on behalf of
themselves and all other natural persons similarly situated.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, acting by and through
the INTERNAL REVENUE SERVICE
c/o United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

CASE NUMBER   1:06CV00483

JUDGE: Ricardo M. Urbina

DECK TYPE: Civil Rights (non-employme:

DATE STAMP: 03/15/2006

TO: (Name and address of Defendant)

Internal Revenue Service c/o Alberto R. Gonzales, Office of the US
Attorney General
U.S. Department of Justice, 950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo (DC Bar # 939389)
Charles J. LaDuca (DC Bar # 476134)
William Anderson
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       MAR 1 5 2006
CLERK                            DATE

(By) DEPUTY CLERK

440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/15/06 |

| NAME OF SERVER *(PRINT)* Tana Lorah | TITLE PARALEGAL |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): ___FEDERAL EXPRESS: TRACK# 792686 843441___
TO: US ATTY GENERAL'S OFFICE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/15/06___      _Dana M Lorah_
         *Date*              *Signature of Server*

507 C Street, NE
WASHINGTON, DC 20002
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Alberto R. Gonzales<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Office of the US Attorney<br>General<br>Washington, DC 20530<br>US<br>202-789-3960 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:** | FedEx Envelope<br>give to scheduled courier at my locati<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>126281234<br>126281234 |
| **From:** | Lynne Baker<br>CUNEO GILBERT &<br>LADUCA<br>507 C Street, N.E<br>WASHINGTON, DC 20002<br>US<br>2027893960 | **Courtesy Rate Quote**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | *8.49<br><br><br>Express |
| **Tracking no:** | 792686843441 | | |
| **Your reference:** | 7777 | | |
| **Ship date:** | Mar 15 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                              **Return t**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.

**FedEx.®**

Track Shipments
# Detailed Results

Close Window

 Print

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 792686843441 | **Reference** | | 7777 |
| **Signed for by** | A.FRAZIER | **Destination** | | Washington, DC |
| **Ship date** | Mar 15, 2006 | **Delivered to** | | Receptionist/Front Desk |
| **Delivery date** | Mar 16, 2006 10:02 AM | **Service type** | | Standard Envelope |
| | | **Weight** | | 0.5 lbs. |
| **Status** | Delivered | | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for
this shipment.



[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 16, 2006** | 10:02 AM | **Delivered** | Washington, DC | |
| | 10:01 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:01 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:46 AM | At dest sort facility | DULLES, VA | |
| **Mar 15, 2006** | 4:44 PM | Picked up | WASHINGTON, DC | |
| | 3:03 PM | Package data transmitted to FedEx | | |

[ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [                    ]    **Your Email Address:** [                    ]

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☑ |
| | English | | ☐ | ☑ |
| | English | | ☐ | ☑ |
| | English | | ☐ | ☑ |

**Select format:** ● HTML ○ Text ○ Wireless
**Add personal message:** [                                                    ▲]

Not available for Wireless or
non-English characters. [                                                    ▼]

By selecting this check box and the Submit button, I agree to these <u>Terms and</u>