IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| UNITED STATES, | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of the undersigned attorneys as counsel for the United States in the above captioned case.

Dated:     April 25, 2006

                                              Respectfully submitted,

                                              /s/ Ivan C. Dale
                                            IVAN C. DALE
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC 20044
                                            Telephone: (202) 307-6615

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney