## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF ENTRY OF APPEARANCE was caused to be served upon the plaintiffs on the 25th day of April, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>Jonathan W. Cuneo, Esquire
>David Staney, Esquire
>Charles J. LaDuca, Esquire
>Steven N. Berk, Esquire
>William Anderson, Esquire
>Cuneo Gilbert & LaDuca, LLP
>507 C Street NE
>Washington, DC 20001

>Christopher Weld, Jr., Esquire
>Kevin Peters, Esquire
>Todd & Weld, LLP
>28 State Street
>Boston, MA 02109

>Robert J. Cynkar, Esquire
>Egan, Fitzpatrick, Malsch & Cynkar, PLLC
>8300 Boone Boulevard, Suite 340
>Vienna, VA 22182

1667568.1

Professor Charles Tiefer, Esquire
University of Baltimore
3904 Woodbine Street
Chevy Chase, ND 20815

Henry D. Levine, Esquire
Stephen J. Rosen, Esquire
Levine, Blaszak, Block and Boothby, LLP
2001 L Street NW, Suite 900
Washington, DC 20036


　　/s/ Ivan C. Dale_____
IVAN C. DALE