IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND FOR A PRELIMINARY INJUNCTION**

The United States, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully moves the Court for the entry of an order extending the time to May 15, 2006 by which the United States must serve a response to the plaintiffs' motion for class certification and for a preliminary injunction, filed April 11, 2006.

In support of this request, the United States represents as follows:

1.  The complaint in this case was filed on March 15, 2006.

2.  Plaintiffs' motion for class certification and for a preliminary injunction was served by mail upon the United States Attorney for the District of Columbia and the Attorney General of the United States on April 11, 2006.

3.  The United States opposes this motion. Accordingly, and pursuant to L. Civ. R. 7.1(b), together with Fed. R. Civ. P. 6(a) and (e), the United States must serve and file a memorandum of points and authorities in opposition to the motion on or before

April 25, 2006.

    4.    Fed. R. Civ. P. 6(b)(1) provides that:

[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed[.]

    5.    Plaintiffs' motion was delivered internally to the undersigned Tax Division attorney, assigned to defend the interests of the United States in this matter, on April 21, 2006. As a result, the Tax Division has been unable to obtain the views of Chief Counsel for the Internal Revenue Service on the relief sought by the complaint and by the motion, or review any administrative files necessary to defend the motion.

    6.    Fed. R. Civ. P. 12(a)(3) provides the United States with 60 days to respond to complaints made against it. This rule was adopted owing to the intra- and inter-agency cooperation, approvals, delegation of authority, and review uniquely required in defending suits against the sovereign. Therefore, and due to the length of the plaintiffs' motion papers and the gravity of the relief they seek, the United States is not able to respond to the motion by the present deadline set by L. Civ. R. 7.1(b) as fully as required for a just result. Moreover, because the issues pertinent to the motion overlap with many of the issues raised by the complaint, the United States' response may require duplication of effort of counsel for both sides, and of the Court.

    7.    As a result, the United States respectfully requests the Court to extend the deadline for responding to plaintiffs' motion to May 15, 2006, the date on which a

response to the complaint would otherwise be required. The United States anticipates that it will be able to more fully respond to the contentions of the motion at that time.

8. **Certificate of nonopposition pursuant to L. Civ. R. 7.1(m).** On April 24 and 25, 2006, the undersigned contacted, by telephone, lead counsel for the plaintiffs to determine whether there is any opposition to the relief sought by this motion. Counsel for the plaintiffs advised the undersigned that, without expressing any opinion as to the efficacy or accuracy of the contentions set forth in this motion, the plaintiffs did not oppose the relief sought herein

Accordingly, the United States respectfully requests that the Court grant its motion for an enlargement of time to May 15, 2006 in which to serve and file a memorandum of points and authorities in opposition to plaintiffs' motion for class certification and for a preliminary injunction.

Dated:      April 25, 2006

                                                                        Respectfully submitted,

                                                                        __/s/ Ivan C. Dale_____
                                                                        IVAN C. DALE
                                                                        Trial Attorney, Tax Division
                                                                        U.S. Department of Justice
                                                                        Post Office Box 227
                                                                        Washington, DC 20044
                                                                        Telephone: (202) 307-6615

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney