IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW this _____ day of April, 2006, IT IS HEREBY ORDERED that the United States' Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification and for a Preliminary Injunction is GRANTED.

It is further ORDERED that the United States shall serve and file a memorandum of points and authorities in opposition to the motion for class certification and for a preliminary injunction on or by May 15, 2006.

_____
UNITED STATES DISTRICT JUDGE

1666139.1