IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND FOR A PRELIMINARY INJUNCTION, and proposed ORDER were caused to be served upon the plaintiffs on the 25th day of April, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Jonathan W. Cuneo, Esquire
> David Staney, Esquire
> Charles J. LaDuca, Esquire
> Steven N. Berk, Esquire
> William Anderson, Esquire
> Cuneo Gilbert & LaDuca, LLP
> 507 C Street NE
> Washington, DC 20001
>
> Christopher Weld, Jr., Esquire
> Kevin Peters, Esquire
> Todd & Weld, LLP
> 28 State Street
> Boston, MA 02109

1666139.1

Robert J. Cynkar, Esquire
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Professor Charles Tiefer, Esquire
University of Baltimore
3904 Woodbine Street
Chevy Chase, ND 20815

Henry D. Levine, Esquire
Stephen J. Rosen, Esquire
Levine, Blaszak, Block and Boothby, LLP
2001 L Street NW, Suite 900
Washington, DC 20036


    /s/ Ivan C. Dale_____
IVAN C. DALE