# EXHIBIT 8

# EXHIBIT 8


**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0060

In reply refer to: 2479331864
Mar. 30, 2006   LTR 916C  E1
     -8421   200512 30 000
                             06149
                      BODC: SB

REGINALD A & DEBORAH S KRASNEY
8 HICKORY LN
CHESTER SPRGS  PA  19425-2820089

```
Taxpayer Identification Number:        -8421
              Kind of Tax:  Excise
      Date Claim(s) Received:  Feb. 13, 2006
        Tax Period(s) Ending:  Dec. 31, 2005
```

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

The enclosed Attachment to Letter has a complete explanation why the claim was not considered.

If you have any questions, please call Ms. Casper at 859-669-2758 between the hours of 8:00 AM and 3:00PM EST.  If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )_____    Hours_____

```
                                                    2479331864
                              Mar. 30, 2006    LTR 916C  E1
                                 -8421   200512 30 000
                                                    06150
```

REGINALD A & DEBORAH S KRASNEY
8 HICKORY LN
CHESTER SPRGS  PA  19425-2820089


Thank you for your cooperation.

                          Sincerely yours,

                          *[signature]*

                          Mary Jo Williams, Operations Mgr.
                          Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Attachment to Letter
Your Claim

## ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|------|-------------------------|
| Reginald Krasney | Not specified |

NO CONSIDERATION

*Your claim can not be considered at this time for the following reasons:*

You do not have the authority to file and sign a claim for other taxpayers. A "Power of Attorney and Declaration of Representative" Form 2848 must be submitted for each taxpayer.

Form 2848 must give the power of attorney the authority to sign the claim and the reason for the assignment.

A separate claim must be filed for each individual taxpayer, with each name and tax identification number. Each claim must specify a tax period and amount.

A claim may be submitted for yourself. The claim must specify amounts and tax periods claimed. In order to process your claim you need to provide us with a summary of the total refund requested by quarter (combine the tax for all phones into one amount per quarter). This breakdown is necessary since the interest on the refund is computed on a quarterly basis.

You may file a "Protective Claim" without specific explanation of the basis for the claim or the actual dollar amount claimed. Protective claims are filed to preserve the taxpayer's right to claim a refund when the taxpayer's right to refund is contingent on future events and may not be determinable until after the statute of limitations expires. The claim must identify and describe the contingencies affecting the claim and identify the specific periods for which a refund is sought. See Nucorp, Inc. v. United States, 23 Cl.Ct. (1991)[91-1 USTC Para 50,235] as well as Letter Ruling 199941039 for more information and discussion.

K. 03/16/2006