# EXHIBIT 17



P.O. Box 110
Fairhaven, MA 02719

## Authorization to withhold billing of
## Federal Excise Tax

I authorize AT&T Consumer Services to withhold billing of the Federal Excise Tax, which is billed to my account each month.

Based upon my beliefs I refuse to pay the Federal Excise Tax due to the following reason:

___ Religious Objection

___ War Tax

___ Other _____

I understand that this exemption will remain on my account until I cancel my AT&T service or choose to begin paying the Federal Excise Tax. I further understand that AT&T must notify, on a quarterly basis, the Area Director of the Internal Revenue Service of your name and the amount of the tax you have refused to pay.

Telephone Account Number:_____

Name:_____

Address:_____
_____

Signed:_____  Dated:_____

Please return this completed form to:

    AT&T - Tax Group
    Box 110
    Fairhaven, MA02719