# EXHIBIT 18

Hornell Evening Tribune

## Schumer wants an end to 'illegal' cell phone tax: Senator wants refund of tax that has roots in Spanish-American War

Print Page

*By LAWRENCE HOVISH - STAFF WRITER*

WASHINGTON - U.S. Sen. Charles Schumer, D-N.Y., wants to put some cash back into the wallets of New Yorkers.

The state's senior senator announced Wednesday he was taking aim at a federal cell phone tax ruled illegal by several courts. He's also calling for an immediate refund of $251 million to upstate New York's 4.65 million cell phone users.

"What we have found is New Yorkers are paying more for their phones then they should because of what amounts to an illegal tax," Schumer said.

According to Schumer, he and his wife, as well as their daughters have cell phones. Just like the rest of New Yorkers, he said his family is subject to tax, which was originally imposed in 1898 as an excise tax on communications to fund the Spanish-American War. It was extended in 1965 as a long-distance tax on telephones

Courts, the senator said, have ruled the tax illegal because it measures distance for long-distance calls. Since cell-phone users are charged by time, the tax isn't applicable. The rulings have gone as far as the District of Columbia's Court of Appeals, which Schumer called the second highest court in the land.

Schumer is calling on Internal Revenue Service Commissioner Mark Everson to immediately put an end to the tax and implement an easy refund program.

"The IRS really depends on people obeying the law, so really they should be the last agency to disobey the law themselves," he added. "The bottom line is that this tax on cell phones should go the way of the Spanish-American War: Into the history books."

If his efforts succeed, New Yorkers would receive a refund on the tax paid out during the last three years. Federal law limits the refund to three years, Schumer said.

That amounts to about $54 per phone, he said. For his family that's some $200. For the Southern Tier, that would mean $18.1 million in refunds to 335,017 cell-phone users.

Other states like Alabama and Ohio have already stopped the tax; however, Schumer said no states have implemented a refund system. He believes there is support for the bill, including from cell phone companies. He does not believe a counter provision making the tax legal will be put forward.

"I haven't heard from anyone foolhardy enough to do that at this point," Schumer said. "This is clear as a bell, and they just ought to do it now."

Copyright all rights reserved: Hornell Evening Tribune
http://www.eveningtribune.com