UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, *et. al.*, on behalf of Herself and all Other Similarly Situated Taxpayers,<br><br>            Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>            Defendant. | Case No.: 1:06cv00483<br>Judge: Ricardo M. Urbina<br><br>CLASS ACTION |

### PETITION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rules 83.2(c) and (d), I, Jonathan W. Cuneo, Esquire, of the law firm of Cuneo Gilbert & LaDuca, LLP, hereby move for the *pro hac vice* admissions of Nicholas E. Chimicles, Esquire, and Benjamin F. Johns, Esquire (hereinafter referred to as "Petitioners") to practice in this Court as co-counsel for Plaintiffs in the above captioned matter, and state in support thereof as follows:

1. I am serving as counsel for Plaintiffs in the subject case. I am a member in good standing of the Bar of this Court.

2. In support of Petitioners' Motion for Admission *Pro Hac Vice* and pursuant to the requirements of Local Rules 83.2(c) and (d), declarations of the Petitioners are attached hereto.

3. I hereby state that no Statement of Points and Authorities is necessary to support Petitioners' Motion for Admission *Pro Hac Vice*.

WHEREFORE, the Petitioners meet the requirements of the Local Rules and the disposition of the Motion rests within the sound discretion of this Court.

Respectfully Submitted,

Dated: *May 11, 2006*

By: *[signature]*
Jonathan W. Cuneo, Esquire (DC Bar# 939389)
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960