UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, *et. al.*, on behalf of Herself and all other Similarly Situated Taxpayers,<br><br>               Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>               Defendant. | Case No.: 1:06cv00483<br>Judge: Ricardo M. Urbina<br><br>CLASS ACTION |

## DECLARATION OF NICHOLAS E. CHIMICLES

1. My name is Nicholas E. Chimicles. I am an attorney at law and partner with the law firm of Chimicles & Tikellis LLP, located at 361 W. Lancaster Avenue, Haverford, Pennsylvania 19041. My office telephone number is (610) 642-8500.

2. I have been admitted to the Bars of the Commonwealth of Pennsylvania (1973), the United States Supreme Court (1989), the Second Circuit (1997), Third Circuit (1982), Sixth Circuit (1991), Ninth Circuit (1990), Tenth Circuit (1984), and Eleventh Circuit (1983) Courts of Appeal, the District Courts for the Eastern District of Pennsylvania (1973), Eastern District of Michigan (1985), and Eastern District of Wisconsin (2003), and the United States Court of Federal Claims (2006).

3. I certify that I have not been disciplined by any Bar.

4. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

5. I do not engage in the practice of law from an office located in the District of

Columbia.

6. I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals, and will faithfully adhere to these rules.

Dated: May 9, 2006

Nicholas E. Chimicles
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500