UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, *et. al.*, on behalf of Herself and all other Similarly Situated Taxpayers,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>                Defendant. | **Case No.: 1:06cv00483**<br>**Judge: Ricardo M. Urbina**<br><br>**CLASS ACTION** |

## DECLARATION OF BENJAMIN F. JOHNS

1. My name is Benjamin F. Johns. I am an attorney at law and associate with the law firm of Chimicles & Tikellis LLP, located at 361 W. Lancaster Avenue, Haverford, Pennsylvania 19041. My office telephone number is (610) 642-8500.

2. I have been admitted to the Bars of the Commonwealth of Pennsylvania (2005), the State of New Jersey (2005), the Third Circuit Court of Appeals (2005), the District Court for the Eastern District of Pennsylvania (2005), the District Court for the District of New Jersey (2005), and the United States Court of Federal Claims (2006).

3. I certify that I have not been disciplined by any Bar.

4. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which

pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals, and will faithfully adhere to these rules.

Dated: 5/9/06

Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500