UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, *et. al.*, on behalf of Herself and all other Similarly Situated Taxpayers,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>                    Defendant. | Case No.: 1:06cv00483<br>Judge: Ricardo M. Urbina<br><br>CLASS ACTION |

## ORDER

AND NOW, upon consideration of the Motion of Plaintiffs, having applied for an Order admitting Nicholas E. Chimicles, Esquire, and Benjamin F. Johns, Esquire, attorneys of the law firm of Chimicles & Tikellis LLP, *pro hac vice* to this Court, and the Court having considered the declarations in support of that application, and for good cause shown:

It is on this            day of            , 2006 hereby ordered that:

1. Nicholas E. Chimicles, Esquire, and Benjamin F. Johns, Esquire be admitted *pro hac vice* for the purpose of participating as counsel for plaintiffs during the pendency of this action, including all discovery and trial; and

2. Nicholas E. Chimicles, Esquire, and Benjamin F. Johns, Esquire shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules and the rules of this Court, during the time of their *pro hac vice* admission.

BY THE COURT:

_____
                                    J.

Dated: _____