IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT**

DEFENDANT, the United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6), move to dismiss the amended complaint in this action.

As grounds for this motion, the United States submits that the Court lacks subject- matter jurisdiction.  In particular, the complaint, as amended, is one against the sovereign, yet it does not identify any genuine cause of action which complies with the terms and conditions of any waiver of the United States' sovereign immunity.

Moreover, the amended complaint fails to state a claim upon which relief may be granted, either under the Constitution or any federal statute.

Finally, the relief sought by plaintiffs, i.e., a declaratory judgment, a writ of mandamus compelling the government to take certain administrative actions with regard to a federal tax, and an injunction preventing the government from collecting federal taxes from an indeterminate number of plaintiffs, is specifically barred by the

Anti-Injunction Act, 26 U.S.C. § 7421(a), and the Declaratory Judgment Act, 28 U.S.C. § 2201.

These grounds are set forth and discussed in a memorandum in support of this motion, which is served and filed herewith.

The specific relief sought by this motion is an order dismissing the amended complaint, with prejudice.   A proposed form of order is submitted herewith.

Dated:      May 15, 2006

>Respectfully submitted,
>
>  /s/ Ivan C. Dale
> IVAN C. DALE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, DC 20044
> Telephone: (202) 307-6615

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | No. 1:06-cv-00483 RMU |

## CERTIFICATE OF SERVICE

_____IT IS HEREBY CERTIFIED that the foregoing MOTION TO DISMISS AMENDED COMPLAINT, supporting MEMORANDUM, and proposed ORDER were caused to be served upon the plaintiffs on the 15th day of May, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>Jonathan W. Cuneo
>Charles J. LaDuca
>Steven N. Berk
>Cuneo, Gilbert & LaDuca, LLP
>507 C Street NE
>Washington, DC 20002
>
>Christopher Weld, Jr.
>Todd & Weld LLP
>28 State Street
>Boston, MA 02109
>
>Robert J. Cynkar
>Egan, Fitzpatrick, Malsch & Cynkar, PLLC
>8300 Boone Boulevard, Suite 340
>Vienna, VA 22182

1695587.2

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block & Boothby, LLC
2001 L Street NW, Suite 900
Washington, DC 20036

Nicholas E. Chimicles
Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

R. Montgomery Donaldson
Stephen A. Madva
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801


        __/s/ Ivan C. Dale_____
        IVAN C. DALE