IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT**

Having considered the United States' motion to dismiss the amended complaint, together with the memorandum of points and authorities in support, and having further considered plaintiffs' opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 200__, at Washington, D.C.,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that to all parties this civil action be and is DISMISSED without prejudice to the right of plaintiffs to bring a civil action for refund of federal taxes at the appropriate time pursuant to 26 U.S.C. §§ 6532 and 7422;

ORDERED that the Clerk of Court shall ENTER JUDGMENT in the civil docket for above-captioned case, for the United States and against plaintiffs, in accordance with the foregoing; and it is further

1695587.2

ORDERED that the Clerk shall DISTRIBUTE conformed copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Ivan C. Dale
United States Department of Justice
Post Office Box 227
Washington, D.C. 20044

Jonathan W. Cuneo
Charles J. LaDuca
Steven N. Berk
Cuneo, Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002

Christopher Weld, Jr.
Todd & Weld LLP
28 State Street
Boston, MA 02109

Robert J. Cynkar
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block & Boothby, LLC
2001 L Street NW, Suite 900
Washington, DC 20036

Nicholas E. Chimicles
Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

R. Montgomery Donaldson
Stephen A. Madva
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801