IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRGINIA SLOAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:06-cv-00483 RMU |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF
TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND FOR A PRELIMINARY
INJUNCTION AND OPPOSE DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Virginia Sloan, Gary M. Sable, Robert McGranahan, Shari Perlowitz, Reginald A. Krasney, Marion Sachuk, Carolyn Hrusovsky, Stacy Markowitz, Joan Denenberg, and Catering by Design Inc., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court for an Order enlarging the time to June 12, 2006, by which time Plaintiffs must serve and file, both a reply to Defendant's Memorandum in Opposition to Motion for Class Certification and for a Preliminary Injunction and an opposition to the United States' Motion to Dismiss Amended Complaint, filed May 15, 2006.

As grounds for the request, Plaintiffs' state the following:

1. The original complaint in this case was filed on March 15, 2006.

2. Plaintiffs' motion for class certification and a preliminary injunction was filed on April 11, 2006.

3. On April 25, 2006 Defendant filed an unopposed motion for an extension of time to respond to the Plaintiffs' class certification and preliminary injunction motion.

4. On May 2, 2006 Plaintiffs filed an amended complaint.

5. On May 15, 2006 Defendant's filed a memorandum in opposition to Plaintiffs' motion for class certification and for a preliminary injunction and a motion to dismiss the amended complaint.

6. Pursuant to LCvR 7(b) Plaintiffs have until May 22, 2006 to serve and file a reply memorandum to the Defendant's memorandum in opposition to Plaintiffs' motion for class certification and for a preliminary injunction.

7. Pursuant to LCvR 7(d) Plaintiffs have until May 26, 2006 to serve and file an opposition to Defendant's motion to dismiss.

8. Fed. R. Civ. P. 6(b) permits this Court, for cause shown, to enlarge the amount of time for the above-referenced reply and opposition. Specifically, Fed. R. Civ. P. 6(b) provides in pertinent part:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed…

9. Due to the complexity of the issues raised by the Defendant's Memorandum In Opposition to Motion for Class Certification and for a Preliminary Injunction and Defendant United States' Motion to Dismiss Amended Complaint, Plaintiffs respectfully request that this Court

exercise its power to enlarge the time to serve and file the reply and opposition memorandums. The commitment of time and resources necessary for the thoughtful preparation of these documents supports the Plaintiffs' request.

10. Pursuant to LCvR 7(m) undersigned counsel conferred via telephone with attorney for the Defendant Ivan C. Dale on May 17, 2006 to ascertain his position on the instant motion. Mr. Dale has no objection to the Plaintiffs' request for an enlargement of time to serve and file the reply and opposition memorandums addressed by this motion.

11. Accordingly, Plaintiffs, through undersigned counsel, respectfully request that the Court grant this motion for an enlargement of time to June 12, 2006, by which time Plaintiffs will serve and file, both a reply to the Defendant's opposition to class certification and a preliminary injunction and an opposition to Defendant's motion to dismiss the amended complaint.

Respectfully submitted,

Dated:  May 17, 2006        By: _____
                                Jonathan W. Cuneo, Esquire (DC Bar# 939389)
                                Charles J. LaDuca, Esquire (DC Bar# 476134)
                                Steven N. Berk, Esquire (DC Bar# 432870)
                                William H. Anderson, Esquire
                                CUNEO GILBERT & LADUCA, LLP
                                507 C Street, NE
                                Washington, DC 20002

(202) 789-3960

Christopher Weld, Jr., Esquire
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Robert J. Cynkar, Esquire (DC Bar# 957845)
EGAN, FITZPATRICK, MALSCH &
CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182
(703) 891-4050

Professor Charles Tiefer (DC Bar# 330910)
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815
(301) 951-4239

Henry D. Levine, Esquire (DC Bar # 952770)
Stephen J. Rosen, Esquire (DC Bar # 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, D.C. 20036

Nicholas E. Chimicles, Esquire
Benjamin F. Johns, Esquire
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

R. Montgomery Donaldson, Esquire
Stephen A. Madva, Esquire
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7800