IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

IT IS HERBY ORDERED this ____ day of May, 2006 that the Plaintiffs' Unopposed Motion for an Enlargement of Time to Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification and for a Preliminary Injunction and Oppose the Defendant's Motion to Dismiss the Amended Complaint is GRANTED.

It is further ORDERED that the Plaintiffs shall serve and file by June 12, 2006 a reply to the Defendant's memorandum in opposition to the Plaintiffs' motion for class certification and for a preliminary injunction and an opposition to Defendant's motion to dismiss the amended complaint.

_____
UNITED STATES DISTRICT JUDGE
HON. RICARDO M. URBINA