IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' STATUS REPORT & NOTICE

The United States is providing this status report to give notice of a change in its litigation position in cases involving the federal communications excise tax.

If the plaintiffs were able to establish the Court's jurisdiction over their claims and those of the purported class (and we contend they can not), an issue in this action would be whether certain long distance telephone service is subject to the federal communications excise tax under 26 U.S.C. § 4251. In accordance with Notice 2006-50 issued by the Department of Treasury and the Internal Revenue Service on May 25, 2006, the United States advises the plaintiffs and this Court that the United States' position in the litigation with respect to that issue would reflect the determination that the excise tax does not apply to long distance telephone service to the extent described in the attached Notice.

If the issue addressed in Notice 2006-50 is reached in this case, the Government's position will apply only to the named plaintiffs in this suit. With respect to the proposed class members in this action, for the reasons set forth in our pending motion to dismiss and opposition to the motion for class certification, resolving their potential

1726076.1

overpayments in this case is not possible or warranted. The Notice, however, establishes a procedure that potential class members can use. Under the Notice's procedure, taxpayers may claim credits or refunds of excise tax simply by making an election on their 2006 federal income tax returns and following other simple requirements.[1] Accordingly, there is no need to pursue the costly, cumbersome, and flawed class action proposed by plaintiffs. In the event the plaintiffs do not agree to withdraw their request for class certification under these changed circumstances, we continue to assert a class is not proper for the reasons stated in our motion to dismiss and in our opposition to the motion for class certification. We are evaluating all of the bases to dismiss the case demonstrated by our motion, and will advise the plaintiffs and the Court if any need to be modified or expanded as a result of Notice 2005-60.

Dated:     May 25, 2006

                                      Respectfully submitted,

                                      __/s/ Ivan C. Dale_____
                                      IVAN C. DALE
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 227
                                      Washington, DC 20044
                                      Telephone: (202) 307-6615

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

---

[1] Individual taxpayers will be able to claim a safe-harbor amount (which amount will be announced by July 31, 2006) with respect to the amounts of excise tax they have paid, or, if they can substantiate a greater amount, they will be able to claim the actual amount of tax they have paid.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| UNITED STATES, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

     IT IS HEREBY CERTIFIED that the foregoing STATUS REPORT AND NOTICE was caused to be served upon the plaintiffs on the 25th day of May, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Jonathan W. Cuneo, Esquire
> David Staney, Esquire
> Charles J. LaDuca, Esquire
> Steven N. Berk, Esquire
> William Anderson, Esquire
> Cuneo Gilbert & LaDuca, LLP
> 507 C Street NE
> Washington, DC 20001
>
> Christopher Weld, Jr., Esquire
> Kevin Peters, Esquire
> Todd & Weld, LLP
> 28 State Street
> Boston, MA 02109
>
> Robert J. Cynkar, Esquire
> Egan, Fitzpatrick, Malsch & Cynkar, PLLC
> 8300 Boone Boulevard, Suite 340
> Vienna, VA 22182
>
> Professor Charles Tiefer, Esquire
> University of Baltimore
> 3904 Woodbine Street
> Chevy Chase, ND 20815

1726076.1

Henry D. Levine, Esquire
Stephen J. Rosen, Esquire
Levine, Blaszak, Block and Boothby, LLP
2001 L Street NW, Suite 900
Washington, DC 20036



　　　　　　　　　　　　　　__/s/ Ivan C. Dale_____
　　　　　　　　　　　　　　IVAN C. DALE