UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, *et al.,* on behalf of Herself and all Other Similarly Situated Taxpayers,<br><br>     Plaintiffs,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>     Defendant. | Case No, 1:06cv00483<br>Judge: Ricardo M. Urbina<br><br>CLASS ACTION |

## PETITION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rules 83.2(c) and (d), I, Steven N. Berk, Esquire of the law firm of Cuneo Gilbert & LaDuca, LLP, hereby move for the *pro hac vice* admissions of Christopher Weld, Jr. and Kevin T. Peters (hereinafter referred to as "Petitioners" to practice in this Court as co-counsel for Plaintiffs in the above-captioned matter, and state in support thereof as follows:

1. I am serving as counsel for Plaintiffs in the subject case. I am a member in good standing of the Bar of this Court.

2. In support of Petitioners' Motion for Admission *Pro Hac Vice* and pursuant to the requirements of Local Rules 83.2(c) and (d), affidavits of the Petitioners are attached hereto.

3. I hereby state that no Statement of Points and Authorities is necessary to support this Petition for Admission *Pro Hac Vice*.

WHEREFORE, the Petitioners meet the requirements of the Local Rules and disposition of the rests within the sound discretion of this Court.

Dated: May 31, 2006                          Respectfully Submitted,

                                             /s/ SLB
                                             _____
                                             Jonathan W. Cuneo (DC Bar# 939389)
                                             Steven N. Berk (DC Bar# 432870)
                                             Cuneo Gilbert & LaDuca, LLP
                                             507 C Street, NE
                                             Washington, DC 20002
                                             (202) 789-3960

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., on behalf of Herself and all Others Similarly Situated Taxpayers,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:06cv00483<br>Judge: Ricardo M. Urbina |

## AFFIDAVIT OF CHRISTPHER WELD, JR. IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

I, Christopher Weld, Jr., on oath depose and say as follows:

1. I am an attorney at law in the Commonwealth of Massachusetts, and a partner with the firm of Todd & Weld LLP, located at 28 State Street, Boston, MA 02110, telephone 617-720-2626.

2. I make this Certification in support of the application for *pro hac vice* admissions before this Court.

3. I am a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. I have never been disciplined at any bar.

4. I have not been admitted *pro hac vice* to the practice before the United States District Court for the District of Columbia in the past two years.

- 2 -

5. I do not practice from an office within the District of Columbia, and do not have an application for membership pending.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30TH DAY OF MAY, 2006.

_____
Christopher Weld, Jr.

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., on behalf of Herself and all Others Similarly Situated Taxpayers,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:06cv00483<br>Judge: Ricardo M. Urbina |

## AFFIDAVIT OF KEVIN T. PETERS IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

I, Kevin T. Peters, on oath depose and say as follows:

1.  I am an attorney at law in the Commonwealth of Massachusetts, and a partner with the firm of Todd & Weld LLP, located at 28 State Street, Boston, MA 02110, telephone 617-720-2626.

2.  I make this Certification in support of the application for *pro hac vice* admissions before this Court.

3.  I am a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. I have never been disciplined at any bar.

4.  I have not been admitted *pro hac vice* to the practice before the United States District Court for the District of Columbia in the past two years.

- 2 -

5.  I do not practice from an office within the District of Columbia, and do not have an application for membership pending.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30TH DAY OF MAY, 2006.

_____
Kevin T. Peters