UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., on behalf Of Herself and all Other Similarly Situated Taxpayers<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES, OF AMERICA,<br><br>Defendant. | Civil Action No.: 1:06-cv-00483 RMU |

## ORDER

This Court, having considered the Plaintiffs' Petition for Admission *Pro Hac Vice* of Christopher Weld, Jr. and Kevin T. Peters, from the law firm of Todd & Weld LLP, and having considered the accompanying affidavits and for good cause shown hereby ORDERS this ____ day of June, 2006 that:

1. Christopher Weld, Jr. and Kevin T. Peters, shall be admitted *pro hac vice* for the purpose of participating as counsel for the Plaintiffs during the pendency of the above-captioned case.

2. Christopher Weld, Jr. and Kevin T. Peters, shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules and the rules of this Court, during the time of their *pro hac vice* admission.

_____
UNITED STATES DISTRICT JUDGE
HON. RICARDO M. URBINA