IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, by Minute Order entered on May 18, 2006, this Court approved a stipulated schedule that called for Plaintiffs to file by June 12, 2006, their briefs in reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification and Preliminary Injunction and in Opposition to Defendant's Motion to Dismiss Amended Complaint.

**WHEREAS**, on May 25, 2006, Defendant's Counsel filed a Status Report and Notice of Change in Litigation Position and brought to the Court's attention Notice 2006-50 issued that day by the Department of Treasury and the Internal Revenue Service.

**WHEREAS**, Plaintiffs' counsel, after reviewing Notice 2006-50 and assessing its impact on this litigation, informed Defendant's counsel on May 30, that Plaintiffs' counsel believed it was necessary and appropriate to file a second amended complaint to reflect the change in circumstance resulting from Notice 2006-50. Plaintiffs' counsel requested Defendant's agreement to this amendment under F.R.Civ.P. 15(a) and to stay the briefing schedule set forth in this Court's May 18 Minute Order.

1

**WHEREAS**, Defendant's counsel notified Plaintiffs' counsel on May 31, that Defendant needs to review Plaintiffs' proposed second amended complaint in order to determine whether the Defendant will stipulate to the filing of the amended pleading. Defendant's counsel also agreed, subject to Court approval, to suspend the briefing schedule set forth in the May 18 Minute Order in order to afford the parties an adequate opportunity to either stipulate to the filing of the proposed second amended complaint or, if necessary, to participate in motion practice before this Court on Plaintiffs' motion to amend their complaint.

**NOW THEREFORE**, the parties hereby agree as follows:

1. Plaintiffs' counsel shall deliver a draft of the proposed second amended complaint to Defendant's counsel on or before June 7, 2006.

2. Defendant's counsel shall notify Plaintiffs' counsel on or about June 14, 2006, whether Defendant will stipulate and agree pursuant to F.R.Civ.P. 15(a) to the filing of the proposed second amended complaint. If such stipulation is reached, the parties shall confer and attempt to present to the Court a proposed briefing schedule on any anticipated motion to dismiss that Defendant contemplates filing in response to the second amended complaint.

3. If Defendant does not consent to the filing of the Plaintiffs' proposed second amended complaint, Plaintiffs shall file a motion to amend by June 21, 2006. The parties shall confer and attempt to submit a stipulated briefing schedule with respect to the motion to amend.

4.  Plaintiff's shall have thirty (30) days following the Court's acceptance of the second amended complaint to file an amended or renewed motion requesting class certification.

5.  The briefing schedule set forth in the May 18 Minute Order is suspended pending further developments with respect to these matters.

Dated: June 8, 2006   By: _____
Jonathan W. Cuneo, Esquire (DC Bar# 939389)
Charles J. LaDuca, Esquire (DC Bar# 476134)
Steven N. Berk, Esquire (DC Bar# 432870)
William H. Anderson, Esquire
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960
*On Behalf of All Plaintiffs' Counsel*

Dated: June 8, 2006   By: _____
Ivan C. Dale, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
(202) 307-6615
*On Behalf of Defendant*

Dated: June   , 2006   APPROVED: _____
UNITED STATES DISTRICT JUDGE
HON. RICARDO M. URBINA

3