UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN,<br>2808 Battery Place, NW<br>Washington, DC 20016, | )<br>)<br>)<br>) |
| GARY M. SABLE,<br>2 Fox Place, Newton Centre<br>Newton, Massachusetts 02459, | )<br>)<br>)<br>) |
| ROBERT McGRANAHAN,<br>1604 Chandler Road<br>Ann Arbor, Michigan 48105, | )<br>)<br>)<br>) |
| SHARI PERLOWITZ,<br>23317 Treeline Drive<br>Boca Raton, Florida 33428, | )<br>)<br>)<br>) |
| REGINALD A. KRASNEY,<br>8 Hickory Lane<br>Chester Springs, Pennsylvania 19425, | )<br>)<br>)<br>) |
| MARION SACHUK,<br>1067 Weikel Road<br>Lansdale, Pennsylvania 19446, | )<br>)<br>)<br>) |
| CAROLYN HRUSOVSKY,<br>1067 Weikel Road<br>Lansdale, Pennsylvania 19446, | )<br>)<br>)<br>) |
| STACY MARKOWITZ,<br>200 Campbell Circle, Apt. 14<br>Downingtown, Pennsylvania 19335, | )<br>)<br>)<br>) |
| JOAN DENENBERG,<br>518 Sussex Road<br>Wynnewood, Pennsylvania 19096, | )<br>)<br>)<br>) |
| CATERING BY DESIGN, INC., a<br>Pennsylvania Corporation,<br>110 East Hector Street<br>Conshohocken, Pennsylvania 19428, | )<br>)<br>)<br>) |

Case No.: 1:06cv00483

Judge: Ricardo M. Urbina

CLASS ACTION

```
JAMES GILLINS                           )
1320 North Broad Street                 )
Jacksonville, Florida  32202, and       )
                                        )
NCS COMPANIES,                          )
520 Lancaster Avenue                    )
Frazer, Pennsylvania  19355             )
                                        )
on behalf of themselves and             )
all other similarly situated taxpayers; )
                                        )
                Plaintiffs,             )
                                        )
vs.                                     )
                                        )
THE UNITED STATES                       )
OF AMERICA,                             )
                Defendant.              )
```

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs Virginia Sloan, Gary M. Sable, Robert McGranahan, Shari Perlowitz, Reginald A. Krasney, Marion Sachuk, Carolyn Hrusovsky, Stacy Markowitz, Joan Denenberg, NCS Companies, Inc., James Gillins, and Catering By Design, Inc. (collectively "Plaintiffs") hereby move this Court for an Order pursuant to Rule 15(a) of the Federal Rules of Civil Procedure granting leave to amend Plaintiffs' First Amended Complaint, filed in this action on May 3, 2006.

Plaintiffs' request to amend the First Amended Complaint is sought in good faith and not for the purpose of delay, will not unduly prejudice the Government, and is not futile. These grounds are set forth and discussed in a memorandum of points and authorities in support of this motion, which is served and filed herewith.

The relief requested by this motion is an order granting Plaintiffs' request for leave to file the current proposed Second Amended Complaint, which is marked as

"Exhibit B" to the memorandum of points and authorities in support of this motion. A proposed order is submitted herewith.

DATED: June 21, 2006                    CUNEO GILBERT & LADUCA, LLP

By: _____
Jonathan W. Cuneo, Esquire (DC Bar# 939389)
Charles J. LaDuca, Esquire (DC Bar# 476134)
William H. Anderson, Esquire
507 C Street, NE
Washington, DC 20002
(202) 789-3960

Nicholas E. Chimicles, Esquire
(admitted pro hac vice)
Benjamin F. Johns, Esquire
(admitted pro hac vice)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

Robert J. Cynkar, Esquire (DC Bar# 957845)
EGAN, FITZPATRICK, MALSCH & CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182
(703) 891-4050

Henry D. Levine, Esquire (DC Bar # 952770)
Stephen J. Rosen, Esquire (DC Bar # 441942)
LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, D.C. 20036

R. Montgomery Donaldson, Esquire
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7800

Stephen A. Madva, Esquire
Clifford Scott Meyer, Esquire
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030
(215) 772-1500

Christopher Weld, Jr., Esquire
(admitted pro hac vice)
Kevin T. Peters, Esquire
(admitted pro hac vice)
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Professor Charles Tiefer (DC Bar# 330910)
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815
(301) 951-4239

Andrew N. Friedman, Esquire (D.C. Bar No. 375595)
Victoria S. Nugent, Esquire (D.C. Bar No. 470800)
COHEN, MILSTEIN,
HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600

David L. Wales, Esquire (Bar No. 417440)
Mark C. Rifkin, Esquire
Martin Restituyo, Esquire
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600