UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN,<br>2808 Battery Place, NW<br>Washington, DC 20016,<br><br>GARY M. SABLE,<br>2 Fox Place, Newton Centre<br>Newton, Massachusetts 02459,<br><br>ROBERT McGRANAHAN,<br>1604 Chandler Road<br>Ann Arbor, Michigan 48105,<br><br>SHARI PERLOWITZ,<br>23317 Treeline Drive<br>Boca Raton, Florida 33428,<br><br>REGINALD A. KRASNEY,<br>8 Hickory Lane<br>Chester Springs, Pennsylvania 19425,<br><br>MARION SACHUK,<br>1067 Weikel Road<br>Lansdale, Pennsylvania 19446,<br><br>CAROLYN HRUSOVSKY,<br>1067 Weikel Road<br>Lansdale, Pennsylvania 19446,<br><br>STACY MARKOWITZ,<br>200 Campbell Circle, Apt. 14<br>Downingtown, Pennsylvania 19335,<br><br>JOAN DENENBERG,<br>518 Sussex Road<br>Wynnewood, Pennsylvania 19096,<br><br>CATERING BY DESIGN, INC., a<br>Pennsylvania Corporation,<br>110 East Hector Street<br>Conshohocken, Pennsylvania 19428, | Case No.: 1:06cv00483<br><br>Judge: Ricardo M. Urbina<br><br><br><br><br><br><br>**CLASS ACTION** |

| | |
|---|---|
| JAMES GILLINS<br>1320 North Broad Street<br>Jacksonville, FL 32202, and<br><br>NCS COMPANIES,<br>520 Lancaster Avenue<br>Frazer, Pennsylvania 19355<br><br>on behalf of themselves and<br>all other similarly situated taxpayers;<br><br>               Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES<br>OF AMERICA,<br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Having considered Plaintiffs' motion for leave to file a Second Amended Complaint, together with the memorandum of points and authorities in support thereof, and having further considered any opposition thereto, it is this ___ day of June, 2006, hereby ORDERED that Plaintiffs' Motion for Leave to File a Second Amended Complaint is GRANTED; and it is further ORDERED that Defendant's shall file and serve an answer to Plaintiffs' Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

 

                                                                             UNITED STATES DISTRICT JUDGE<br>
                                                                                HON. RICARDO M. URBINA

COPIES TO:

Jonathan W. Cuneo, Esquire
Charles J. LaDuca, Esquire
William H. Anderson, Esquire
507 C Street, NE
Washington, DC 20002
(202) 789-3960

Nicholas E. Chimicles, Esquire
Benjamin F. Johns, Esquire
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

Robert J. Cynkar, Esquire
EGAN, FITZPATRICK, MALSCH & CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182
(703) 891-4050

Henry D. Levine, Esquire
Stephen J. Rosen, Esquire
LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, D.C. 20036

R. Montgomery Donaldson, Esquire
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7800

Stephen A. Madva, Esquire
Clifford Scott Meyer, Esquire
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030
(215) 772-1500

Christopher Weld, Jr., Esquire
Kevin T. Peters, Esquire
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Professor Charles Tiefer, Esquire
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815
(301) 951-4239

Andrew N. Friedman, Esquire
Victoria S. Nugent, Esquire
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600

David L. Wales, Esquire
Mark C. Rifkin, Esquire
Martin Restituyo, Esquire
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Attorneys for Plaintiffs*

Ivan C. Dale, Esquire
United States Department of Justice
Post Office Box 227
Washington, DC 20044

*Attorney for Defendant*