**EXHIBIT 9**

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | COPY | OMB No. 1545-1420 |

Print clearly. Leave a blank box between words.

**Name of claimant:** N C S   C O M P A N I E S

**Employer identification number (EIN):** 2 3 2 5 9 0 8 1 7

**Address (number, street, room or suite no.):** 5 2 0   L A N C A S T E R   A V E N U E

**Social security number (SSN):**

**City and state or province. If you have a foreign address, see page 2.** F R A Z E R   P E N N S Y L V A N I A

**ZIP code:** 1 9 3 5 5

**Foreign country, if applicable. Do not abbreviate.**

**Month claimant's income tax year ends:** 0 1

**Daytime telephone number (optional):**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature: *Suzanne Kelly, Controller*    Date: 4-6-06

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Cat. No. 20027J   Form **8849** (Rev. 2-2005)

| Schedule 6 (Form 8849) (Rev. January 2006) Department of the Treasury Internal Revenue Service | | Other Claims ▶ Attach to Form 8849. | | OMB No. 1545-1420 | |
|---|---|---|---|---|---|
| Name as shown on Form 8849 NATIONAL CONSTRUCTION SERVICES | | | EIN or SSN 231944729 | Total refund (total of lines 1–5) $ 1,211.98 | |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012003      Latest date ▶ 12102005

| | Tax | Amount of refund | CRN |
|---|---|---|---|
| 1 | SEE ATTACHED | $ | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## Instructions

### What's New

- Diesel-water fuel emulsion claims are made on Schedule 6. Claims can be made for nontaxable uses of a diesel-water fuel emulsion and for diesel fuel used to produce a diesel-water fuel emulsion. See *Diesel water fuel emulsion* on page 2.
- Claims by the ultimate purchaser for diesel fuel, kerosene, or kerosene for use in aviation used by a state or local government for its exclusive use can be claimed on Schedule 6 if certain conditions are met. See *Claims by State or Local Governments* on page 2.
- If a vehicle on which tax is reported on Form 2290 is sold and subsequently not used during the period, the taxpayer may claim a credit for the tax paid based on the months remaining in the tax period. See *Form 2290* on page 2.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, 5, and 8, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.   Cat. No. 27454M   Schedule 6 (Form 8849) (Rev. 1-2006)

# NCS Companies, Inc. Federal Excise Tax Phone Charges
## 2003 - 2005

### Sprint

| Billing Period Ending | Federal Excise Tax Paid |
|---|---|
| 4/6/2003 | $8.43 |
| 5/6/2003 | $8.66 |
| 6/6/2003 | $7.73 |
| 7/6/2003 | $9.59 |
| 8/6/2003 | $9.95 |
| 9/6/2003 | $9.02 |
| 10/6/2003 | $9.45 |
| 11/6/2003 | $10.27 |
| 12/6/2003 | $10.22 |
| Sprint 2003 | $83.32 |
| 1/6/2004 | $7.04 |
| 2/6/2004 | $9.10 |
| 3/6/2004 | $9.35 |
| 4/6/2004 | $8.60 |
| 5/6/2004 | $9.06 |
| 6/6/2004 | $7.64 |
| 7/6/2004 | $8.17 |
| 8/6/2004 | $8.61 |
| 9/6/2004 | $6.61 |
| 10/6/2004 | $9.59 |
| 11/6/2004 | $5.06 |
| 12/6/2004 | $5.28 |
| Sprint 2004 | $94.11 |
| Total Sprint 2003- 2005 | $177.43 |

### Verizon

| Billing Date | Federal Excise Tax Paid |
|---|---|
| 4/10/2003 | $15.90 |
| 5/10/2003 | $18.25 |
| 6/10/2003 | $21.51 |
| 7/10/2003 | $19.90 |
| 8/7/2003 | $5.42 |
| 9/10/2003 | $23.66 |
| 10/10/2003 | $29.95 |
| 11/10/2003 | $43.29 |
| 12/10/2003 | $29.45 |
| Verizon 2003 | $207.33 |
| 1/10/2004 | $42.59 |
| 2/10/2004 | $37.33 |
| 3/10/2004 | $36.32 |
| 4/10/2004 | $40.05 |
| 5/10/2004 | $31.43 |
| 6/10/2004 | $24.50 |
| 7/10/2004 | $25.26 |
| 8/10/2004 | $32.95 |
| 9/10/2004 | $31.65 |
| 10/10/2004 | $30.01 |
| 11/10/2004 | $28.25 |
| 12/10/2004 | $29.74 |
| Verizon 2004 | $390.08 |
| 1/10/2005 | $37.90 |
| 2/10/2005 | $23.38 |
| 3/10/2005 | $23.70 |
| 4/10/2005 | $23.50 |
| 5/10/2005 | $31.00 |
| 6/10/2005 | $34.04 |
| 7/10/2005 | $29.64 |
| 8/10/2005 | $31.11 |
| 9/10/2005 | $28.86 |
| 10/1/2005 | $27.99 |
| 11/10/2005 | $24.37 |
| 12/10/2005 | $33.56 |
| Verizon 2005 | $349.05 |
| Total Verizon 2003-2005 | $946.46 |

### T Mobile

| Billing Date | Federal Excise Tax Paid | | |
|---|---|---|---|
| 4/8/2003 | $6.24 | | |
| 5/8/2003 | $3.05 | | |
| 6/7/2003 | $3.05 | | |
| 7/7/2003 | $3.05 | | |
| 8/6/2003 | $3.05 | | |
| 9/10/2003 | $3.05 | | |
| 10/6/2003 | $7.54 | | |
| 11/6/2003 | $12.90 | | |
| 12/11/2003 | $12.57 | Total 2003 | |
| TMobile 2003 | $54.50 | $345.15 | |
| 1/6/2004 | $3.13 | | |
| 2/6/2004 | $4.50 | | |
| 3/7/2004 | $3.25 | | |
| 4/7/2004 | $2.24 | | |
| 5/12/2004 | $1.94 | | |
| 6/11/2004 | $2.03 | | |
| 7/10/2004 | $1.97 | | |
| 8/10/2004 | $2.00 | | |
| 9/10/2004 | $1.94 | | |
| 10/10/2004 | $0.70 | | |
| 11/9/2004 | $0.67 | | |
| 12/9/2004 | $0.67 | Total 2004 | |
| TMobile 2004 | $25.04 | $509.23 | |
| 1/10/2005 | $0.67 | | |
| 2/10/2005 | $0.67 | | |
| 3/9/2005 | $0.67 | | |
| 4/9/2005 | $0.67 | | |
| 5/9/2005 | $0.71 | | |
| 6/9/2005 | $0.67 | | |
| 7/9/2005 | $0.71 | | |
| 8/9/2005 | $0.67 | | |
| 9/11/2005 | $0.67 | | |
| 10/9/2005 | $0.71 | | |
| 11/9/2005 | $0.71 | | |
| 12/9/2005 | $1.02 | Total 2005 | |
| TMobile 2005 | $8.55 | $357.60 | |
| Total TMobile 2003-2005 | $88.09 | Grand Total: $1,211.98 | |