**EXHIBIT 10**

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0060

In reply refer to: 2479418758
May 08, 2006   LTR 916C  E1
23-2590817    200306 03 000
                              06746
                         BODC: SB

```
--
--  NCS COMPANIES INC
--  520 LANCASTER AVE
    FRAZER  PA  19355-1842994
--
```

```
     Taxpayer Identification Number:  23-2590817
                     Kind of Tax:     Excise
                 Amount of Claim(s):  $      1,211.98

            Date Claim(s) Received:   Apr. 10, 2006
              Tax Period(s) Ending:   June 30, 2003
```

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see attached letter.

If you have any questions, please call Mr. Sproul at
859-669-2374 between the hours of 8:00 a.m. and
6:00 p.m. ET.  If the number is outside your local calling area,
there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____

```
                                                           2479418758
                                        May  08, 2006    LTR 916C  E1
                                        23-2590817    200306 03 000
                                                                06747
```

NCS COMPANIES INC
520 LANCASTER AVE
FRAZER   PA   19355-1842994


Thank you for your cooperation.

                          Sincerely yours,

                          *[signature]*

                        Mary Jo Williams, Operations Mgr.
                        Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Form 8849
Schedule 6
Your Claim

## ATTACHMENT TO LETTER

| NAME: | Year Period(s) Ended: |
|---|---|
| **NCS Companies** | **From: 04/01/2003 to 12/31/2005** |

NO CONSIDERATION

We cannot allow your claim as filed at this time for the following reasons:

1. We have reviewed your claim and need more detail as to how your organization qualifies for this exemption. Please explain in detail as to how your organization qualifies for this exemption. Provide specific IRS Code sections, revenue rulings, and/or court cases.

2. Please provide evidence of this claim. Evidence included should show the amounts and dates the tax was paid to the telephone company.

3. In order to process your claim for refund of communication taxes, you need to provide us with a summary of the total refund requested by quarter). This breakdown is necessary since the interest on the refund is computed on a quarterly basis Quarters submitted must be complete quarters and must be calendar quarters (3/31, 6/30, 9/30, and 12/31)

*When responding to this letter please submit a complete copy of this claim with your response.*

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

**Name of claimant:** NCS COMPANIES

**Employer Identification number (EIN):** 23-2590817

**Address (number, street, room or suite no.):** 520 LANCASTER AVENUE

**Social security number (SSN):** 

**City and state or province. If you have a foreign address, see page 2:** FRAZER PENNSYLVANIA

**ZIP code:** 19355

**Month claimant's income tax year ends:** 01

**Foreign country, if applicable. Do not abbreviate.**

**Daytime telephone number (optional)**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ☑ |

INTERNAL REVENUE SERVICE RECEIVED APR 10 2006 BATCHING UNIT COVINGTON, KY

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature: [signed] Suzanne Kelly, Controller     Date: 4-6-06

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.   Cat. No. 20027J   Form **8849** (Rev. 2-2005)

NO. 138 ACCEPTED No Consideration APR 21 2006 By CLASSIFICATION S.C. 17

INTERNAL REVENUE SERVICE RECEIVED APR 18 2006 EXCISE UNIT 35 #13 CINCINNATI SERVICE

| Schedule 6 (Form 8849) | | |
|---|---|---|
| (Rev. January 2006) Department of the Treasury Internal Revenue Service | **Other Claims** ▶ Attach to Form 8849. | OMB No. 1545-1420 |

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| NATIONAL CONSTRUCTION SERVICES | 231944729 | $ 1,211.98 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ ___04012003___    Latest date ▶ ___12102005___

| | Tax | Amount of refund | CRN |
|---|---|---|---|
| 1 | SEE ATTACHED | $ | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## Instructions

### What's New

- Diesel-water fuel emulsion claims are made on Schedule 6. Claims can be made for nontaxable uses of a diesel-water fuel emulsion and for diesel fuel used to produce a diesel-water fuel emulsion. See *Diesel water fuel emulsion* on page 2.
- Claims by the ultimate purchaser for diesel fuel, kerosene, or kerosene for use in aviation used by a state or local government for its exclusive use can be claimed on Schedule 6 if certain conditions are met. See *Claims by State or Local Governments* on page 2.
- If a vehicle on which tax is reported on Form 2290 is sold and subsequently not used during the period, the taxpayer may claim a credit for the tax paid based on the months remaining in the tax period. See Form 2290 on page 2.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, 5, and 8, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 1-2006)

