IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| UNITED STATES, | ) |
| Defendant. | ) |

**UNITED STATES' STATEMENT OF NONOPPOSITION TO
PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT**

The United States submits this statement to indicate that, for the reasons stated herein, it does not oppose the relief sought by plaintiffs' motion for leave to file a second amended complaint (Docket No. 18).

In particular, although the proposed, second amended complaint (indicated at Exhibit B to the memorandum in support of plaintiff's motion (Docket No. 19)) does not remedy the jurisdictional problems described in the United States' pending motion to dismiss, the United States recognizes that the futility of any amendment would likely be debated in another set of briefs which address anew these very jurisdictional problems in light of IRS Notice 2006-50. As a result, the speediest and most efficient resolution of these jurisdictional issues is likely to permit a further amendment to the complaint, in which case the United States would withdraw its pending motion to dismiss and file a motion to dismiss any such second amended complaint. That method will avoid overlapping briefs under Fed. R. Civ. P. 12 and 15, and put the briefing into one set of

1783389.1

briefs that will resolve what claims, if any, are within the court's jurisdiction and state a claim.

Further, although the 33-page second amended complaint the plaintiffs propose to file is not a "short and plain statement" of the claim(s), see Fed. R. Civ. P. 8(a), the United States may incorporate any objections to the complaint's prolixity into its motion challenging the sufficiency of the complaint under Rule 12. In any event, the Court is eminently capable of trimming the "fat" from the meat in its review of the proposed, second amended complaint. See Bennett v. Schmidt, 153 F.3d 516, 517-188 (7th Cir. 1998).

Accordingly, in the interest of efficiency, the United States does not oppose the grant of leave to file the proposed, second amended complaint, and the Court may treat the plaintiffs' motion to that effect as uncontested.

Dated:     June 29, 2006

                                        Respectfully submitted,


                                        __/s/ Ivan C. Dale_____
                                        IVAN C. DALE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC 20044
                                        Telephone: (202) 307-6615


OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney