UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et. al., on behalf of themselves and all other similarly situated taxpayers,<br><br>     Plaintiffs,<br><br> v.<br><br>UNITED STATES,<br><br>     Defendant. | No. 1:06-cv-00483 RMU |
| NCS COMPANIES, on behalf of itself and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>UNITED STATES, et. al.<br><br>     Defendants. | No. 1:06-cv-00831 RMU |

**STIPULATION AND PROPOSED CASE MANAGEMENT ORDER
REGARDING BRIEFING SCHEDULE AND CERTAIN OTHER MATTERS**

  WHEREAS, the parties in the above-captioned actions have agreed and stipulate as follows,

  IT IS, this ____ day of _____, 2006, ORDERED:

**I. FILING OF A SECOND AMENDED COMPLAINT IN *SLOAN*;
DISMISSAL OF *NCS*.**

  A. Counsel for Plaintiffs in *Sloan, et. al. v. United States*, Docket No. 1:06-cv-00483 (RMU) ("*Sloan*") will file a Second Amended Complaint in *Sloan* within two (2) days of the entry of an Order granting leave to amend.

B. The Second Amended Complaint that Plaintiffs in *Sloan* will file includes NCS Companies, Inc. as a named Plaintiff, which is a named Plaintiff in another related case pending in this Court. *NCS Companies, Inc. v. United States, et. al.*, Docket No.1:06-cv-00831 RMU ("*NCS*"). Upon the filing of the Second Amended Complaint, NCS Companies Inc. shall become a named Plaintiff in the *Sloan* case, and the parties in *NCS* shall file a stipulation of dismissal, within 30 days thereof, with respect to the *NCS* case.

C. NCS Companies, Inc. shall be deemed to have filed a class claim for all purposes on May 5, 2006, the date that the *NCS* case was commenced. Any subsequent filing(s) by NCS Companies, Inc. shall relate back to this date for all purposes.

**II. BRIEFING SCHEDULE.**

A. No class certification motion will be decided until any motion(s) directed to the sufficiency of the Second Amended Complaint under FED. R. CIV. P. 12 or otherwise has been determined.

B. The Plaintiffs may file renewed motions for Class Certification and for Preliminary Injunction by July 6, 2006.

C. The Defendant shall have until July 20, 2006, or fourteen days from the filing of the Second Amended Complaint in *Sloan*, whichever is later, to file its motion to dismiss the Second Amended Complaint.

D. Plaintiffs' opposition to Defendant's motion to dismiss, and Defendant's reply to Plaintiffs' opposition shall be filed in accordance with Local Rule 7(b).

E. The Defendant shall have until July 20, 2006, or fourteen days from the filing of the renewed motions for Class Certification and Preliminary Injunction in *Sloan*, whichever is later, to file its opposition thereto.

    F.    Plaintiffs' reply to Defendant's opposition shall be filed on August 1, 2006.

### III. ORGANIZATION OF COUNSEL.

    A.    The Plaintiffs' Executive Committee shall consist of the following law firms and attorneys:

    CHIMICLES & TIKELLIS LLP
    One Haverford Centre
    361 West Lancaster Avenue
    Haverford, Pennsylvania 19041

    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005

    CUNEO GILBERT & LADUCA, LLP
    507 C Street, NE
    Washington, DC 20002

    EGAN, FITZPATRICK, MALSCH & CYNKAR, PLLC
    8300 Boone Boulevard, Suite 340
    Vienna, VA 22182

    LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
    2001 L Street, NW, Suite 900
    Washington, D.C. 20036

    MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, Delaware 19801

    PROFESSOR CHARLES TIEFER
    University of Baltimore
    3904 Woodbine Street
    Chevy Chase, MD 20815

    TODD & WELD LLP
    28 State Street
    Boston, MA 02109

    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
    270 Madison Avenue

New York, New York 10016

B.   The Chairs of the Plaintiffs' Executive Committee ("Chairs") shall consist of the following two law firms:

>   CHIMICLES & TIKELLIS LLP
>   One Haverford Centre
>   361 West Lancaster Avenue
>   Haverford, Pennsylvania 19041
>
>   CUNEO GILBERT & LADUCA, LLP
>   507 C Street, NE
>   Washington, DC 20002

C.   The Chairs, on behalf of the Plaintiffs' Executive Committee, shall:

   i.   have authority to speak for all plaintiffs in matters regarding pretrial procedure and settlement negotiations;

   ii.  be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff except through the Chairs of the Plaintiffs' Executive Committee;

   iii. make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort; and

   iv.  be available and responsible for communications to and from this Court, including the distribution to counsel of orders and other directions from the Court. The Chairs shall be responsible for the creation and maintenance of a

master service list of all parties and their respective counsel.

D.  If any defendant files a single pleading or other paper directed to all plaintiffs in the coordinated cases, the response on behalf of the plaintiffs shall be made in a single pleading or other paper to be served by the Chairs. All plaintiffs in the coordinated actions shall be bound by that pleading or paper.

E.  The Chairs may communicate to defendants agreements upon which defendants' counsel may rely, and such agreements shall be binding on all plaintiffs.

F.  The parties shall utilize the Court's Electronic Case Filing system ("ECF") for all filings made with the Court. Service of all other documents shall be governed by the following: Defendants shall effect service of papers on plaintiffs by serving a copy of same on the Chairs, which shall constitute service and notice to the various attorneys for which the Chairs are acting. The Chairs shall be responsible for distributing copies among plaintiffs' remaining counsel. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel. The mode of service shall be as provided by the Local Rules or, if not specified in the Local Rules, by hand or overnight delivery.

SO ORDERED this _____ day of _____, 2006

_____
United States District Judge

AGREED TO:

Dated: June 29, 2006

*Jonathan W. Cuneo*
Jonathan W. Cuneo, Esquire (DC Bar #939389)
Charles J. LaDuca, Esquire (DC Bar #476134)
Steven N. Berk, Esquire (DC Bar #432870)
William H. Anderson, Esquire
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
*On Behalf of Plaintiffs and All Plaintiffs' Counsel*

Dated: June 29, 2006

R. Scott Clarke
Ivan C. Dale
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
(202) 307-6647; (202) 307-6615
*On Behalf of Defendants*