IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Civil Action No.: 1:06-cv-00483 RMU |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Having considered Plaintiffs' Motion for Leave to File a Second Amended Complaint, together with the Defendant United States' Statement of Nonopposition to Plaintiffs' Motion to File Second Amended Complaint, it is this ___ day of Ju__, 2006, hereby ORDERED that Plaintiffs' Motion for Leave to File a Second Amended Complaint is GRANTED; and it is further ORDERED that Defendant and Plaintiffs shall file and serve further pleadings in accordance with the briefing schedule set forth in the Stipulation and Proposed Case Management Order Regarding Briefing Schedule and Certain Other Matters, filed with the Court June 30, 2006.

_____
UNITED STATES DISTRICT JUDGE
HON. RICARDO M. URBINA

COPIES TO:

Jonathan W. Cuneo, Esquire
Charles J. LaDuca, Esquire
William H. Anderson, Esquire
507 C Street, NE
Washington, DC 20002
(202) 789-3960

Nicholas E. Chimicles, Esquire
Benjamin F. Johns, Esquire
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

Robert J. Cynkar, Esquire
EGAN, FITZPATRICK, MALSCH & CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182
(703) 891-4050

Henry D. Levine, Esquire
Stephen J. Rosen, Esquire
LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, D.C. 20036

R. Montgomery Donaldson, Esquire
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7800

Stephen A. Madva, Esquire
Clifford Scott Meyer, Esquire
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030
(215) 772-1500

Christopher Weld, Jr., Esquire
Kevin T. Peters, Esquire
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Professor Charles Tiefer, Esquire
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815
(301) 951-4239

Andrew N. Friedman, Esquire
Victoria S. Nugent, Esquire
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600

David L. Wales, Esquire
Mark C. Rifkin, Esquire
Martin Restituyo, Esquire
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Attorneys for Plaintiffs*

Ivan C. Dale, Esquire
United States Department of Justice
Post Office Box 227
Washington, DC 20044

*Attorney for Defendant*