IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION, APPOINTING CLASS REPRESENTATIVES AND APPOINTING CLASS COUNSEL**

The Court, having considered the Plaintiff's Motion for Class Certification Under Fed. R. Civ. P. 23(b)(2) and the accompanying Memorandum of Points and Authorities, and the Defendant's Opposition thereto, Orders that:

### I.   CLASS CERTIFICATION

The Court hereby certifies the following class and subclasses pursuant to Fed. R. Civ. P. 23(b)(2):

The "Overall Teletax Class"

All individuals and entities who have paid the Federal communications excise tax for telecommunications services that have been declared to be non-taxable in Notice 2006-50, from January 1, 1997 until August 1, 2006, and whose claims do not exceed $10,000.

The Subclasses

A. The "Non-Filer Subclass"

All individuals who have paid the communications excise tax for telecommunications services that have been declared to be non-taxable in Notice 2006-50, who will not affirmatively be required to file a 2006 income tax return because they do not meet the minimum income requirements for mandatory income tax filing, and whose claims do not exceed $10,000.

B. The "Small Business/Non-Profit Subclass"

All "entities" (as that term is used in Notice 2006-50) that have paid the communications excise tax for telecommunications services that have been declared to be non-taxable in Notice 2006-50, and whose claims do not exceed $10,000.

## II.   APPOINTMENT OF CLASS REPRESENTATIVES

Virginia Sloan, Gary M. Sable, Robert McGranahan, Shari Perlowitz, Reginald A. Krasney, Marion Sachuk, Carolyn Hrusovsky, Stacy Markowitz, Joan Denenberg, James Gillen, NCS Companies, Inc., and Catering By Design, Inc. are hereby appointed as Class Representatives for the class and subclasses defined above.

## III.   APPOINTMENT OF CLASS COUNSEL

Pursuant to Fed. R. Civ. P. 23(g) the Court hereby adopts the following organization of counsel in the above-captioned action:

### Chairs of Plaintiffs' Executive Committee

| | |
|---|---|
| Jonathan W. Cuneo | Nicholas E. Chimicles (pro hac vice) |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |
| Charles J. LaDuca | Benjamin F. Johns (pro hac vice) |
| Steven N. Berk | CHIMICLES & TIKELLIS LLP |
| William Anderson | One Haverford Centre |
| CUNEO GILBERT & LADUCA, LLP | 361 West Lancaster Avenue |
| 507 C Street, NE | Haverford, Pennsylvania 19041 |
| Washington, DC 20002 | |

### Plaintiffs' Executive Committee

| | |
|---|---|
| Christopher Weld, Jr. | Professor Charles Tiefer |
| Kevin Peters | University of Baltimore |
| TODD & WELD, LLP | 3904 Woodbine Street |
| 28 State Street | Chevy Chase, MD 20815 |
| Boston, MA 02109 | |

| | |
|---|---|
| Henry D. Levine<br>Stephen J. Rosen<br>LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC<br>2001 L Street, NW, Suite 900<br>Washington, DC 20036 | Stephen A. Madva<br>Clifford Scott Meyer<br>MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP 123 South Broad Street<br>Philadelphia, PA 19109-1030 |
| R. Montgomery Donaldson<br>MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP<br>300 Delaware Avenue, Suite 750<br>Wilmington, Delaware 19801 | Andrew N. Friedman<br>Victoria S. Nugent<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005 |
| Robert J. Cynkar<br>EGAN, FITZPATRICK, MALSCH & CYNKAR PLLC<br>8300 Boone Boulevard, Suite 340<br>Vienna, Virginia 22182 | David L. Wales<br>Mark C. Rifkin<br>Martin Restituyo<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
Hon. Ricardo M. Urbina