# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SLOAN, *et al.*,  )
       Plaintiffs,  )
                  v.  )    Case Number: 1:06CV00483
                      )    Judge: Ricardo M. Urbina
UNITED STATES OF AMERICA,  )
Acting By and Through The INTERNAL  )
REVENUE SERVICE c/o United States  )
Department of Justice,  )
       Defendant.  )

## DECLARATION OF JAMES GILLINS

I, JAMES GILLINS, under penalty of perjury, declare as follows:

    1.    I am a 78 year old African-American male. I am a citizen of the United States, living at 1320 North Broad Street Apt. #12114 Jacksonville Florida 32202.

    2.    I have been retired since 1993. I rely on Social Security and Supplemental Security Income ("S.S.I.") as my only sources of income.

    3.    Because of my fixed income, it is my understanding that I do not have to file an income tax return.

    4.    I canceled my long distance service approximately two years ago. My long distance provider was AT&T. I do not recall the specifics of my plan but I remember that my long distance calls were billed per minute, wherever I called in the United States.

5. My lawyers have explained that there was an illegal tax charged on my long distance bill.

6. Since I do not file a tax return, it does not seem right that I am expected to fill out a tax return because of what someone else took from me illegally.

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 17, 2006, in Jacksonville, FL.

*James Gillins*
James Gillins