# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Acting By and Through The INTERNAL<br>REVENUE SERVICE c/o United States<br>Department of Justice,<br><br>    Defendant. | Case Number: 1:06CV00483<br>Judge: Ricardo M. Urbina |

## DECLARATION OF PETER LOEVY
## ON BEHALF OF CATERING BY DESIGN, INC.

I, PETER LOEVY, under penalty of perjury, declare as follows:

1.  I am President of Catering By Design, a Pennsylvania Corporation with a principal place of business at 110 East Hector Street, Conshohocken, Pennsylvania 19428. I am authorized to make this declaration on behalf of Catering By Design.

2.  Catering By Design has paid and continues to pay the federal communications excise tax with respect to telecommunications services, the charges for which do not vary by time and distance.

3.  My lawyers have explained that the communications excise tax was improperly applied on Catering By Design's telephone bill.

4.  Catering By Design has paid the communications excise tax for longer than the past three (3) years.

5.  It would be extremely burdensome and impractical for me to calculate the precise amount of improper communications excise taxes that Catering By Design has paid over the last several years, as this would require the gathering and analyzing old telephone bills.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June __, 2006, in Conshohocken, Pennsylvania.

_____
Peter Loewy, President of
Catering By Design