# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SLOAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Acting By and Through The INTERNAL | ) |
| REVENUE SERVICE c/o United States | ) |
| Department of Justice, | ) |
| | ) |
| Defendant. | ) |

**Case Number: 1:06CV00483**
**Judge: Ricardo M. Urbina**

**DECLARATION OF ROBERT L. McGRANAHAN**

I, ROBERT L. McGRANAHAN, under penalty of perjury, declare as follows:

1.      I am a citizen of the United States, living at 1604 Chandler Road, Ann

Arbor, Michigan 48105.  I have had a residential phone all my adult life, and a cell phone

for at least five years.  I am employed as a physician's assistant.

2.      Over the last six years, I have had multiple telephone services for both

landline and cellular phone services.  Mostly, I have had Sprint service, but I may have

had others and do not recall.  My bills are often ten pages or more and after payment of

the bills I do not necessarily retain my bills.   Many of them are in storage.  I have also

moved a number of times in the past few years and so I would not locate them easily.

3.      I am an individual phone customer.  I have paid for at least some long

distance services solely on an elapsed time basis.  Under the established law of this

Circuit, I believe that some portion of the Telephone Excise Tax being collected is clearly

illegal. Because I did not retain my bills, determining how much that would be over the years would be extremely difficult and time consuming. In some instances, I would have to request back copies. Assuming they still exist, I would have to spend hours analyzing the bills.

4.　　During the proposed class period, I have been subject to, and paid, the communications excise tax on a host of other services, whose legal status is not well established, but I believe to be illegal. The Government continues to levy the tax against me, as it has in the past, and will continue to do in the future.

5.　　As a practical matter, I am not prepared to undertake the time, effort and expense necessary to familiarize myself with the tax code, request my file from the phone company, file for an individual refund, and subsequently hire an individual attorney; it is impossible to imagine that other American individual phone customers similarly situated will do so either. The amounts of money are too small, even in the aggregate, and it is simply not worth it.

6.　　Until recently, I had no idea, and no reason to believe, that the collection of the tax was illegal. Nothing in my phone bill gave me any indication the tax was illegal. It never dawned on me to check the Internal Revenue Code about the legality of the tax collection.

7.　　While the amount taken from me and other residential phone customers may be small, the conduct is nonetheless illegal. The fact that the amount of money exacted is small does not make it any less illegal. For these reasons, the Telephone Excise Tax should be enjoined as applied to services for which the imposition of the tax has been found to be illegal by the United States Court of Appeals.

Pursuant to U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 6, 2006, in Ann Arbor, Michigan.

Robert L. McGranahan