# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOAN, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Acting By and Through The INTERNAL )<br>REVENUE SERVICE c/o United States )<br>Department of Justice, )<br>)<br>    Defendant. )<br>_____) | **Case Number: 1:06CV00483**<br>**Judge: Ricardo M. Urbina** |

### DECLARATION OF CAROLYN HRUSOVSKY

I, CAROLYN HRUSOVSKY, under penalty of perjury, declare as follows:

1. I am a citizen of the United States, living at 1067 Weikel Road, Lansdale, Pennsylvania 19446.

2. I am a customer of T-Mobile and Verizon (and have also purchased pre-paid calling cards), and have paid and continue to pay the communications excise tax on services with respect to which charges for individual calls do not vary by distance.

3. My lawyers have explained that the communications excise tax was improperly applied on my telephone bill.

4. I have paid the communications excise tax for longer than the past three (3) years.

5. It would be extremely burdensome and impractical for me to calculate the precise amount of improper communications excise taxes that I have paid over the last several years, as this would require the gathering and analyzing old telephone bills.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June __, 2006, in Lansdale, Pennsylvania.

*Carolyn Hrusovsky*