# EXHIBIT 12

# Jonathan W. Cuneo
## Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, D.C.  20002
Telephone: (202) 789-3960

**EXPERIENCE**

**FOUNDING PARTNER**

**CUNEO GILBERT & LaDUCA, LLP** (and predecessor firms)
June 1986 - Present
Founding and Senior Partner in specialized law firm with offices on Capitol Hill in Washington, DC, Houston, Maryland, New York, and Los Angeles.  Firm specializes in advocacy before the U.S. Congress and in federal and state courts across the country. Substantive specialties include securities, corporate governance, antitrust, and consumer matters.

**MAJOR RECENT ACCOMPLISHMENTS AND QUALIFICATIONS**

* Firm listed in the Bar Register of Pre-Eminent Attorneys.

* Received Martindale-Hubbell's highest ("AV") rating.

* Listed in Who's Who in American Law.

* Finalist, 2006, Trial Lawyer of the Year; Trial Lawyers for Public Justice.

* Co-lead counsel in Rosner v. United States (S.D. FL 2005) (the "Gold Train" case).  This case, brought on behalf of Hungarian survivors  and heirs of the Holocaust, sought redress over the United States  alleged mishandling of the Hungarian Gold Train in occupied  Austria immediately after World War II.  This case  was settled in 2005 for $25.5 million and an unprecedented statement of acknowledgment of the United States Government.

* Lead counsel in Galanti v. Goodyear Tire and Rubber Company (D.NJ 2004).  This $322 million settlement brought relief to thousands of homeowners who had allegedly defective Entran II radiant heating hose installed in their homes across the United States and Canada.

Resume
Jonathan W. Cuneo
Page 2

         \*   General Counsel and Legislative Representative for the
National Association of Shareholder and Consumer
Attorneys (1988-2005).
-     Represented the interests of attorneys for investors
and consumers in Washington.

**COUNSEL**            **SUBCOMMITTEE ON MONOPOLIES AND COMMERCIAL
LAW, HOUSE COMMITTEE ON THE JUDICIARY (Honorable
Peter W. Rodino, Jr., Chairman)**
Washington, D.C.
September 1981 - June 1986

**ATTORNEY**          **FEDERAL TRADE COMMISSION**
Washington, D.C.
September 1978 - September 1981

**LAW CLERK**         **JUDGE EDWARD ALLEN TAMM**
United States Court of Appeals for the
District of Columbia Circuit Court (1977-1978).

**PUBLICATIONS**

"Judge Tamm and the Evolution of Administrative Law: The Art of
Judging," 74 <u>Georgetown L.J.</u> 1595 (1986).

"Pulling the Plug on Antitrust Law," <u>The Nation</u> (September 26,1987)
(with Jerry Cohen).

"House Takes Up Cause of Discounters," <u>Legal Times</u>, Vol X, No. 30,
December 1987.

"Supreme Court's `Sharp' Ruling Means Higher Prices, Fewer Choices
for Consumers," <u>Manhattan Lawyer</u>, May 31 - June 6, 1988.

Chapter Author, "Consumer Protection -- Federal Trade Commission"
as part of "<u>Changing America:  Blueprints for the New
Administration</u>," edited by Mark Green (1992).

"Antitrust and Clinton:  Changes on the Horizon" <u>The California
Lawyer</u>, February 1993.

Resume
Jonathan W. Cuneo
Page 3

"Action on Class Actions," The Recorder, April 30, 1997.

"The Gold Train Case: Successfully Suing the United States on Behalf of a Class of Holocaust Era Victims," 27 Class Action Reports 139 (with Professor Charles Tiefer) (2006).

## Other Activities

Invited Participant, Federal Trade Commission Joint Venture, Roundtable, March 28, 1998.

Guest Lecturer on Securities and Corporate Governance Issues: Southwestern Law School, Los Angeles, California, 1997 and 1998.

Numerous appearances in Continuing Legal Education programs including antitrust, privacy and investor protection issues in the United States and Canada.

District of Columbia Judicial Conference, 2005.

