# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOAN, *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Acting By and Through The INTERNAL )<br>REVENUE SERVICE c/o United States )<br>Department of Justice, )<br>)<br>  Defendant. )<br>_____) | Case Number: 1:06CV00483<br>Judge: Ricardo M. Urbina |

### Declaration of Robert J. Cynkar

I, Robert J. Cynkar, do hereby declare:

1. I am a member of the Bars of the District of Columbia, the Commonwealth of Virginia, and the State of Illinois. I am also a member of the Bar of the United States Supreme Court, and the Bars of the United States Courts of Appeals for the District of Columbia, Second, Third, Fourth, Fifth, Sixth, Eleventh, and Federal Circuits.

2. I am a 1977 graduate of the New York University School of Law, where I served on the Law Review. After graduation, I practiced law in Washington for two years with Fried, Frank, Harris, Shriver & Kampelman doing civil litigation. From 1979 to 1983, I served on the Staff of the United States Senate Committee on the Judiciary. From 1983 to 1985, I was an Assistant United States Attorney in the Eastern District of Virginia, handling criminal prosecutions. Thereafter I served as a Special Assistant to Attorney General Edwin Meese and as a Deputy Assistant Attorney General in charge of the over 100 lawyers in the Federal Programs Branch and the Office of Consumer Litigation in the Justice Department's Civil Division. In that capacity, I was responsible for the Justice Department's defense in the federal district courts of the programs and regulatory initiatives of nearly all of the federal departments and agencies. This litigation ran the gamut of constitutional and statutory issues that could be raised by federal action. I personally argued many of the most sensitive or controversial of these cases.

3. In 1988, I left government service to enter private practice. I joined Shaw, Pittman, Potts & Trowbridge as an associate, and subsequently became a partner, specializing in litigation primarily involving regulatory and constitutional matters (including tax litigation). In 1996, I became a founding partner of the firm now known as Cooper & Kirk, focusing on similar litigation. Since January, 2004, I have been a partner

in the law firm of Egan, Fitzpatrick, Malsch, & Cynkar PLLC ("EFMC"). EFMC specializes in highly complex litigation and regulatory matters, often involving technical, environmental, and constitutional issues.

4. EFMC has been engaged by as many as 18 national governments, the United States Government, four U.S. States, and several municipalities, as well as individuals, companies, and non-profit organizations.

5. EFMC has participated in two large class actions, including a securities fraud case representing thousands of plaintiff-shareholders, and a radiation tort case representing 10,000 laborers at a Department of Energy facility in Kentucky. We are currently involved a third tort case in which our motion to certify a class of approximately 1,000 workers exposed to toxic dust at Yucca Mountain, Nevada, is pending.

6. EFMC is currently representing a national seniors organization, the United Seniors Association, serving as statutory private attorney general on behalf of Medicare, seeking to recover from the major tobacco companies Medicare's expenditures for certain smoking-related diseases. The potential liability at stake in that case has been estimated at exceeding $60 billion and encompasses the medical expenses of Medicare beneficiaries across the nation.

7. EFMC has participated in other highly complex litigation, including cases exceeding one billion dollars in value. For example, EFMC is the lead firm representing the State of Nevada in all matters involving the proposed Yucca Mountain nuclear waste repository in southeastern Nevada. This representation has included approximately 10 cases in the United States Court of Appeals for the District of Columbia Circuit and the largest-ever nuclear licensing case at the Nuclear Regulatory Commission. The firm is currently representing a European government in what promises to be a precedent-setting case concerning the dumping of radioactive waste in the seas.

8. Along with the other members of the Plaintiffs' legal team, EFMC is committed to expend whatever attorney, expert and other resources are necessary to prosecute this case on behalf of the Plaintiff Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2006.

_____
Robert J. Cynkar