# EXHIBIT 15

Levine, Blaszak, Block & Boothby, LLP                                                Page 1 of 1



The Firm
About LB3
Articles about LB3
Our Colleagues
Some of Our Clients
Contact Us

Search

## The Firm

Levine, Blaszak, Block & Boothby, LLP (LB3) is the telecommunications and IT law firm dedicated to the representation of enterprise users. LB3 has extensive experience in negotiating custom network service agreements, wireless agreements, network outsourcings, and related transactions on behalf of large users and information technology companies; assisting enterprise customers when their agreements with carriers "go south;" and representing the interests of enterprise customers before the Federal Communications Commission and other regulatory bodies.

We welcome you, and hope that you will use this site to learn more about LB3, our services, and our colleagues, and share our telecom knowledge and resources.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby   All rights reserved.

 

Our Practice

Telecom Transactions and Network-Related Agreements

Communications Regulatory Advice and Advocacy

Technology Transactions

Disputes-Workouts & Litigation

Search

# Tax Refunds

February 2006 FET Update:

**LB3 Follows Up Win in the Sixth Circuit with Argument in the Third Circuit**

With a victory in the Sixth Circuit on November 2, 2005, LB3 has won six straight cases on behalf of enterprise customers seeking refunds of the 3% federal excise tax on communications services ("FET"), including two victories at the appellate level. A month later, the D.C. Circuit sided with a taxpayer on a similar claim, bringing the score in the FET litigation to Taxpayers 9 — IRS 0. On January 27, 2006, LB3's Hank Levine argued another appeal in the FET litigation before the Third Circuit; oral arguments in the Second and Federal Circuits are scheduled to occur in the spring of 2006.

Meanwhile, LB3 continues to file new refund claims on behalf of enterprise customers for wireless and wireline services. As described below, the government has not given up collecting the FET, which means that it is essential that enterprise customers continue to file for refunds of the tax.

**Background**

The FET has bedeviled enterprise customers for decades. Under the Internal Revenue Code, the tax applies to long distance service when the charge for each individual call varies with "distance *and* elapsed transmission time." But pricing for long distance services is no longer distance sensitive: carriers charge the same price for a call from New York City to Pittsburgh as they do for a call from New York City to Los Angeles. Because the prices of these services are "postalized" (*i.e.*, do not vary with distance), the FET should be inapplicable.

Despite the plain language of the Internal Revenue Code, since 1979 the IRS has maintained that Congress intended to tax *all* long distance voice service, even if the underlying rates are not distance sensitive. The Federal Court of Claims, five Federal District courts and two Courts of Appeal have now told the Service that it cannot ignore the plain language of the statute; the lone District Court judgment in favor of the government was reversed on appeal.

The stakes are significant: enterprise customers stand to recover as much as 3% of their annual spend on intrastate, interstate, and international voice minutes going back three years, which can add up to millions of dollars. And filing these claims neither upsets the telecom vendor (the carriers are merely collection agents for the IRS) nor creates a shortfall (taxes do not contribute to a customer's minimum commitment).

**Enterprise Customers Decide to Take on the FET**

Since May 2003, LB3 has filed refund lawsuits on behalf of six of its clients. After an initial setback in a U.S. District Court in Florida — where the court accepted the government's argument that "and" in "distance and elapsed transmission time" really means "or" — courts in seven subsequent cases (five brought by LB3) rejected the Florida court's reasoning and ruled

in the taxpayer's favor. Here is the scorecard to date on the cases brought by LB3:

- *OfficeMax, Inc. v. United States*. The trial court granted summary judgment in favor of the taxpayer, which is claiming $384,000 in refunds. On November 2, 2005, the U.S. Court of Appeals for the Sixth Circuit affirmed the lower court's ruling. The government has sought rehearing en banc.
- *Fortis, Inc. v. United States*. The trial court granted summary judgment in favor of the taxpayer, which is claiming $434,000 in refunds. The government has appealed.
- *Reese Bros., Inc. v. United States*. The trial court granted summary judgment in favor of the taxpayer, which is claiming $335,000 in refunds. The government has appealed to the Second Circuit.
- *Honeywell International, Inc. v. United States*. A trial court granted summary judgment in favor of the taxpayer. The government has appealed to the Federal Circuit.
- *American Bankers Insurance Group v. United States*. A panel of the U.S. Court of Appeals for the Eleventh Circuit reversed the trial court's decision in favor of the government and ordered entry summary judgment in favor of the taxpayer, which sought (and has now received) over $360,000 in refunds. The government decided not to seek certiorari from the Supreme Court.
- *Convergys, Inc. v. United States*. The taxpayer is claiming over $6 million in refunds in this action, which was held in abeyance pending Sixth Circuit decision in OfficeMax. Now that the Sixth Circuit has ruled, the case will be re-activated.

