# EXHIBIT 16

## (EXCERPTS FROM FIRM RESUME)

2

The choice of a law firm is one of your most important decisions. Whether your needs involve litigation or ongoing business guidance, your legal counsel can have a far-reaching impact on your future, or the future of your organization.

Yet when all major firms offer solid qualifications and professionalism, the difference often comes down to a matter of spirit.

For their most important legal matters, hundreds of individual, corporate, and institutional clients – as well as other law firms – have found the right spirit at Montgomery, McCracken, Walker & Rhoads, LLP.

# A matter of spirit.



The spirit of Montgomery McCracken is one of innovation: in applying the latest legal principles, in tenacity in pursuit of client goals, and in forging true partnerships with our clients.

It is a spirit that is evident in every aspect of our firm, from the diverse personalities of our associates and partners, to our achievements on behalf of clients, to the unique location of our headquarters on Philadelphia's Avenue of the Arts.

It is also reflected in our involvement with the regional community. Montgomery McCracken is an active strategic partner with numerous cultural institutions, and our professionals are well represented on the boards of leading civic and professional organizations.

If your legal needs require excellence, energy, and a commitment to seeing the world differently, we invite you to discover the spirit of Montgomery McCracken.

**We're proud of our past. We know where we're headed.**
Montgomery McCracken has a long and proud heritage, with origins dating back to 1912 and a legacy that is well represented in American law. Like the law itself, we are dynamic and evolving, continually embracing new perspectives and new ideas.

We continue to serve our clients in areas of traditional strength, such as litigation, transactional, and labor and employment law. We have strong practices in intellectual property, e-commerce, trusts and estates, employee benefits and computer and information technology. And, our class action defense and mass torts practices continue to be key strengths of the firm.

## A strong sense of direction.

Our client list demonstrates the confidence that dynamic businesses have in Montgomery McCracken. A few examples are Microsoft Corporation, Accenture LLP, KPMG LLP, Dun & Bradstreet, Clear Channel Communications, Wachovia Bank, ADT, The Children's Hospital of Philadelphia, Schering-Plough Corporation, The AIG Member Companies, Celanese Americas Corporation, and Arvin Meritor, Inc.

Along the way, we have adopted the technologies and practices of the new economy. Our infrastructure incorporates advanced networking and productivity tools that enable us to serve clients more efficiently and effectively. We have established interactive practice area websites, client e-mail communities, and dedicated client extranets. These technologies help us to respond rapidly to the urgent needs of our clients, such as injunctions, tender offers, shareholder class action filings, or catastrophic incidents.

Montgomery McCracken is at the forefront of the latest developments in business and law, with significant recent engagements in bankruptcy, tax, employee benefits, class action defense, antitrust, mass torts, and healthcare.




4

**Montgomery McCracken is known for taking on the tough cases. This is an outgrowth of our commitment to excellence, and our quest for new challenges. And it is based on a belief that the knowledge and experience gained from complex assignments make us better qualified to handle all of our clients' matters.**

In many of these cases, we are called in by counsel from other firms who know of our reputation for success in a particular area of business or law. And while we are gratified to be known by some as "the law firms' law firm," our greatest satisfaction is in demonstrating the meaning of that phrase on a daily basis.

# Thriving on complexity.

The following are examples of the challenging matters undertaken by Montgomery McCracken.

**Class Action Defense**

*Microsoft Class Actions*
Montgomery McCracken serves as national class action counsel to Microsoft Corporation, having represented Microsoft in its class actions in federal and state courts since 1993. These cases include dozens of indirect-purchaser class actions in which consumers allege that they were overcharged for certain operating system and application software. We have successfully defended many class certification motions in cases alleging breach of warranty, common law torts and statutory consumer protection claims regarding operating systems, application software, Internet access service, and hardware products. We were also Microsoft's national counsel for Y2K litigation when that was considered to be a major source of potential liability for computer hardware and software companies. All of those cases were dismissed on motion.

*Plastics Additives Antitrust Litigation*
Montgomery McCracken is lead counsel to a major specialty chemicals company in class action litigation in federal court in Philadelphia and state courts in Arizona, California, Kansas, Nebraska, Ohio, Tennessee, and Vermont, in which plaintiffs allege pricefixing against producers of chemical additives used in the manufacture of polyvinyl chloride and other plastics.

# A MESSAGE FROM THE CHAIRMAN



Serving as Chairman of Montgomery McCracken has been the most challenging, but also the most gratifying, experience of my life. I am pleased and honored to steward a law firm whose attorneys and staff regard the effective representation of our clients to be their highest and best calling, and who also believe strongly in making a positive impact in the community in which we work and in which we live.

While Montgomery McCracken is firmly rooted in the history, values and traditions of the Philadelphia legal community, we have grown geographically with the increasing sophistication of our practice and the expanding needs of our clients. With offices in New Jersey and Delaware, and now on the Route 202 corridor, Montgomery McCracken has a strong regional presence with an established national practice. Integrity has been our compass throughout our more than 90-year heritage. Excellence in client service has always been, and will always be, our goal. These are not just lofty ideals: they are the guiding principles for everyone here at the firm. Whether we are entrusted with complex litigation issues, the handling of your company's most sensitive business transactions, or your individual or personal matters, our commitment is to deliver value to each client we represent and to every engagement we handle.

If you are an existing client, thank you for choosing Montgomery, McCracken, Walker & Rhoads, LLP. We greatly value the trust you have placed in us. If you are not yet a client, we look forward enthusiastically to that opportunity and promise to do all in our power to serve your interests.

*Steve Madva*

**Stephen A. Madva**
**Chairman**