# EXHIBIT 17

# TODD & WELD
### ATTORNEYS AT LAW

---

*OFFERING THE HIGHEST LEVEL OF TRIAL ADVOCACY*

### THE MISSION

In 1992, the founders of Todd & Weld LLP established a firm of trial lawyers committed to offering the highest level of trial advocacy. It was the founders' mission to apply the lessons learned in years of litigation practice and courtroom battles and establish a cutting edge, creative, and focused trial firm which employed state-of-the-art technology, enthusiastic staff, and creative and driven attorneys. With uncompromising dedication to its mission, Todd & Weld LLP has grown into what is now recognized as a preeminent trial firm. The Firm has been recognized for high professional legal standards and ethics in the Bar Register of Preeminent Lawyers.

### PREPARATION AND READINESS SET TODD & WELD APART

Experience teaches that over ninety percent of individual and business disputes are resolved without trial. The negotiation of a favorable settlement requires the same thorough preparation as well as skillful and knowledgeable use of the law that has earned Todd & Weld LLP its reputation for winning at trial. We have learned over the years that the best way to achieve a favorable settlement is to prepare to win at trial.

### EFFICIENCY IS A HALLMARK OF TODD & WELD

We develop a personalized, creative, and streamlined approach in each case to obtain a favorable result within the available resources of the client. In implementing this philosophy, we have re-examined and improved on the traditional approach to litigation. Our attorneys evaluate each client's situation, identify objectives, and devise a strategy for effectively attaining those goals. Through the early and thorough establishment of a case strategy, appropriate staffing, and the utilization of the most modern technology, we maximize the outcome and minimize our client's expense.

### LARGE FIRM EXCELLENCE AT SMALL FIRM FEES

This is not only our ideal but also a reality at Todd & Weld LLP. Nearly all of our attorneys were trained in Boston's largest law firms, including the founding partners, all of whom practiced at Hale and Dorr. One founder, J. Owen Todd, practiced law for twenty-eight years at Hale and Dorr before his appointment as a Justice of the Massachusetts Superior Court in 1988. He is a fellow of the American College of Trial Lawyers and the President of the Massachusetts Trial Lawyers Association. Collectively, the partners have been involved in every type of trial and litigation setting, including complex commercial disputes, class actions, intellectual property, securities litigation, employment litigation, criminal defense, personal injury and medical malpractice, products liability, eminent domain and land use, and divorce and probate litigation. The Firm has grown steadily since 1992 from six attorneys to its current size of thirty-attorneys through a steady stream of referrals from individuals, companies, and attorneys from all over the world. Indeed, we are proud that we have been asked to represent many lawyers and law firms.

### AT TODD & WELD, WE BASE OUR SUCCESS ON YOUR RESULTS

Our successes on behalf of clients, both large and small, well-known or not, are consistent. Each and every result, in each and every case, is important to us. Each is a measure of our own success. Whether you are new to litigation or general counsel of a company that often employs trial attorneys, you will notice quickly what sets Todd & Weld LLP apart.

## CLASS ACTIONS AND MASS TORTS

Todd & Weld LLP has represented both plaintiffs and defendants in mass torts and class actions. We have successfully defended an automobile distributor against a putative class of dealers claiming over five hundred million in damages. Todd & Weld LLP attorneys also participated in the recent trial in Massachusetts wherein law firms sought to enforce the fee agreement against the Commonwealth arising out of the national tobacco litigation and settlement. The Firm represented a high-ranking clergyman in connection with a multitude of claims arising out of the sex abuse scandal involving the Archdiocese of Boston of the Catholic Church. Partners of Todd & Weld LLP were class counsel in an action against the manufacturer of certain radiant heating hose that resulted in a settlement on behalf of the class that exceeded $300,000,000. The Firm is also counsel of record for a putative class in an MDL action involving certain heart monitoring devices. Todd & Weld LLP is also representing two defendants in a putative class action involving allegedly defective deck screws on a national level. Todd & Weld LLP has also been involved in numerous tort actions and has achieved multi-million dollar verdicts and settlements.

## ATTORNEYS PRIMARILY INVOLVED IN TELEPHONE EXCISE TAX LITIGATION

*Christopher Weld, Jr.*   Mr. Weld is a founding partner of the firm of Todd & Weld LLP.

Mr. Weld received his Bachelor's degree from Stanford University with honors and received his *juris doctor* degree from Boston College Law School, *magna cum laude*. He was a member of the Order of the Coif and Boston College Law Review. He was admitted to practice in the Commonwealth of Massachusetts in 1981 and has practiced in that jurisdiction as well as several others over the past twenty-four years. During that time, he has been involved in the litigation and resolution of complex cases in many areas including construction-related claims exceeding seventy-five million dollars.

Mr. Weld enjoys an "AV" rating from Martindale-Hubbell and has twice been named a "Super Lawyer" in business litigation, a designation afforded to only five percent of practicing attorneys in Massachusetts.

Mr. Weld is currently class counsel assisting in the administration of a $300,000,000 settlement and is counsel of record for several putative classes. Mr. Weld is also defense counsel in a putative national class action involving deck screws.

*Kevin T. Peters*   Mr. Peters is a partner at Todd & Weld LLP.

Mr. Peters devotes his practice to civil litigation and is focused on representing primarily plaintiffs in connection with tort claims and class actions. Mr. Peters graduated *cum laude* from Suffolk University Law School in 1987 and was a member of the Law Review. He was admitted to practice in Massachusetts in 1987. He currently enjoys an "AV" rating from Martindale-Hubbell.

Mr. Peters has been involved in the prosecution and trial of cases resulting in multi-million dollar verdicts. He has extensive experience litigating in both Massachusetts state courts, United States district courts and various states' courts around the country in which he has been admitted *pro hac vice*. He is currently class counsel assisting administering a $300,000,000 settlement and counsel of record on behalf of several putative classes.