# EXHIBIT 20

# CHARLES TIEFER

3904 Woodbine Street  (301) 951-4239
Bethesda, MD 20816  ctiefer@ubalt.edu

**EMPLOYMENT**

**Professor (formerly Associate Professor)**   1995 to present
University of Baltimore School of Law

**General Counsel (Acting)** 1993-4
**Solicitor (and Deputy General Counsel)** 1984-95
U.S. House of Representatives
Chief House litigator for a decade. Argued numerous major cases on separation of powers, public policy, and the constitutionality of statutes.

**Special Deputy Chief Counsel**, U.S. House Iran-Contra Committee, 1987
**Assistant Senate Legal Counsel,** 1979-84
**Trial Attorney**, U.S. Department of Justice, Civil Rights Division, 1978-79
**Court Law Clerk**, U.S. Court of Appeals for the D.C. Circuit, 1977-78

**EDUCATION**
   **Law**      **Harvard Law School**, Cambridge, Mass.
               JD, *magna cum laude*, 1977;
               Assistant editor, Harvard Law Review 1976-7
   **College**  **Columbia College**, New York, N.Y.
               BA, *summa cum laude*, 1974.

**SELECTED RECENT PUBLICATIONS**
   Veering Right (U. Cal. Berkeley 2004)
   Government Contract Law (Carolina Acad. Press 1999; 2d ed 2004)(w/ W. A. Shook).
   The Semi-Sovereign Presidency (Westview Press 1994).
   Congressional Practice and Procedure (Greenwood Press 1989)(1000-page treatise)
   "How to Steal a Trillion: The Uses and Abuses of Laws About Lawmaking in 2001," 17
         J. L & Pol. 409 (published 2003 - Summer 2001 issue)
   "President Bush's First Executive Privilege Claim," 33 Pres. Studies Q. 201 (2003)
   "The Reconceptualization of Legislative History in the Supreme Court," 2000 Wisc. L.
         Rev. 205-277
   "The Specially Investigated President," 5 U. Chicago Roundtable 143-204 (1998)