IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion for Preliminary Injunction and the response thereto, and the record on this motion, it is hereby:

HELD, that (1) there is a substantial likelihood plaintiffs will succeed on the merits; (2) plaintiffs will be irreparably injured if an injunction is not granted; (3) an injunction will not substantially injure the other party; and (4) the public interest will be furthered by the injunction; and it is

ORDERED, that Plaintiffs' Motion for Preliminary Injunction be, and hereby is, GRANTED, and it is

FURTHER HELD, that the Internal Revenue Service ("IRS"), in promulgating Notice 2006-50, did not provide procedures that were adequate, pursuant to the Administrative Procedure Act, to address in particular the issues of (1) refunding of the Communications Excise Tax ("CET") to individuals otherwise not required to file income tax returns, and (2) providing non-burdensome refund procedures of the CET applicable to small business entities, including small businesses and small nonprofit entities; and it is

FURTHER ORDERED, that Notice 2006-50 be, and hereby is remanded to the IRS to supplement it with a notice-and-comment procedure as to those issues; and it is

FURTHER HELD, that on the inadequate record basis provided by the IRS to justify Notice 2006-50, it is invalidated in the following particular respects for not reasonably according with the law applicable to the CET, namely: (1) its providing as to individuals not required to file income tax returns, that they forfeit their CET refund by not filing income tax returns; (2) its providing as to small business entities, including small businesses and small nonprofit entities, that absent compliance with unduly burdensome documentation requirements, they forfeit their CET refund; and it is

FURTHER ORDERED that Notice 2006-50 be, and hereby is remanded to the IRS for promulgating, in those particular respects, provisions reasonably in accordance, by an adequate record basis of the IRS in justification, with the law applicable to the CET.

_____          _____
Date                              UNITED STATES DISTRICT JUDGE
                                  Hon. Ricardo M. Urbina