## NCS Companies, Inc. Federal Excise Tax Phone Charges
## 2003 - 2005

### Sprint

| Billing Period Ending | Federal Excise Tax Paid |
|---|---|
| 4/6/2003 | $8.43 |
| 5/6/2003 | $8.66 |
| 6/6/2003 | $7.73 |
| 7/6/2003 | $9.59 |
| 8/6/2003 | $9.95 |
| 9/6/2003 | $9.02 |
| 10/6/2003 | $9.45 |
| 11/6/2003 | $10.27 |
| 12/6/2003 | $10.22 |
| Sprint 2003 | $83.32 |
| 1/6/2004 | $7.04 |
| 2/6/2004 | $9.10 |
| 3/6/2004 | $9.35 |
| 4/6/2004 | $8.60 |
| 5/6/2004 | $9.06 |
| 6/6/2004 | $7.64 |
| 7/6/2004 | $8.17 |
| 8/6/2004 | $8.61 |
| 9/6/2004 | $6.61 |
| 10/6/2004 | $9.59 |
| 11/6/2004 | $5.06 |
| 12/6/2004 | $5.28 |
| Sprint 2004 | $94.11 |
| Total Sprint 2003-2005 | $177.43 |

### Verizon

| Billing Date | Federal Excise Tax Paid |
|---|---|
| 4/10/2003 | $15.90 |
| 5/10/2003 | $18.25 |
| 6/10/2003 | $21.51 |
| 7/10/2003 | $19.90 |
| 8/7/2003 | $5.42 |
| 9/10/2003 | $23.66 |
| 10/10/2003 | $29.95 |
| 11/10/2003 | $43.29 |
| 12/10/2003 | $29.45 |
| Verizon 2003 | $207.33 |
| 1/10/2004 | $42.59 |
| 2/10/2004 | $37.33 |
| 3/10/2004 | $36.32 |
| 4/10/2004 | $40.05 |
| 5/10/2004 | $31.43 |
| 6/10/2004 | $24.50 |
| 7/10/2004 | $25.26 |
| 8/10/2004 | $32.95 |
| 9/10/2004 | $31.65 |
| 10/10/2004 | $30.01 |
| 11/10/2004 | $28.25 |
| 12/10/2004 | $29.74 |
| Verizon 2004 | $390.08 |
| 1/10/2005 | $37.90 |
| 2/10/2005 | $23.38 |
| 3/10/2005 | $23.70 |
| 4/10/2005 | $23.50 |
| 5/10/2005 | $31.00 |
| 6/10/2005 | $34.04 |
| 7/10/2005 | $29.64 |
| 8/10/2005 | $31.11 |
| 9/10/2005 | $28.86 |
| 10/1/2005 | $27.99 |
| 11/10/2005 | $24.37 |
| 12/10/2005 | $33.56 |
| Verizon 2005 | $349.05 |
| Total Verizon 2003-2005 | $946.46 |

### T Mobile

| Billing Date | Federal Excise Tax Paid |
|---|---|
| 4/8/2003 | $6.24 |
| 5/8/2003 | $3.05 |
| 6/7/2003 | $3.05 |
| 7/7/2003 | $3.05 |
| 8/6/2003 | $3.05 |
| 9/10/2003 | $3.05 |
| 10/6/2003 | $7.54 |
| 11/6/2003 | $12.90 |
| 12/11/2003 | $12.57 |
| TMobile 2003 | $54.50 |
| 1/6/2004 | $3.13 |
| 2/6/2004 | $4.50 |
| 3/7/2004 | $3.25 |
| 4/7/2004 | $2.24 |
| 5/12/2004 | $1.94 |
| 6/11/2004 | $2.03 |
| 7/10/2004 | $1.97 |
| 8/10/2004 | $2.00 |
| 9/10/2004 | $1.94 |
| 10/10/2004 | $0.70 |
| 11/9/2004 | $0.67 |
| 12/9/2004 | $0.67 |
| TMobile 2004 | $25.04 |
| 1/10/2005 | $0.67 |
| 2/10/2005 | $0.67 |
| 3/9/2005 | $0.67 |
| 4/9/2005 | $0.67 |
| 5/9/2005 | $0.71 |
| 6/9/2005 | $0.67 |
| 7/9/2005 | $0.71 |
| 8/9/2005 | $0.67 |
| 9/11/2005 | $0.67 |
| 10/9/2005 | $0.71 |
| 11/9/2005 | $0.71 |
| 12/9/2005 | $1.02 |
| TMobile 2005 | $8.55 |
| Total TMobile 2003-2005 | $88.09 |

Total 2003: $345.15
Total 2004: $509.23
Total 2005: $357.60
Grand Total: $1,211.98