## BAR MEMBERSHIPS

U.S. Supreme Court
District of Columbia bar (since 1977)
New York Bar (since 2006)
U.S. Court of Appeals for the District of Columbia
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Court of Appeals for the Fourth Circuit
U.S. District Court for the District of Columbia
U.S. District Court for the Eastern District of New York
U.S. District Court for the Northern District of New York
U.S. District Court for the Southern District of New York

## NON-PROFIT AND CHARITABLE BOARD MEMBERSHIPS AND ACTIVITIES

American Antitrust Institute
Appleseed Legal Foundation (1999-2005)
Board of Editors, Class Action Reports
Fighters Initiative for Support and Training ("F.I.S.T.")
Violence Policy Center

Resume
Jonathan W. Cuneo
Page 4

## EDUCATION

Cornell Law School
Ithaca, New York
J.D. May 1977

Columbia University
New York, New York
A.B. 1979

## MEMBERSHIPS

Adas Israel Temple
American Bar Association
Association of Trial Lawyers of America
Barristers
Cornell Club of New York
Potomac Boat Cub
St. Albans Tennis Club
Washington Athletic Club (Seattle)

## ACTIVITIES AND HOBBIES

Recreational Boxing
Reading Non-Fiction
Travel

## What Courts and Policymakers Have Said About Jonathan Cuneo

"But this case, bringing it against all odds, and the resolution
of it and the character and the resolution, just is a testament
that speaks so well of lawyers as truly what Tocqueville saw
lawyers contributing to our democracy. So I want the history
to preserve that contribution."

"I looked at the results obtained here. And as I have already
articulated, given what I knew about the law, that the results
were phenomenal. And I would like to compliment the
plaintiffs' team approach, particularly Mr. Cuneo. Mr. Cuneo,
I do see a leader in you, one who does not leave his
fingerprints, who is a leader in the sense that you pull together
a team where each member contributes their unique talents.
And the marriage of the three firms and the contributions that
each of the members of the firm, you played on their strength.
But I saw someone that reminded me a lot of my former

Resume
Jonathan W. Cuneo
Page 5

partner John Edward Smith, or the Lao Tzu's description of the
ideal leader, where others believed they did it themselves
because you encouraged, motivated, and let people do and rise
to their very best."

Judge Patricia Seitz, United States v. Rosner, (S.D. FL) (Sept. 27, 2005)

\* \* \*

"As the Court indicated earlier, the Court has been remarkably
impressed with the quality of all the legal counsel in this case and on
that question, they are highly competent to conduct this litigation
and there is not the slightest indication that the class representatives
have any interests which are antagonistic to the class."

"Counsel from the Cuneo group and the original settling counsel
have likewise been remarkably professional, and counsel from the
two other groups have, indeed, impressed the Court with their
professionalism and their talent."

" Thank you very much, Mr. Cuneo.  And everybody, thank you
very much.  It's been a pleasure meeting you, pleasure dealing with
you, and I hope we meet again."

Judge Stanley R. Chesler, Galanti v. Goodyear Tire and Rubber Company, (D.NJ)
October 19, 2004.

\* \* \*

"I don't use the word `hero' lightly but [the other lawyers and] Jon
Cuneo are real American heros.  . . . [T]hey sought to protect the public
interest."

Congressman Henry A. Waxman, Jan., 1998 (Statement on release of RJR "youth
targeting" tobacco documents).

**FIRM PROFILE**

Civil Litigation in Federal and State Courts. General Commercial Practice. Antitrust, Civil Rights, Government Relations, Products Liability, Administrative, Securities, Health Care and Franchise.

ATTORNEYS

**Jonathan W. Cuneo**, born New York, New York, September 10, 1952. Admitted to the District of Columbia Bar, 1977; New York Bar, 2006. Admitted to practice before the United States Supreme Court, 1994; U.S. District Court, District of Columbia, 1978; United States Court of Appeals for the Second Circuit, 2002; United States Court of Appeals for the Third Circuit, 2004; United States Court of Appeals for the Fourth Circuit, 2005; U.S. Court of Appeals, District of Columbia Circuit, 1978; U.S. District Court for the Eastern District of New York, 2006; U.S. District Court for the Southern District of New York, 2006; U.S. District Court for the Northern District of New York, 2002. Education: Columbia College (A.B., 1974); Cornell University (J.D., 1977). Law clerk to Honorable Edward Tamm, U.S. Court of Appeals, District of Columbia Circuit Court (1977-1978). Attorney, Office of the General Counsel, Federal Trade Commission (1978-1981); Counsel, Subcommittee on Monopolies and Commercial Law, House Committee on the Judiciary (1981-1986); General Counsel, Committee to Support the Antitrust Laws (1986-present); General Counsel, National Association of Securities and Commercial Law Attorneys (1988-1996); Legislative Counsel, National Coalition of Petroleum Retailers and Service Station Dealers of America (1988-1994); Arlington County Democratic Committee (1983-1987). Honors and Activities: Finalist, 2006 Trial Lawyer of the Year, Trial Lawyers for Public Justice; Board of Editors, Class Action Reports. Publications: "Judge Tamm and the Evolution of Administrative Law: The Art of Judging," 74 Georgetown L.J. 1595 (1986); "Pulling the Plug on Antitrust Law," The Nation (September 26, 1987) (with Jerry Cohen); "House Takes Up Cause of Discounters," Legal Times, Vol X, No. 30, December 1987; "Supreme Court's `Sharp' Ruling Means Higher Prices, Fewer Choices for Consumers," Manhattan Lawyer, May 31 - June 6, 1988; Chapter, "Consumer Protection -- Federal Trade Commission" as part of "Changing America: Blueprints for the New Administration," edited by Mark Green (1992); "Antitrust and Clinton: Changes on the Horizon" The California Lawyer, February 1993; "Action on Class Actions," The Recorder, April 30, 1997; "The Gold Train Case: Successfully Suing the United States on Behalf of a Class of Holocaust Era Victims," 27 Class Action Reports 139 (with Professor Charles Tiefer) (2006). Faculty Member: "Copyright for the Nineties: What Every Lawyer Needs to Know", a series by West Publishing Company (1990); Guest Lecturer: Southwestern Law School, 1997 and 1998; numerous appearances in CLE programs in the United States and Canada; District of Columbia Judicial Conference, 2005.