LB3 anticipates filing several additional cases in the near future.

**IRS to Carriers: Ignore the Eleventh Circuit, Keep Collecting FET**
Despite its reversals in the courts, the IRS continues to require the carriers to collect the FET. In an almost unprecedented decision not to recognize that a Court of Appeals decision is law in the Circuit in which it was decided, on October 26, 2005, the IRS instructed carriers to continue collecting FET, "including from taxpayers within the jurisdiction of the United States Court of Appeals for the Eleventh Circuit." One publication summed up the Service's decision this way :"IRS Announces That It Will Violate Court of Appeals Ruling Regarding Excise Tax on Phone Service." The bottom line is that FET refunds are not automatic — enterprise customers won't get refunds unless they continue to file for them.

**Conclusion**
LB3, on behalf of its clients, is committed to litigating these cases through the Circuit Courts of Appeals and, if necessary, to the Supreme Court. We believe that the trial courts' decisions in *OfficeMax*, *Fortis*, *Reese* and *Honeywell*, along with the appellate courts' decisions, including those in *ABIG* and *OfficeMax*, confirm that the long distance services purchased by most large business users are plainly not subject to the FET.

LB3's efforts in this area have attracted considerable attention in the trade press. For further information about the FET litigation or about filing an FET refund claim, please contact Hank Levine or Stephen Rosen.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby    All rights reserved.



REGISTER TO RECEIVE OUR NE...

The Firm | LB3 Attorneys | Newsworthy | Our Practice | LB3 Wisdom | Teammates

# Henry D. Levine

Levine, Henry D.

Blaszak, James

Block, Ellen G.

Brown, Andrew M.

Boothby, Colleen

Boehling, D.E.

Castillo, Justin G.

DiIallo, Kevin S.

Gamboa, Joaquin

Goodman, Janine F.

Johnston, Mark G.

Kao, Florence

Lindsey, Marc A.

Lo, Bonnie G.

McDonald, Laura F.H.

Rosen, Stephen J.

Search



hlevine@lb3law.com
2001 L Street NW - Suite 900
Washington D.C. 20036
Phone 202.857.2540
Fax 202.223.0833

Henry D. ("Hank") Levine is a partner in the firm of Levine, Blaszak, Block & Boothby, LLP, where he specializes in the representation of large telecommunications users and companies built on new and emerging technologies. He negotiates communications contracts on behalf of Fortune 100 Companies and the equivalent, including DuPont, the City of New York, IBM, Marriott International, Honeywell, the Securities Industry Association, and Goldman Sachs. And he has been heavily involved in settling (or, where necessary, litigating) contract disputes between large users and their carriers.

In recent years, Mr. Levine has spearheaded efforts to challenge the federal excise tax on long distance communications. He has been lead counsel for the taxpayer in approximately two-thirds of the tax refund actions in which enterprise customers have prevailed, including *American Bankers Ins. Group, Inc. v. United States*, 408 F.3d 1328 (11th Cir. 2005), rev'g, 308 F. Supp. 2d 1360 (S.D. Fla. 2004); *OfficeMax, Inc. v. United States*, 428 F.3d 583 (6th Cir. 2005), aff'g, 309 F. Supp. 2d 984 (N.D. Ohio 2004); *Fortis, Inc. v. United States*, 2004 U.S. Dist. LEXIS 1868 (S.D.N.Y. 2004); *Reese Brothers Inc. v. United States*, 2004 U.S. Dist. LEXIS 27507 (W.D. Pa. 2004); and *Honeywell International, Inc. v. United States*, 64 Fed. Cl. 188 (2005). Mr. Levine has also counseled users and carriers on the treatment of wireline and wireless services for FET purposes.

From 1983 through 1992, Mr. Levine was a partner in the Washington, D.C. office of Morrison & Foerster, where he founded (and chaired) the firm's Communications Group. He was a member of the Committee on Technologically Enhanced buildings of the National Research Council, has been retained by the United States General Services Administration to provide strategic advice and assistance in connection with FTS2001 (through which the government purchases much of its telecommunications services), was counsel to the Ad Hoc Committee of Enterprise Customers in the WorldCom bankruptcy proceeding, and serves as a member of the Executive Board of the New York Telecommunications Reliability Advisory Council.