**Pamela B. Gilbert**, born New Brunswick, New Jersey, October 3, 1958.  Admitted to the New York Bar, 1985; District of Columbia Bar 1986.  Admitted to practice in New York and D.C. Education: Tufts University (B.A., 1980); New York University (J.D. ,1984). Consumer Program Director, U.S. Public Interest Research Group (1984-1989); Legislative Director, Executive Director, Public Citizen's Congress Watch (1990-1992; 1992-1995);  Executive Director, Consumer Product and Safety Commission (1996-2001); Chief Operating Officer, M&R Strategic Services (2001-2002).  Member: New York Bar Association; District of Columbia Bar Association; and American Bar Association.

**Charles J. LaDuca**, born Buffalo, New York, September 30, 1974.  Admitted to the New York State Bar, 2001; District of Columbia bar, 2002; Third Circuit Court of Appeals, 2004; United States District Court for the Northern District of New York Bar, 2002.  Education: George Washington University (B.A., 1996); Catholic University of America (J.D., 2000). Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section); New York State Bar Association; New York State Society.

**David W. Stanley**, born St. Louis, Missouri, May 30, 1944.  Admitted to the District of Columbia Bar, 1973; Virginia State Bar, 1972.  Admitted to practice before the U.S. District Court, District of Columbia, 1974; U.S. Court of Appeals, District of Columbia Circuit, 1978; U.S. Supreme Court, 1980.  Education:  University of Virginia (B.A., 1966); University of Virginia School of Law (J.D., 1972).  Law clerk to Honorable Gerard D. Reilly, Chief Judge, District of Columbia Court of Appeals (1972-1973). Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, 1973-1984 (Fraud Division, 1981-1984); Assistant Chief Trial Attorney, Division of Enforcement, U.S. Securities and Exchange Commission (1984-1987); Of Counsel, Swidler & Berlin, Chartered (1987-1992). Member: District of Columbia Bar (Corporation, Finance and Securities Law Section; Litigation Section); District of Columbia Bar Association; Assistant U.S. Attorneys Association (President, 1994-1995); Association of Securities and Exchange Commission Alumni; The Barristers.

**Daniel Cohen**, born Detroit, Michigan, January 24,1958, Admitted to the Florida Bar, 1989; District of Columbia Bar, 2001.  Education: Ithaca College (B.A. 1981); Western New England School of Law (J.D., 1988).  Defense Criminal Trial Attorney, Public Defenders Office, Jacksonville Florida, 1989- 1999.  Member: District of Columbia Bar Association (Antitrust and Consumer Law Section, Arts, Entertained, and Sports Law Section); Florida State Bar Association.

**Steven N. Berk**, born Chicago, Illinois, July 2, 1959. Admitted to the Illinois State Bar, 1985; District of Columbia Bar, 1990; United States District Court for the Northern District of Illinois, 1986; United States District Court for the District of Columbia, 1991; Seventh Circuit Court of Appeals, 1987; Tenth Circuit Court of Appeals, 1994; Fifth Circuit Court of Appeals, 1996; United States Supreme Court, 1995. Education: Washington University (A.B. 1981); London School of Economics (MSc. 1982); Boston College School of Law (J.D. 1985). Associate, Isham, Lincoln & Beale (1985-1987), Jenner & Block (1987-1989, 1994 - 1996); Trial Attorney, Office of the General Counsel, United States Securities and Exchange Commission (1989-1990); Assistant United States Attorney for the District of Columbia (1990-1994); Partner, Jenner & Block (1996-2000). **Member**: District of Columbia Bar Association (Antitrust and Consumer Law Section, Corporate Finance and Securities Law Section).