Mr. Levine's writings on telecommunications regulation and transactions include more than 40 articles and chapters in several books. He is a frequent speaker on communications issues before such groups as the United States Senate, the National Association of Regulatory Utility Commissioners, Columbia University's Institute for Tele-Information, and the Securities Industry Association, and has chaired numerous conferences on telecommunications issues. In recent years, he has served on several occasions as an expert witness on issues surrounding telecommunications contracts and their interpretation. In 1996, Network World named him one

of the twenty-five most powerful people in networking, citing his "unique experience, knowledge and savvy" in "dealing with the pricing, terms and conditions that shape custom network contracts." He is listed in Chambers Global and Chambers USA, which variously describe him as "thought [by clients and peers] to be one of the most knowledgeable lawyers in the industry," and as the lawyer who "wrote the gospel on telecoms negotiation . . . he's more than an attorney – he really knows the technology." He is also listed in The Best Lawyers in America.

Mr. Levine received his B.A. from Yale in 1972 and his J.D. from Harvard Law School in 1976. He also holds a Master's Degree in Public Policy from Harvard's Kennedy School of Government. He is a member of the bars of New York and the District of Columbia, and is admitted to practice before a variety of courts up to and including the United States Supreme Court.

Convergence is Coming – It's Time to Prepare

Welcome to Convergence: Surviving the Next Platform Change

Protecting Enterprise Customers After the Telecom Mega-Mergers

Federal Excise Tax Litigation

LB3 scores another win in the effort to recover Federal Excise Tax overpayments.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby   All rights reserved.

Levine, Blaszak, Block & Boothby, LLP                                                          Page 1 of 1





The Firm     Newsworthy    Our Practice    LB3 Wisdom    Teammates

### Stephen J. Rosen

Levine, Henry D.

Blaszak, James

Block, Ellen G.

Brown, Andrew M.

Boothby, Colleen

Boehling, D.E.

Castillo, Justin G.

Dilallo, Kevin S.

Gamboa, Joaquin

Goodman, Janine F.

Johnston, Mark G.

Kao, Florence

Lindsey, Marc A.

Lo, Bonnie G.

McDonald, Laura F.H.

Rosen, Stephen J.

Search 



srosen@lb3law.com
2001 L Street NW - Suite 900
Washington D.C. 20036
Phone 202.857.2570

Steve Rosen is a partner at Levine, Blaszak, Block & Boothby, LLP. Mr. Rosen's primary area of expertise is federal and state regulation of wireless and wireline telecommunications services, including the taxation of these services. Mr. Rosen has filed numerous claims with the Internal Revenue Service ("IRS") for refunds of misapplied federal excise tax on communications, and filed lawsuits in various federal district courts and the Court of Federal Claims when these refund claims were rejected by the IRS. He has also counseled clients as to the regulatory status of various services, brought complaint proceedings against common carriers before the FCC's Enforcement Bureau and in federal district court, and assisted clients seeking FCC approval for the assignment of licenses. Mr. Rosen further participated in state certification and ratemaking proceedings, and in FCC rulemakings addressing the key common carrier provisions of the Telecommunications Act of 1996, the Communications Assistance for Law Enforcement Act, wireless 911 access, spectrum allocation for new services, and telephone numbering issues. Mr. Rosen has also been active in spectrum auction issues, the review of investment agreements for compliance with the Communications Act and FCC rules, and the negotiation of telecommunications services and related agreements on behalf of large users.

Prior to joining the firm, Mr. Rosen was a member of the FCC regulatory practice at Wiley, Rein & Fielding. After graduating from law school, Mr. Rosen clerked for the Honorable Michael Farrell on the District of Columbia Court of Appeals. Before he practiced law, Mr. Rosen was a Second Lieutenant in the Medical Service Corps of the United States Air Force, and wrote software for interactive video programs used in medical education.

Mr. Rosen is a 1993 graduate, magna cum laude, of the National Law Center at George Washington University, a 1984 graduate, cum laude, of Princeton University, and has a Masters in Public Health from the Uniformed Services University of the Health Sciences. Mr. Rosen is admitted to the Maryland and District of Columbia bars, and is a member of the Federal Communications Bar Association.
Federal Excise Tax Litigation

LB3 scores another win in the effort to recover Federal Excise Tax overpayments.

Resources | Contact Us | Disclaimer | Privacy Statement
© 2006 Levine, Blaszak, Block & Boothby    All rights reserved.