**William H. Anderson**, born Trenton, New Jersey, March 28, 1979. Admitted to the Pennsylvania Bar, 2004. Education: The George Washington University (B.A., cum laude 2000); American University (J.D., 2004). Law clerk to the Honorable Rhonda Reid Winston, Superior Court, District of Columbia (2004-2005). Member: Metropolitan Washington Employment Lawyers Association; Charlotte E. Ray, American Inns of Court.

**Alexandra Coler**, born Bucharest, Romania, October 9, 1977. Admitted to the New York State Bar, 2003; Massachusetts State Bar, 2003; Pennsylvania State Bar, 2004; United States District Court for the Eastern District of Pennsylvania 2005. Education: Brandeis University (B.A. cum laude 1999); Fordham University Law School (J.D. 2002). Law clerk to the Honorable John E. Jones III, United States District Court for the Middle District of Pennsylvania (2002-2004); Associate, MacElree Harvey, Ltd. (2004-2006). Member: Pennsylvania Bar Association.

## COUNSEL TO THE FIRM

**Michael G. Lenett**, born New York, New York, February 24, 1962. Admitted to the District of Columbia bar, 1990; Maryland State bar, 1989; Virginia State bar, 1988 (resigned 1994). Admitted to practice before the U.S. District Court, District of Columbia, 1999; U.S. Supreme Court, 1992; U.S. Court of Appeals for the Tenth Circuit, 1991; U.S. Court of Appeals for the Ninth Circuit, 1990. Education: Brandeis University (B.A., with Honors, magna cum laude 1984); Georgetown University (M.A., 1988); Georgetown University (J.D., 1988); Georgetown University (LL.M., with Distinction 1992); Senior Articles and Notes Editor, American Criminal Law Review. Associate, McGuire, Woods, Battle and Boothe (1988-1990); Staff Attorney (1990-1991), Senior Counsel (1991-1993) and Special Counsel (1993), Office of the General Counsel, U.S. Securities and Exchange Commission; Adjunct Professor, The National Law Center, George Washington University (1992-1993); Counsel,

Subcommittee on Antitrust, Monopolies, and Business Rights, Committee on the Judiciary, United States Senate (1993-1995); Democratic Counsel, Committee on the Judiciary, United States Senate (1995-1996).  Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section; Litigation Section); Maryland State Bar Association; Bar Association of Montgomery County; American Bar Association (Government and Public Sector Lawyers Division; Young Lawyers Division; Business Law Section; Litigation Section).  Publications: "Taking A Bite Out of Violent Crime," University of Dayton Law Review (March, 1995); "The SEC Enters the ADR Zone," Business Law Today (ABA, Jan./Feb. 1993) (coauthored); "Recent SEC & SRO Enforcement Initiatives Regarding Broker-Dealer Supervision & Compliance," Second Annual Supervisory & Compliance Seminar (Prentice Hall Law & Business, 1990) (coauthored); "Enforcement Issues Arising From the Operations of Penny Stock Broker-Dealers," Insider Trading, Fraud & Fiduciary Duty Under the Federal Securities Laws (ALI-ABA, 1990) (coauthored); "Compliance Officers' Supervisory Responsibilities: The Chambers Case," 4 Insights 1 (July, 1990) (coauthored); "Defending SEC Insider Trading Investigations," Insider Trading, Fraud & Fiduciary Duty Under the Federal Securities Laws (ALI-ABA, 1989) (coauthored); "Fifth Amendment Limitations on Compelled Production of Evidence," 25 American Criminal Law Review 509 (Winter, 1988); "Airport Searches and Seizures: The Pulido Court's Response to Terrorism," 25 American Criminal Law Review 549 (Winter, 1988).


**Jon Anders Tostrud**, born St. Paul, Minnesota, February 6, 1969.  Admitted to the Minnesota bar, 1994; California Bar, 1999. Education: St. Olaf College (B.A., 1991); William Mitchell College of Law (J.D., 1994).  Specialities: Civil Rights Class Action; Wage and Hour, Employee Misclassification and Consumer Class Actions.