# EXHIBIT 1

Part III - Administrative, Procedural, and Miscellaneous

Communications Excise Tax; Toll Telephone Service

Notice 2006-50

SECTION 1.  PURPOSE

(a) In general.  As further described in this notice, the Internal Revenue Service will follow the holdings of Am. Bankers Ins. Group v. United States, 408 F.3d 1328 (11th Cir. 2005) (ABIG); OfficeMax, Inc. v. United States, 428 F.3d 583 (6th Cir. 2005); Nat'l R.R. Passenger Corp. v. United States, 431 F.3d 374 (D.C. Cir. 2005) (Amtrak); Fortis v. United States, 2006 U.S. App. LEXIS 10749 (2d Cir. Apr. 27, 2006); and Reese Bros. v. United States, 2006 U.S. App. LEXIS 11468 (3d Cir. May 9, 2006).  These cases hold that a telephonic communication for which there is a toll charge that varies with elapsed transmission time and not distance (time-only service) is not taxable toll telephone service as defined in § 4252(b)(1) of the Internal Revenue Code.  As a result, amounts paid for time-only service are not subject to the tax imposed by § 4251.  Accordingly, the government will no longer litigate this issue and Notice 2005-79, 2005-46 I.R.B. 952, which states otherwise, is revoked.

(b)  Credits and refunds.  Taxpayers may be entitled to request credit or refund of the excise taxes paid for the services covered by this notice.  This notice provides guidance regarding these requests.  In addition, the Commissioner will authorize the scheduling of an overassessment under § 6407

2

to keep the period of limitations open for these requests.  This overassessment will apply to all taxpayers and to all taxes paid for the services covered by this notice beginning with the tax paid on services that were billed to customers after February 28, 2003.

SECTION 2.  BACKGROUND

(a) In general--(1) Tax imposed.  Section 4251(a)(1) imposes a tax on amounts paid for communications services.

(2) Payment of tax.  Section 4251(a)(2) provides that the tax imposed shall be paid by the person paying for the service (taxpayer).  Section 4251(b)(2) provides that the applicable percentage is 3 percent of amounts paid for communications services.

(3) Collection of tax.  Section 4291 provides that the tax is collected by the person receiving the payment (collector).  In most cases, the collector, which is also responsible for paying over the tax to the government, is the telecommunications company that provides the communications services to the taxpayer.

(b) Definitions--(1) Communications services.  Section 4251(b)(1) provides that the term communications services means (A) local telephone service; (B) toll telephone service; and (C) teletypewriter exchange service.  This notice does not address teletypewriter exchange service.

(2) Local telephone service.  Section 4252(a) provides that local telephone service means (1) the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone

3

or radio telephone stations constituting a part of such local telephone system; and (2) any facility or service provided in connection with such a service. Local telephone service does not include any service that is a toll telephone service as defined in § 4252(b) or a private communications service as defined in § 4252(d). This notice does not address private communications service.

(3) Toll telephone service--(i) Time and distance. Section 4252(b)(1) provides that toll telephone service includes a telephonic quality communication for which there is a toll charge that varies in amount with the distance and elapsed transmission time of each individual communication and for which the charge is paid within the United States.

(ii) Periodic charge for a specified area. Section 4252(b)(2) provides that toll telephone service also includes a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located.

(c) Rev. Rul. 79-404. Rev. Rul. 79-404, 1979-2 C.B. 382, concludes that a long distance telephone call for which the charge varies with elapsed transmission time but not with distance is toll telephone service described in § 4252(b)(1).

4

(d) <u>Notice of proposed rulemaking</u>. In a notice of proposed rulemaking (68 FR 15690; April 1, 2003), the Service proposed an amendment to the Facilities and Services Excise Taxes Regulations to provide that toll telephone service described in section 4252(b)(1) may include a communication service for which the charge does not vary with the distance of each individual communication.

(e) <u>Recent litigation</u>. <u>ABIG</u>, <u>OfficeMax</u>, <u>Amtrak</u>, and <u>Reese Bros.</u> hold time-only service is not toll telephone service as defined in § 4252(b)(1). Further, <u>ABIG</u>, <u>OfficeMax</u>, and <u>Reese Bros.</u> hold that the communications service provided was not a service described in § 4252(b)(2) because the end result was not a "periodic charge" based on total elapsed time but rather a monthly bill based on a summation of toll charges for individual communications. (In <u>Amtrak</u>, toll telephone service described in § 4252(b)(2) would have been exempt from tax under the common carrier exception in § 4253(f).) <u>ABIG</u>, <u>OfficeMax</u>, <u>Amtrak</u>, and <u>Reese Bros.</u> also hold that the communications services provided were not local service, notwithstanding the access the services provided to the local telephone system. (<u>Fortis</u> affirms, in a per curiam opinion, a district court decision reaching the same results.)

(f) <u>Notice 2005-79</u>. Notice 2005-79, 2005-46 I.R.B. 952, states that the Service will continue to assess and collect the tax imposed by § 4251 on all taxable communications services, including those similar to the services in <u>ABIG</u>.

SECTION 3. TERMS DEFINED

The following terms are defined solely for purposes of this notice:

5

(a) <u>Bundled service</u>.  Bundled service is local and long distance service provided under a plan that does not separately state the charge for the local telephone service.  Bundled service includes, for example, Voice over Internet Protocol service, prepaid telephone cards, and plans that provide both local and long distance service for either a flat monthly fee or a charge that varies with the elapsed transmission time for which the service is used.  Telecommunications companies provide bundled service for both landline and wireless (cellular) service.

(b) <u>Local-only service</u>.  Local-only service is local telephone service, as defined in § 4252(a), provided under a plan that does not include long distance telephone service or that separately states the charge for local service on its bill to customers.  The term also includes services and facilities provided in connection with service described in the preceding sentence even though these services and facilities may also be used with long distance service.  See, for example, Rev. Rul. 72-537, 1972-2 C.B. 574 (telephone amplifier); Rev. Rul. 73-171, 1973-1 C.B. 445 (automatic call distributing equipment); and Rev. Rul. 73-269, 1973-1 C.B. 444 (special telephone).

(c) <u>Long distance service</u>.  Long distance service is telephonic quality communication with persons whose telephones are outside the local telephone system of the caller.

(d) <u>Nontaxable service</u>.  Nontaxable service means bundled service and long distance service.

6

SECTION 4.  EFFECT OF <u>ABIG</u>, <u>OFFICEMAX</u>, <u>AMTRAK</u>, <u>FORTIS</u>, AND
<u>REESE BROS</u>.

(a) <u>Tax treatment of communications service after ABIG, OfficeMax,
Amtrak, Fortis, and Reese Bros</u>.  The Service will follow <u>ABIG</u>, <u>OfficeMax</u>,
<u>Amtrak</u>, <u>Fortis</u>, and <u>Reese Bros</u>.  Accordingly, taxpayers are no longer required
to pay tax under § 4251 for nontaxable service.  In addition, collectors or
taxpayers may request a refund of tax paid under § 4251 on nontaxable service
that was billed to the taxpayers during the period after February 28, 2003, and
before August 1, 2006 (the relevant period).

(b) <u>Tax on local-only service</u>.  Collectors should continue to collect and
pay over the § 4251 tax on amounts paid for local-only service.  As noted in
section 3(b) of this notice, local-only service includes amounts paid for facilities
or services provided in connection with local telephone service.  Thus, for
example, tax will continue to be imposed on amounts paid by a taxpayer for
renting an amplifier phone provided in connection with local telephone service
that is subject to tax.

(c) <u>Effect on collectors</u>.  Collectors are directed to cease collecting and
paying over tax under § 4251 on nontaxable service that is billed after July 31,
2006, and are not required to report to the IRS any refusal by their customers to
pay any tax on nontaxable service that is billed after May 25, 2006.  Collectors
should not pay over to the IRS any tax on nontaxable service that is billed after
July 31, 2006.  The form will require collectors to certify that for the third quarter
of 2006 that the § 4251 tax reported on the Form 720 does not include any tax on

7

nontaxable service that was billed after July 31, 2006. Consequently, the IRS will deny all taxpayer requests for refund of tax on nontaxable service that was billed after July 31, 2006. All such requests should be directed to the collector. In addition, collectors may repay to taxpayers the tax on nontaxable service that was billed before August 1, 2006, but are not required to repay such tax. Collectors may also request a refund or make an adjustment to their separate accounts, as appropriate, subject to the provisions of § 6415 and section 5(d)(4) of this notice. Collectors must continue to collect and pay over tax under § 4251 on amounts paid for local only service.

SECTION 5. REQUESTS FOR CREDIT OR REFUND

(a) In general--(1) Request must follow this notice. The Commissioner agrees to credit or refund the amounts paid for nontaxable service if the taxpayer requests the credit or refund in the manner prescribed in this Notice.

(2) Form of request. Taxpayers may request a credit or refund of tax on nontaxable service that was billed after February 28, 2003, and before August 1, 2006, only on their 2006 Federal income tax returns. For this purpose, the 2006 income tax return is the income tax return for calendar year 2006 or for the first taxable year including December 31, 2006. Forms 1040 (series), 1041, 1065, 1120 (series), and 990-T will include a line for requesting the overpayment amount. Persons that are not otherwise required to file a federal income tax return must nevertheless file a return to obtain the credit or refund. Except as provided in section 5(d)(4) of this notice, a request for this credit or refund on any other form (such as a Form 720, 843, or 8849) will not be processed by the

8

Service.  Taxpayers will be permitted to request the safe harbor amount under paragraph (c) of this section only if they have paid all taxes billed by their service provider after February 28, 2003, and before August 1, 2006.

(3) Guidance on the form.  The instructions to the respective federal income tax return forms will provide additional guidance.  The forms and instructions will require taxpayers to certify that (1) the taxpayer has not received from the collector a credit or refund of the tax paid on nontaxable service billed during the relevant period and (2) the taxpayer will not ask the collector for a credit or refund of that tax and has withdrawn any such request that was previously submitted.  The instructions will also require that taxpayers, except for those individuals using the safe harbor amount, retain records that substantiate the request.  These records should include bills from the collector that show the amount of tax charged for nontaxable service for each month during the relevant period and receipts, canceled checks, or other evidence that the amount requested was actually paid.

(b) Period of request.  The Commissioner will authorize the scheduling of an overassessment under § 6407 to preserve the period of limitations during which taxpayers may request refunds of the tax on nontaxable service that was billed to customers after February 28, 2003, and before August 1, 2006.  Therefore, requests may be made for credits or refunds of tax paid for nontaxable service billed after February 28, 2003 and before August 1, 2006.

(c) Amount of the request--(1) Requests by individual taxpayers--(i) Safe harbor amount.  Individual taxpayers may request a safe harbor amount.  No

9

documentation will be required to be submitted or kept to support the safe harbor request.  However, taxpayers will be permitted to request the safe harbor amount only if they have paid all taxes billed by their service provider after February 28, 2003, and before August 1, 2006; have not received a credit or refund of these taxes from the service provider, and either have not requested such a credit or refund from the service provider or have withdrawn any such request. The amount of this safe harbor is still under consideration and will be announced in later guidance.

(ii)  Actual amount.  Taxpayers that do not request the safe harbor amount may request a credit or refund of the actual amount of tax they paid.

(d) How to file--(1) Requests by individual taxpayers.  Individual taxpayers may request a credit or refund of federal excise taxes paid on nontaxable service only on their 2006 Form 1040, 1040A, or 1040-EZ, Individual Income Tax Return. Individuals who are not otherwise required to file a federal income tax return must nevertheless file Form 1040EZ-T to request the credit or refund.  Individual taxpayers, including Schedule C filers, may request either the safe harbor amount or the actual amount of tax paid for nontaxable service.

(2) Requests by taxpayers other than individual taxpayers.  Taxpayers other than individual taxpayers (entities) may request only the actual amount of tax paid on nontaxable service billed during the relevant period.  No safe harbor amount is allowed for entities.

(3) Requests by entities--(i) In general.  Entities may request a credit or refund of federal excise taxes paid on nontaxable service only on their 2006

10

income tax returns. Any part of the credit or refund attributable to tax payments that were deducted as an ordinary and necessary business expense (including in the determination of unrelated business taxable income) must be included in income for the taxable year in which the refund is received or accrued to the extent that the tax payments reduced the amount of federal income tax (or unrelated business income tax) imposed.

(ii) Partnerships. A partnership, as defined in § 7701(a)(2), may request a credit or refund of federal excise taxes paid on nontaxable service only on its 2006 Form 1065, U.S. Return of Partnership Income. Any amount of the credit or refund included in partnership income and any interest on the credit or refund must be reported on the partnership's return for the taxable year in which received or accrued and must be allocated to its partners on the Schedule K-1, Partner's Share of Income, Credits, Deductions, etc., for that taxable year.

(iii) S Corporations. An S Corporation, as defined in § 1361, may request a credit or refund of federal excise taxes paid on nontaxable service only on its 2006 Form 1120S, U.S. Income Tax Return for an S Corporation. Any amount of the credit or refund included in S Corporation income and any interest on the credit or refund must be reported on the S Corporation's return for the taxable year in which received or accrued and must be allocated to its shareholders on the Schedule K-1, Shareholder's Share of Income, Credits, Deductions, etc., for that taxable year.

(iv) Estates and trusts. An estate or a trust, as defined in § 301.7701-4(a) of the Procedure and Administration Regulations, may request a credit or refund

11

of federal excise taxes paid on nontaxable service only on its 2006 Form 1041,

U.S. Income Tax Return for Estates and Trusts.  Any amount of the credit or

refund included in the estate's or trust's income and any interest on the credit or

refund must be reported on the estate's or trust's Form 1041, U.S. Income Tax

Return for Estates and Trusts, for the taxable year in which received or accrued.

However, for a trust that is treated as owned by the grantor or other person under

subpart E (§ 671 and following), part I, subchapter J, chapter 1 of the Internal

Revenue Code (grantor trust), the owner of the trust may request a credit or

refund of federal excise taxes treated as paid by the owner for nontaxable

service only on its applicable 2006 federal tax return.

(v) Tax exempt organizations.  An organization that is described in

§ 501(a) may request a credit or refund of federal excise taxes paid on

nontaxable service only on its 2006 Form 990-T, Exempt Organization Business

Income Tax Return.  Tax exempt organizations that are not otherwise required to

file a federal income tax return must nevertheless file Form 990-T to request the

credit or refund.  Any amount of the credit or refund included in the organization's

unrelated business taxable income must be reported on the organization's Form

990-T, Exempt Organization Business Income Tax Return, for the taxable year in

which received or accrued.  An organization that is subject to tax on its interest

income must also report any interest on the credit or refund on its Form 990-T,

Exempt Organization Business Income Tax Return, for the taxable year in which

received or accrued.

12

(vi) Corporations.  A corporation, as defined in § 7701(a)(3), that is not described in section 5(d)(3)(iii) of this notice may request a credit or refund of federal excise taxes paid on nontaxable service only on its 2006 Form 1120 (series) income tax return (generally, Form 1120, U.S. Corporation Income Tax Return).  Any amount of the credit or refund included in the corporation's income and any interest on the credit or refund must be reported on the corporation's income tax return for the taxable year in which received or accrued. Corporations that are not otherwise required to file a federal income tax return must nevertheless file Form 1120 (series) to request the credit or refund

(vii)  Other nonfiling entities.  Entities that are not otherwise required to file a federal income tax return must file Form 990-T to request the credit or refund.

(4) Requests and adjustments by collectors--(i) Section 6415 conditions to allowance.  The conditions to allowance described in § 6415 apply to all requests and adjustments by collectors, as defined by section 2(a)(3) of this notice.  Thus, a request by a collector is allowed only if the person that paid over the tax establishes that it has repaid the amount of the tax to the person from whom the tax was collected, or obtains the written consent of such person to the allowance of the credit or refund.

(ii) Requests for regular method collectors--(A) In general.  A person that collected the tax imposed by § 4251 on nontaxable service and paid it over to the government based on amounts actually collected under § 40.6302(c)-1(a)(2)(i) of the Excise Tax Procedural Regulations (regular method collectors) may request a credit or refund.

13

(B) <u>Form of the request</u>. Regular method collectors may use Form 720X, Amended Quarterly Federal Excise Tax Return, line 1, IRS No. 22, for credit or refund of amounts collected and repaid to taxpayers.

(iii) <u>Account adjustments for alternative method collectors</u>. A person that collected the tax imposed by § 4251 on nontaxable service and paid it over to the government based on amounts considered as collected under § 40.6302(c)-1(a)(2)(ii) (alternative method collectors) may adjust the separate account for the amount of an overpayment. The required adjustment to the separate account is described in § 40.6302(c)-3(b)(2)(ii)(C). The adjustment is reflected on Form 720, Schedule A, line 2, but may not reduce tax liability on Form 720 below zero.

(e) <u>Interest on the credit or refund included in income</u>. If a taxpayer requests a credit or refund of the actual amount of tax paid, interest on the credit or refund of the tax paid for nontaxable service must be included as income on the taxpayer's income tax return for the taxable year in which the interest is received or accrued. Thus, individuals are generally required to report the interest on their 2007 income tax returns.

(f) <u>Estimated tax effects</u>. Although the credit or refund allowed to a taxpayer under this notice will be requested on the taxpayer's income tax return, it is not a credit against tax for purposes of §§ 6654 and 6655. Accordingly, the taxpayer may not take the credit or refund into account in determining the amount of the required installments of estimated tax for 2006. In determining the amount of the required installments of estimated tax for 2007, the income

14

attributable to the credit or refund is taken into account on the date the income is paid or credited in the case of a cash method taxpayer and on the date the return making the request is filed in the case of an accrual method taxpayer.

(g) Requests that do not follow the provisions of this notice. Requests that do not follow the provisions of this notice (whether filed before or after its publication)--

(1) Will not be processed to the extent they relate to the tax paid on nontaxable service that was billed after February 28, 2003; and

(2) Will be processed normally to the extent they relate to the tax paid on nontaxable service that was billed before March 1, 2003.

SECTION 6.  EFFECT ON OTHER DOCUMENTS

Notice 2005-79, 2005-46 I.R.B. 952, is revoked.  Rev. Rul. 79-404, 1979-2 C.B. 382, will be revoked in a later revenue ruling.

SECTION 7.  DRAFTING INFORMATION

The principal author of this notice is Taylor Cortright of the Office of the Associate Chief Counsel (Passthroughs and Special Industries).  For further information regarding this notice, contact (202) 622-3130 (not a toll-free call).

# EXHIBIT 2

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

| R | E | G | I | N | A | L | D | | A | | K | R | A | S | N | E | Y | * | | | | | | | |

**Employer identification number (EIN)**

| | | | | | | | | | |

**Address (number, street, room or suite no.)**

| 7 | 1 | 7 | | C | O | N | S | T | I | T | U | T | I | O | N | | D | R | - | S | T | E | - | 1 | 0 | 0 |

**Social security number (SSN)**

| | | | | | | 8 | 4 | 2 | 1 |

**City and state or province. If you have a foreign address, see page 2.**

| E | X | T | O | N | , | | P | A | | | | | | | | | | | | | | | | |

**ZIP code**

| 1 | 9 | 3 | 4 | 1 |

**Foreign country, if applicable. Do not abbreviate.**

| | | | | | | | | | | | | | | | | | | | | | | |

**Month claimant's income tax year ends**

| 1 | 2 |

**Daytime telephone number (optional)**

| | | | | | | | | | | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors . . . . . . . . . . . . . | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*Reginald A. Krasney*      2/6/2006

Signature and title (if applicable)          Date

**Reginald A. Krasney (*on behalf of myself and all other similarly situated taxpayers)**

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Cat. No. 20027J   Form **8849** (Rev. 2-2005)

Form 8849 (Rev. 2-2005)                                                                Page **2**

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

- Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.
- Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for refund related to alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.
- Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.
- Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene sold for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to the claim.
- Schedule 4, Gasoline Wholesale Distributors, has been eliminated.
- Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.

- Pub. 510, Excise Taxes for 2005, has more information on excise taxes.
- Pub. 378, Fuel Tax Credits and Refunds, has more information on nontaxable uses.
- You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 730, Monthly Tax Return for Wagers;
- Form 11-C, Occupational Tax and Registration Return for Wagering; or
- Form 2290, Heavy Highway Vehicle Use Tax Return.

Filers only need to complete and attach to Form 8849 the applicable schedules.

Do not use Form 8849:

- To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.
- To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

P.O. box. If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

Foreign address. Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

### Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

### Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

## Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

## Where To File

- For Schedules 1 and 6, mail Form 8849 to:
  Internal Revenue Service
  Cincinnati, OH 45999-0002
- For Schedules 2, 3, and 5, mail Form 8849 to:
  Internal Revenue Service
  P.O. Box 312
  Covington, KY 41012-0312

Caution: *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see Pub. 509, Tax Calendars for 2005.*

## Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

## Information for Completing Schedules 1, 2, 3, and 5

Note: *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:

- Period of the claim.
- Item number (when requested) from the Type of Use Table on page 3.
- Rate (as needed). See the separate schedule instructions.
- Number of gallons.
- Amount of refund.

If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

Form 8849 (Rev. 2-2005)                                                                                                Page 3

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the Type of Use column as required on Schedules 1 and 2.

| No. | Type of Use |
|-----|-------------|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway vehicle registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene used other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on Form 4136, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:

• Used by the ultimate purchaser.

• Sold by the registered ultimate vendor.

• Used to produce alcohol fuel mixtures and biodiesel mixtures.

• Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,

2. A state, political subdivision of a state, or the District of Columbia, and

3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file Form 990-T, Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year it regularly uses to keep its books.

**Note:** *Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of tax information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

| | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|---|---|---|---|
| Form 8849 | 3 hr., 21 min. | 28 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. | | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 8 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

| Schedule 6<br>(Form 8849)<br>(Rev. February 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Other Claims**<br>► Attach to Form 8849. | OMB No. 1545-1420 |
|---|---|---|

| Name as shown on Form 8849<br>Reginald Krasney* (on behalf of similarly situated taxpayers) | EIN or SSN<br>8421 | Total refund (total of lines 1–5)<br>$    See attached. |
|---|---|---|

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►    See attached.        Latest date ►    See attached.

| Tax | Amount of refund | CRN |
|---|---|---|
| 1 See attached. | $    See attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached.

# Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Schedule 6 (Form 8849) (Rev. 2-2005)                                                                      Page **2**

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2005, for information on allowable claims relating to these taxes. The following information must be attached to the claim.

1. A detailed description of the claim.

2. Any additional information required by the regulations.

3. The amount of the claim. If the claim is for more than one quarter, list the claim amounts by quarter.

4. How you figured the claim amount.

5. Any other information you believe will support the claim.

| Tax | CRN |
|---|---|
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Highway-type tires | 366 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points after March 31, 2005 | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts, effective April 1, 2005 | 389 |

## Form 2290, CRN 365

A claim for refund may be made for the following:

• An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.

Claimant. The claim is made by the person that paid the tax to the government.

• A pro rata refund of the tax paid on Form 2290 for a vehicle that was destroyed or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was destroyed or stolen, the following information must be attached to Schedule 6:

1. The vehicle identification number (VIN).

2. Whether the vehicle was destroyed or stolen.

3. Date of the accident or theft.

4. Computation of the refund amount. See the line 4 instructions for Form 2290.

Claimant. The claim is made by the person in whose name the vehicle is registered at the time it was destroyed or stolen.

• Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:

• An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.

1. An explanation of the reason for claiming a refund.

2. The date of payment and the amount of the tax.

3. Whether any previous claim covering the amount involved, or any part, has been filed.

4. A statement that you:

a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or

b. Have repaid the amount of the tax to the person that placed the wager, or

c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).

5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.

Claimant. The claim is made by the person that paid the tax to the government.

• Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid off amount. No claim is allowed unless the following information is attached to Schedule 6:

1. The certificate described in Regulations section 44.6419-2(d).

2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.

Claimant. The claim is made by the person that paid the tax to the government.

Reginald A. Krasney, on Behalf of Himself and all Other Similarly Situated
Taxpayers.
SSN:            8421
Attachment to Schedule 6 of Form 8849
Page 1

Reginald A. Krasney ("Krasney"), on behalf of himself and all other similarly
situated taxpayers, requests a refund (plus statutory interest) of amounts that have been
wrongfully collected, and continue to be wrongfully collected as of the filing of this
claim, by the Internal Revenue Service ("I.R.S.") in connection with its improper
administration of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.* This Form
8849 refund claim and attachments thereto are being filed prior to the filing of a Class
Action complaint in the United States Court of Federal Claims, styled *Reginald A.
Krasney, et. al. v. The United States of America, et. al.*, which also seeks refunds and
related relief from the I.R.S. for its improper and illegal collection (and continued
collection) of Communications Excise Taxes from Krasney and similarly situated
taxpayers.

The telephone services purchased by Krasney and similarly situated taxpayers do
not constitute "toll telephone service" within the meaning of Internal Revenue Code
section 4252 and therefore are not properly subject to the Communications Excise Tax.
Section 4252(b)(1) of the Internal Revenue Code defines "toll telephone service" as "a
telephonic quality communication for which [] there is a toll charge which varies in
amount with the distance and elapsed transmission time of each individual
communication..." (emphasis added). Krasney and similarly situated taxpayers are not
properly subject to the Communications Excise Tax because these taxpayers are billed by
their telecommunication service providers on a "postalized" rate, meaning that these
taxpayers are only charged based on the elapsed time of each call, *i.e.* the "elapsed
transmission time." Numerous federal District and Circuit courts have held that the
definition of "toll telephone service" in Section 4252(b)(1) does not apply to permit the
I.R.S. to tax phone customers who are charged on a postalized rate. Accordingly,
Krasney and all similarly situated taxpayers that were charged and continue to be charged
for their phone services on a postalized rate are entitled to a refund of the amounts
improperly and illegally collected by the I.R.S.

Krasney and similarly situated taxpayers are entitled to seek refunds in Court
because the I.R.S. has already effectively denied this claim for a refund in Notice 2005-
79, released on October 20, 2005 and published by the I.R.S. on November 14, 2005.
This Notice declares the intention of the I.R.S. to not abide by the rulings of the federal
District and Circuit courts holding that the Communications Excise Tax does not apply to
postalized arrangements, and to unilaterally suspend the administrative process by which
the Communications Excise Tax refund claims are filed with the I.R.S. The effect of this
policy as announced in Notice 2005-79 has been to deprive taxpayers of a meaningful
administrative process for refunds. Further, Notice 2005-79 constitutes and is tantamount
to an immediate denial of a refund by the I.R.S., and demonstrates the futility of a
taxpayer's pursuing conventional administrative procedures that are supposed to be
available for seeking a refund. Moreover, even if a refund procedure were available to
Krasney and other similarly situated taxpayers, the imposition of the tax would still
amount to deprivation of property without due process of law because for all but a small

Reginald A. Krasney, on Behalf of Himself and all Other Similarly Situated
Taxpayers.
SSN:         -8421
Attachment to Schedule 6 of Form 8849
Page 2

number of taxpayers the refund claims are smaller than the cost to file an individual claim
for a refund in the manner so required by the I.R.S.

Before the filing of this claim, Krasney and all similarly situated taxpayers paid
the Communications Excise Tax to telecommunication service providers, which were
required to collect the Communications Excise Tax from phone customers and remit it to
the I.R.S. The amount of total refund due to Krasney is impossible to calculate at this
time because the I.R.S. continues to levy and collect the tax and, thus, Krasney will
continue to pay the tax. Krasney's best present estimate is that he has improperly paid
less than $75.00 per year in Communications Excise Taxes. The aggregate amount of
refunds entitled to Class members shall be determined by the District Court in which the
above referenced Class Action complaint was filed.

# EXHIBIT 3

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

| M | A | R | I | O | N |  | S | A | C | H | U | K | * |  |  |  |  |  |  |  |  |  |  |  |

**Employer identification number (EIN)**

**Address (number, street, room or suite no.)**

| 1 | 0 | 6 | 7 |  | W | E | I | K | E | L |  | R | O | A | D |  |  |  |  |  |  |  |  |  |

**Social security number (SSN)**

|  |  |  |  |  | 8 | / | 6 | 9 |

**City and state or province. If you have a foreign address, see page 2.**

| L | A | N | S | D | A | L | E | , |  | P | A |  |  |  |  |  |  |  |  |  |  |  |  |  |

**ZIP code**

| 1 | 9 | 4 | 4 | 6 |

**Foreign country, if applicable. Do not abbreviate.**

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Month claimant's income tax year ends**

| 1 | 2 |

**Daytime telephone number (optional)**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . . . . . | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*Marion Sachuk*

Signature and title (if applicable)                                    Date  2/08/06

Marion Sachuk (* on behalf of myself and all other similarly situated taxpayers)

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.       Cat. No. 20027J       Form **8849** (Rev. 2-2005)

Form 8849 (Rev. 2-2005)                                                                                Page 2

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

● Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.

● Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for refund related to alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.

● Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.

● Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene sold for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to the claim.

● Schedule 4, Gasoline Wholesale Distributors, has been eliminated.

● Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.

● Pub. 510, Excise Taxes for 2005, has more information on excise taxes.

● Pub. 378, Fuel Tax Credits and Refunds, has more information on nontaxable uses.

   You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

   Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 730, Monthly Tax Return for Wagers;

● Form 11-C, Occupational Tax and Registration Return for Wagering; or

● Form 2290, Heavy Highway Vehicle Use Tax Return.

   Filers only need to complete and attach to Form 8849 the applicable schedules.

   Do not use Form 8849:

● To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.

● To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

P.O. box. If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

Foreign address. Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

### Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

### Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

## Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

## Where To File

● For Schedules 1 and 6, mail Form 8849 to:
   Internal Revenue Service
   Cincinnati, OH 45999-0002

● For Schedules 2, 3, and 5, mail Form 8849 to:
   Internal Revenue Service
   P.O. Box 312
   Covington, KY 41012-0312

Caution: *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see Pub. 509, Tax Calendars for 2005.*

## Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

## Information for Completing Schedules 1, 2, 3, and 5

Note: *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

   Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:

● Period of the claim.

● Item number (when requested) from the **Type of Use Table** on page 3.

● Rate (as needed). See the separate schedule instructions.

● Number of gallons.

● Amount of refund.

   If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

Form 8849 (Rev. 2-2005)                                                                 Page **3**

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the Type of Use column as required on Schedules 1 and 2.

| No. | Type of Use |
|-----|-------------|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway vehicle registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene used other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on Form 4136, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:

- Used by the ultimate purchaser.
- Sold by the registered ultimate vendor.
- Used to produce alcohol fuel mixtures and biodiesel mixtures.
- Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,

2. A state, political subdivision of a state, or the District of Columbia, and

3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file Form 990-T, Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year it regularly uses to keep its books.

**Note:** *Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of tax information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

|  | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|--|--------------|-----------------------------------|----------------------------------------------------------------|
| Form 8849 | 3 hr., 21 min. | 28 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. |  | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 9 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

| Schedule 6<br>(Form 8849)<br>(Rev. February 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Other Claims**<br>▶ Attach to Form 8849. | OMB No. 1545-1420 |
|---|---|---|

| Name as shown on Form 8849<br>Marlon Sachuk (on behalf of similarly situated taxpayers) | EIN or SSN<br>-8169 | Total refund (total of lines 1–5)<br>$    See attached. |
|---|---|---|

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ _____See attached._____    Latest date ▶ _____See attached._____

| Tax | Amount of refund | CRN |
|---|---|---|
| 1  See attached. | $    See attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2005, for information on allowable claims relating to these taxes. The following information must be attached to the claim.

1. A detailed description of the claim.

2. Any additional information required by the regulations.

3. The amount of the claim. If the claim is for more than one quarter, list the claim amounts by quarter.

4. How you figured the claim amount.

5. Any other information you believe will support the claim.

| Tax | CRN |
|---|---|
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Highway-type tires | 366 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points after March 31, 2005 | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts, effective April 1, 2005 | 389 |

## Form 2290, CRN 365

A claim for refund may be made for the following:

● An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.

Claimant. The claim is made by the person that paid the tax to the government.

● A pro rata refund of the tax paid on Form 2290 for a vehicle that was destroyed or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was destroyed or stolen, the following information must be attached to Schedule 6:

1. The vehicle identification number (VIN).

2. Whether the vehicle was destroyed or stolen.

3. Date of the accident or theft.

4. Computation of the refund amount. See the line 4 instructions for Form 2290.

Claimant. The claim is made by the person in whose name the vehicle is registered at the time it was destroyed or stolen.

● Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:

● An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.

1. An explanation of the reason for claiming a refund.

2. The date of payment and the amount of the tax.

3. Whether any previous claim covering the amount involved, or any part, has been filed.

4. A statement that you:

a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or

b. Have repaid the amount of the tax to the person that placed the wager, or

c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).

5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.

Claimant. The claim is made by the person that paid the tax to the government.

● Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid off amount. No claim is allowed unless the following information is attached to Schedule 6:

1. The certificate described in Regulations section 44.6419-2(d).

2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.

Claimant. The claim is made by the person that paid the tax to the government.

Marion A. Sachuk, on Behalf of Herself and all Other Similarly Situated Taxpayers.
SSN:        -8169
Attachment to Schedule 6 of Form 8849
Page 1

Marion A. Sachuk ("Sachuk"), on behalf of herself and all other similarly situated taxpayers, requests a refund (plus statutory interest) of amounts that have been wrongfully collected, and continue to be wrongfully collected as of the filing of this claim, by the Internal Revenue Service ("I.R.S.") in connection with its improper administration of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.* This Form 8849 refund claim and attachments thereto are being filed prior to the filing of a Class Action complaint in the United States Court of Federal Claims, styled *Reginald A. Sachuk, et. al. v. The United States of America, et. al.*, which also seeks refunds and related relief from the I.R.S. for its improper and illegal collection (and continued collection) of Communications Excise Taxes from Sachuk and similarly situated taxpayers.

The telephone services purchased by Sachuk and similarly situated taxpayers do not constitute "toll telephone service" within the meaning of Internal Revenue Code section 4252 and therefore are not properly subject to the Communications Excise Tax. Section 4252(b)(1) of the Internal Revenue Code defines "toll telephone service" as "a telephonic quality communication for which [] there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication..." (emphasis added). Sachuk and similarly situated taxpayers are not properly subject to the Communications Excise Tax because these taxpayers are billed by their telecommunication service providers on a "postalized" rate, meaning that these taxpayers are only charged based on the elapsed time of each call, *i.e.* the "elapsed transmission time." Numerous federal District and Circuit courts have held that the definition of "toll telephone service" in Section 4252(b)(1) does not apply to permit the I.R.S. to tax phone customers who are charged on a postalized rate. Accordingly, Sachuk and all similarly situated taxpayers that were charged and continue to be charged for their phone services on a postalized rate are entitled to a refund of the amounts improperly and illegally collected by the I.R.S.

Sachuk and similarly situated taxpayers are entitled to seek refunds in Court because the I.R.S. has already effectively denied this claim for a refund in Notice 2005-79, released on October 20, 2005 and published by the I.R.S. on November 14, 2005. This Notice declares the intention of the I.R.S. to not abide by the rulings of the federal District and Circuit courts holding that the Communications Excise Tax does not apply to postalized arrangements, and to unilaterally suspend the administrative process by which the Communications Excise Tax refund claims are filed with the I.R.S. The effect of this policy as announced in Notice 2005-79 has been to deprive taxpayers of a meaningful administrative process for refunds. Further, Notice 2005-79 constitutes and is tantamount to an immediate denial of a refund by the I.R.S., and demonstrates the futility of a taxpayer's pursuing conventional administrative procedures that are supposed to be available for seeking a refund. Moreover, even if a refund procedure were available to Sachuk and other similarly situated taxpayers, the imposition of the tax would still amount to deprivation of property without due process of law because for all but a small

Marion A. Sachuk, on Behalf of Herself and all Other Similarly Situated Taxpayers.
SSN:        ·8169
Attachment to Schedule 6 of Form 8849
Page 2

number of taxpayers the refund claims are smaller than the cost to file an individual claim for a refund in the manner so required by the I.R.S.

Before the filing of this claim, Sachuk and all similarly situated taxpayers paid the Communications Excise Tax to telecommunication service providers, which were required to collect the Communications Excise Tax from phone customers and remit it to the I.R.S.  The amount of total refund due to Sachuk is impossible to calculate at this time because the I.R.S. continues to levy and collect the tax and, thus, Sachuk will continue to pay the tax.  The aggregate amount of refunds entitled to Class members shall be determined by the District Court in which the above referenced Class Action complaint was filed.

# EXHIBIT 4

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

| C | A | R | O | L | Y | N | | H | R | U | S | O | V | S | K | Y | * | | | | | |

**Employer identification number (EIN)**

| | | | | | | | | | |

**Address** (number, street, room or suite no.)

| 1 | 0 | 6 | 7 | | W | E | I | K | E | L | | R | O | A | D | | | | | | |

**Social security number (SSN)**

| | | | | | 2 | 8 | 8 | 6 |

**City and state or province. If you have a foreign address, see page 2.**

| L | A | N | S | D | A | L | E | , | | P | A | | | | | | | | |

**ZIP code**

| 1 | 9 | 4 | 4 | 6 |

**Foreign country, if applicable. Do not abbreviate.**

| | | | | | | | | | | | | | | | | | |

**Month claimant's income tax year ends**

| 1 | 2 |

**Daytime telephone number (optional)**

| | | | | | | | | | |

**Caution:** Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . . . . . . . | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable)

Carolyn Hrusovsky　(* on behalf of myself and all other similarly situated taxpayers)

Type or print your name below signature.

Date　2/7/06

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Cat. No. 20027J

Form **8849** (Rev. 2-2005)

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

● Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.

● Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for refund related to alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.

● Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.

● Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene used for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to the claim.

● Schedule 4, Gasoline Wholesale Distributors, has been eliminated.

● Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.

● Pub. 510, Excise Taxes for 2005, has more information on excise taxes.

● Pub. 378, Fuel Tax Credits and Refunds, has more information on nontaxable uses.

   You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

   Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 730, Monthly Tax Return for Wagers;

● Form 11-C, Occupational Tax and Registration Return for Wagering; or

● Form 2290, Heavy Highway Vehicle Use Tax Return.

   Filers only need to complete and attach to Form 8849 the applicable schedules.

   Do not use Form 8849:

● To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.

● To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

P.O. box. If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

Foreign address. Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

### Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

### Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

## Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

## Where To File

● For Schedules 1 and 6, mail Form 8849 to:

   Internal Revenue Service
   Cincinnati, OH 45999-0002

● For Schedules 2, 3, and 5, mail Form 8849 to:

   Internal Revenue Service
   P.O. Box 312
   Covington, KY 41012-0312

Caution: *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see Pub. 509, Tax Calendars for 2005.*

## Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

## Information for Completing Schedules 1, 2, 3, and 5

Note: *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

   Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:

● Period of the claim.

● Item number (when requested) from the Type of Use Table on page 3.

● Rate (as needed). See the separate schedule instructions.

● Number of gallons.

● Amount of refund.

   If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

Form 8849 (Rev. 2-2005)                                                                 Page **3**

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the Type of Use column as required on Schedules 1 and 2.

| No. | Type of Use |
|-----|-------------|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway vehicle registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on Form 4136, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:

- Used by the ultimate purchaser.
- Sold by the registered ultimate vendor.
- Used to produce alcohol fuel mixtures and biodiesel mixtures.
- Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,

2. A state, political subdivision of a state, or the District of Columbia, and

3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file Form 990-T, Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year it regularly uses to keep its books.

**Note:** *Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

|  | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|---|---|---|---|
| Form 8849 | 3 hr., 21 min. | 28 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. |  | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 9 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

| Schedule 6<br>(Form 8849)<br>(Rev. February 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Other Claims**<br>► Attach to Form 8849. | OMB No. 1545-1420 |
|---|---|---|

| Name as shown on Form 8849<br>Carolyn Hrusovsky (on behalf of similarly situated taxpayers) | EIN or SSN<br>–2886 | Total refund (total of lines 1–5)<br>$    See attachment. |
|---|---|---|

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ► ___See attached.___    Latest date ► ___See attached.___

| Tax | Amount of refund | CRN |
|---|---|---|
| 1  See attached. | $    See attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached.

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 Instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 Instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2005, for information on allowable claims relating to these taxes. The following information must be attached to the claim.

1. A detailed description of the claim.

2. Any additional information required by the regulations.

3. The amount of the claim. If the claim is for more than one quarter, list the claim amounts by quarter.

4. How you figured the claim amount.

5. Any other information you believe will support the claim.

| Tax | CRN |
|---|---|
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Highway-type tires | 366 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points after March 31, 2005 | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts, effective April 1, 2005 | 389 |

## Form 2290, CRN 365

A claim for refund may be made for the following:

• An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.

Claimant. The claim is made by the person that paid the tax to the government.

• A pro rata refund of the tax paid on Form 2290 for a vehicle that was destroyed or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was destroyed or stolen, the following information must be attached to Schedule 6:

1. The vehicle identification number (VIN).

2. Whether the vehicle was destroyed or stolen.

3. Date of the accident or theft.

4. Computation of the refund amount. See the line 4 instructions for Form 2290.

Claimant. The claim is made by the person in whose name the vehicle is registered at the time it was destroyed or stolen.

• Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:

• An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.

1. An explanation of the reason for claiming a refund.

2. The date of payment and the amount of the tax.

3. Whether any previous claim covering the amount involved, or any part, has been filed.

4. A statement that you:

a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or

b. Have repaid the amount of the tax to the person that placed the wager, or

c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).

5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.

Claimant. The claim is made by the person that paid the tax to the government.

• Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid off amount. No claim is allowed unless the following information is attached to Schedule 6:

1. The certificate described in Regulations section 44.6419-2(d).

2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.

Claimant. The claim is made by the person that paid the tax to the government.

Carolyn Hrusovsky, on Behalf of Herself and all Other Similarly Situated
Taxpayers.
SSN:     -2886
Attachment to Schedule 6 of Form 8849
Page 1

Carolyn Hrusovsky ("Hrusovsky"), on behalf of herself and all other similarly
situated taxpayers, requests a refund (plus statutory interest) of amounts that have been
wrongfully collected, and continue to be wrongfully collected as of the filing of this
claim, by the Internal Revenue Service ("I.R.S.") in connection with its improper
administration of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.* This Form
8849 refund claim and attachments thereto are being filed prior to the filing of a Class
Action complaint in the United States Court of Federal Claims, styled *Reginald A.
Hrusovsky, et. al. v. The United States of America, et. al.*, which also seeks refunds and
related relief from the I.R.S. for its improper and illegal collection (and continued
collection) of Communications Excise Taxes from Hrusovsky and similarly situated
taxpayers.

The telephone services purchased by Hrusovsky and similarly situated taxpayers
do not constitute "toll telephone service" within the meaning of Internal Revenue Code
section 4252 and therefore are not properly subject to the Communications Excise Tax.
Section 4252(b)(1) of the Internal Revenue Code defines "toll telephone service" as "a
telephonic quality communication for which [] there is a toll charge which varies in
amount with the distance and elapsed transmission time of each individual
communication..." (emphasis added). Hrusovsky and similarly situated taxpayers are not
properly subject to the Communications Excise Tax because these taxpayers are billed by
their telecommunication service providers on a "postalized" rate, meaning that these
taxpayers are only charged based on the elapsed time of each call, *i.e.* the "elapsed
transmission time." Numerous federal District and Circuit courts have held that the
definition of "toll telephone service" in Section 4252(b)(1) does not apply to permit the
I.R.S. to tax phone customers who are charged on a postalized rate. Accordingly,
Hrusovsky and all similarly situated taxpayers that were charged and continue to be
charged for their phone services on a postalized rate are entitled to a refund of the
amounts improperly and illegally collected by the I.R.S.

Hrusovsky and similarly situated taxpayers are entitled to seek refunds in Court
because the I.R.S. has already effectively denied this claim for a refund in Notice 2005-
79, released on October 20, 2005 and published by the I.R.S. on November 14, 2005.
This Notice declares the intention of the I.R.S. to not abide by the rulings of the federal
District and Circuit courts holding that the Communications Excise Tax does not apply to
postalized arrangements, and to unilaterally suspend the administrative process by which
the Communications Excise Tax refund claims are filed with the I.R.S. The effect of this
policy as announced in Notice 2005-79 has been to deprive taxpayers of a meaningful
administrative process for refunds. Further, Notice 2005-79 constitutes and is tantamount
to an immediate denial of a refund by the I.R.S., and demonstrates the futility of a
taxpayer's pursuing conventional administrative procedures that are supposed to be
available for seeking a refund. Moreover, even if a refund procedure were available to
Hrusovsky and other similarly situated taxpayers, the imposition of the tax would still
amount to deprivation of property without due process of law because for all but a small

Carolyn Hrusovsky, on Behalf of Herself and all Other Similarly Situated
Taxpayers.
SSN:          2886
Attachment to Schedule 6 of Form 8849
Page 2

number of taxpayers the refund claims are smaller than the cost to file an individual claim
for a refund in the manner so required by the I.R.S.

     Before the filing of this claim, Hrusovsky and all similarly situated taxpayers paid
the Communications Excise Tax to telecommunication service providers, which were
required to collect the Communications Excise Tax from phone customers and remit it to
the I.R.S.  The amount of total refund due to Hrusovsky is impossible to calculate at this
time because the I.R.S. continues to levy and collect the tax and, thus, Hrusovsky will
continue to pay the tax.  The aggregate amount of refunds entitled to Class members shall
be determined by the District Court in which the above referenced Class Action
complaint was filed.

# EXHIBIT 5

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

**Name of claimant**

| S | T | A | C | Y | | M | A | R | K | O | W | I | T | Z | * | | | | | | | | | |

**Employer Identification number (EIN)**

**Address (number, street, room or suite no.)**

| 2 | 0 | 0 | | C | A | M | P | B | E | L | L | | C | I | R | C | L | E | - | A | P | T | | 1 | 4 |

**Social security number (SSN)**

| | | | | 0 | 6 | 2 | 9 |

**City and state or province. If you have a foreign address, see page 2.**

| D | O | W | N | I | N | G | T | O | W | N | , | | P | A | | | | | | | | | | |

**ZIP code**

| 1 | 9 | 3 | 3 | 5 |

**Foreign country, if applicable. Do not abbreviate.**

**Month claimant's income tax year ends**

| 1 | 2 |

**Daytime telephone number (optional)**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors . . . . . . . . . . . . . . | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . . . . . . | ☑ |

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign Here**

Signature and title (if applicable)  *Stacy Markowitz*

Date  12/06/06

**Stacy Markowitz (* on behalf of myself and all other similarly situated taxpayers)**

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Cat. No. 20027J    Form **8849** (Rev. 2-2005)

Form 8849 (Rev. 2-2005)

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

● Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.

● Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.

● Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.

● Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene sold for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to make a claim.

● Schedule 4, Gasoline Wholesale Distributors, has been eliminated.

● Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.

● Pub. 510, Excise Taxes for 2005, has more information on excise taxes.

● Pub. 378, Fuel Tax Credits and Refunds, has more information on nontaxable uses.

You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 730, Monthly Tax Return for Wagers;

● Form 11-C, Occupational Tax and Registration Return for Wagering; or

● Form 2290, Heavy Highway Vehicle Use Tax Return.

Filers only need to complete and attach to Form 8849 the applicable schedules.

Do not use Form 8849:

● To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.

● To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

**P.O. box.** If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

**Foreign address.** Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

### Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

### Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

### Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

### Where To File

● For Schedules 1 and 6, mail Form 8849 to:

Internal Revenue Service
Cincinnati, OH 45999-0002

● For Schedules 2, 3, and 5, mail Form 8849 to:

Internal Revenue Service
P.O. Box 312
Covington, KY 41012-0312

**Caution:** *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see Pub. 509, Tax Calendars for 2005.*

### Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

### Information for Completing Schedules 1, 2, 3, and 5

**Note:** *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:

● Period of the claim.

● Item number (when requested) from the Type of Use Table on page 3.

● Rate (as needed). See the separate schedule instructions.

● Number of gallons.

● Amount of refund.

If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

Form 8849 (Rev. 2-2005)                                                                                                      Page **3**

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the **Type of Use** column as required on Schedules 1 and 2.

| No. | Type of Use |
|-----|-------------|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on Form 4136, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:

* Used by the ultimate purchaser.
* Sold by the registered ultimate vendor.
* Used to produce alcohol fuel mixtures and biodiesel mixtures.
* Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,

2. A state, political subdivision of a state, or the District of Columbia, and

3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file Form 990-T, Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year it regularly uses to keep its books.

**Note:** *Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of tax information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

|  | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|--|--------------|-----------------------------------|-----------------------------------------------------------------|
| Form 8849 | 3 hr., 21 min. | 28 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. |  | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 9 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

| Schedule 6 (Form 8849) | **Other Claims** | OMB No. 1545-1420 |
|---|---|---|
| (Rev. February 2005) Department of the Treasury Internal Revenue Service | ► Attach to Form 8849. | |

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Stacy Markowitz (on behalf of similarly situated taxpayers) | .0629 | $ See attachment. |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ► <u>See attached.</u>    Latest date ► <u>See attached.</u>

| Tax | Amount of refund | CRN |
|---|---|---|
| **1** See attached. | $    See attached. | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached.

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 Instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

Schedule 6 (Form 8849) (Rev. 2-2005)

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2005, for information on allowable claims relating to these taxes. The following information must be attached to the claim.

  1. A detailed description of the claim.

  2. Any additional information required by the regulations.

  3. The amount of the claim. If the claim is for more than one quarter, list the claim amounts by quarter.

  4. How you figured the claim amount.

  5. Any other information you believe will support the claim.

| Tax | CRN |
|---|---|
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Highway-type tires | 366 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points after March 31, 2005 | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts, effective April 1, 2005 | 389 |

## Form 2290, CRN 365

A claim for refund may be made for the following:

● An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.

Claimant. The claim is made by the person that paid the tax to the government.

● A pro rata refund of the tax paid on Form 2290 for a vehicle that was destroyed or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was destroyed or stolen, the following information must be attached to Schedule 6:

  1. The vehicle identification number (VIN).

  2. Whether the vehicle was destroyed or stolen.

  3. Date of the accident or theft.

  4. Computation of the refund amount. See the line 4 instructions for Form 2290.

Claimant. The claim is made by the person in whose name the vehicle is registered at the time it was destroyed or stolen.

● Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:

● An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.

  1. An explanation of the reason for claiming a refund.

  2. The date of payment and the amount of the tax.

  3. Whether any previous claim covering the amount involved, or any part, has been filed.

  4. A statement that you:

    a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or

    b. Have repaid the amount of the tax to the person that placed the wager, or

    c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).

  5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.

Claimant. The claim is made by the person that paid the tax to the government.

● Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid off amount. No claim is allowed unless the following information is attached to Schedule 6:

  1. The certificate described in Regulations section 44.6419-2(d).

  2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.

Claimant. The claim is made by the person that paid the tax to the government.

Stacy Markowitz, on Behalf of Herself and all Other Similarly Situated Taxpayers.
SSN:      -0629
Attachment to Schedule 6 of Form 8849
Page 1

Stacy Markowitz ("Markowitz"), on behalf of herself and all other similarly situated taxpayers, requests a refund (plus statutory interest) of amounts that have been wrongfully collected, and continue to be wrongfully collected as of the filing of this claim, by the Internal Revenue Service ("I.R.S.") in connection with its improper administration of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.* This Form 8849 refund claim and attachments thereto are being filed prior to the filing of a Class Action complaint in the United States Court of Federal Claims, styled *Reginald A. Markowitz, et. al. v. The United States of America, et. al.*, which also seeks refunds and related relief from the I.R.S. for its improper and illegal collection (and continued collection) of Communications Excise Taxes from Markowitz and similarly situated taxpayers.

The telephone services purchased by Markowitz and similarly situated taxpayers do not constitute "toll telephone service" within the meaning of Internal Revenue Code section 4252 and therefore are not properly subject to the Communications Excise Tax. Section 4252(b)(1) of the Internal Revenue Code defines "toll telephone service" as "a telephonic quality communication for which [] there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication..." (emphasis added). Markowitz and similarly situated taxpayers are not properly subject to the Communications Excise Tax because these taxpayers are billed by their telecommunication service providers on a "postalized" rate, meaning that these taxpayers are only charged based on the elapsed time of each call, *i.e.* the "elapsed transmission time." Numerous federal District and Circuit courts have held that the definition of "toll telephone service" in Section 4252(b)(1) does not apply to permit the I.R.S. to tax phone customers who are charged on a postalized rate. Accordingly, Markowitz and all similarly situated taxpayers that were charged and continue to be charged for their phone services on a postalized rate are entitled to a refund of the amounts improperly and illegally collected by the I.R.S.

Markowitz and similarly situated taxpayers are entitled to seek refunds in Court because the I.R.S. has already effectively denied this claim for a refund in Notice 2005-79, released on October 20, 2005 and published by the I.R.S. on November 14, 2005. This Notice declares the intention of the I.R.S. to not abide by the rulings of the federal District and Circuit courts holding that the Communications Excise Tax does not apply to postalized arrangements, and to unilaterally suspend the administrative process by which the Communications Excise Tax refund claims are filed with the I.R.S. The effect of this policy as announced in Notice 2005-79 has been to deprive taxpayers of a meaningful administrative process for refunds. Further, Notice 2005-79 constitutes and is tantamount to an immediate denial of a refund by the I.R.S., and demonstrates the futility of a taxpayer's pursuing conventional administrative procedures that are supposed to be available for seeking a refund. Moreover, even if a refund procedure were available to Markowitz and other similarly situated taxpayers, the imposition of the tax would still amount to deprivation of property without due process of law because for all but a small

Stacy Markowitz, on Behalf of Herself and all Other Similarly Situated Taxpayers.
SSN:       -0629
Attachment to Schedule 6 of Form 8849
Page 2

number of taxpayers the refund claims are smaller than the cost to file an individual claim for a refund in the manner so required by the I.R.S.

Before the filing of this claim, Markowitz and all similarly situated taxpayers paid the Communications Excise Tax to telecommunication service providers, which were required to collect the Communications Excise Tax from phone customers and remit it to the I.R.S. The amount of total refund due to Markowitz is impossible to calculate at this time because the I.R.S. continues to levy and collect the tax and, thus, Markowitz will continue to pay the tax. The aggregate amount of refunds entitled to Class members shall be determined by the District Court in which the above referenced Class Action complaint was filed.

# EXHIBIT 6

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

**Name of claimant**
D A V I D · H · D E N E N B E R G ·

**Employer identification number (EIN)**

**Address (number, street, room or suite no.)**
5 1 8 · S U S S E X · R d

**Social security number (SSN)**
1 5 7 7

**City and state or province. If you have a foreign address, see page 2.**
W Y N N E W o o d · P A

**ZIP code**
1 9 0 9 6

**Month claimant's income tax year ends**

**Foreign country, if applicable. Do not abbreviate.**

**Daytime telephone number (optional)**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors . . . . . . . . . . . . | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*Joan B. Denenberg*

(Signature and title (if applicable))

Date 3/22/06

~~DAVID H.~~ DENENBERG (on behalf of myself and all other similarly situated taxpayers)
Joan

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Cat. No. 20027J    Form **8849** (Rev. 2-2005)

Form 8849 (Rev. 2-2005)                                                                                   Page **2**

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

• Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.

• Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for refund related to alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.

• Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.

• Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene sold for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to the claim.

• Schedule 4, Gasoline Wholesale Distributors, has been eliminated.

• Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.

• **Pub. 510,** Excise Taxes for 2005, has more information on excise taxes.

• **Pub. 378,** Fuel Tax Credits and Refunds, has more information on nontaxable uses.

You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:

• Form 720, Quarterly Federal Excise Tax Return;

• Form 730, Monthly Tax Return for Wagers;

• Form 11-C, Occupational Tax and Registration Return for Wagering; or

• Form 2290, Heavy Highway Vehicle Use Tax Return.

Filers only need to complete and attach to Form 8849 the applicable schedules.

Do not use Form 8849:

• To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.

• To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

---

**P.O. box.** If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

**Foreign address.** Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

## Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

## Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

## Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

## Where To File

• For Schedules 1 and 6, mail Form 8849 to:

    Internal Revenue Service
    Cincinnati, OH 45999-0002

• For Schedules 2, 3, and 5, mail Form 8849 to:

    Internal Revenue Service
    P.O. Box 312
    Covington, KY 41012-0312

**Caution:** *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see Pub. 509, Tax Calendars for 2005.*

## Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

## Information for Completing Schedules 1, 2, 3, and 5

**Note:** *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:

• Period of the claim.

• Item number (when requested) from the *Type of Use Table* on page 3.

• Rate (as needed). See the separate schedule instructions.

• Number of gallons.

• Amount of refund.

If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the **Type of Use** column as required on Schedules 1 and 2.

| No. | Type of Use |
|-----|-------------|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway vehicle registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene used other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on Form 4136, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:

- Used by the ultimate purchaser.
- Sold by the registered ultimate vendor.
- Used to produce alcohol fuel mixtures and biodiesel mixtures.
- Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,
2. A state, political subdivision of a state, or the District of Columbia, and

3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file Form 990-T, Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year it regularly uses to keep its books.

**Note:** Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of tax information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

|  | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|--|--|--|--|
| Form 8849 | 3 hr., 21 min. | 26 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. | 6 min. | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 9 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

**Schedule 6**
**(Form 8849)**

(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

**Other Claims**
► Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Joan Denenberg* | -1577 | $    See attached |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►  See attached        Latest date ►  See attached

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1 | $ | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached.

\* On behalf of myself and all other similarly situated taxpayers.

## Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

• Form 720, Quarterly Federal Excise Tax Return;
• Form 2290, Heavy Highway Vehicle Use Tax Return;
• Form 730, Monthly Tax Return for Wagers; and
• Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 2-2005)

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2005, for information on allowable claims relating to these taxes. The following information must be attached to the claim.

1. A detailed description of the claim.
2. Any additional information required by the regulations.
3. The amount of the claim. If the claim is for more than one quarter, list the claim amounts by quarter.
4. How you figured the claim amount.
5. Any other information you believe will support the claim.

| Tax | CRN |
| --- | --- |
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Highway-type tires | 366 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points after March 31, 2005 | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts, effective April 1, 2005 | 389 |

## Form 2290, CRN 365

A claim for refund may be made for the following:

● An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.
Claimant. The claim is made by the person that paid the tax to the government.

● A pro rata refund of the tax paid on Form 2290 for a vehicle that was destroyed or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was destroyed or stolen, the following information must be attached to Schedule 6:

1. The vehicle identification number (VIN).
2. Whether the vehicle was destroyed or stolen.
3. Date of the accident or theft.
4. Computation of the refund amount. See the line 4 instructions for Form 2290.
Claimant. The claim is made by the person in whose name the vehicle is registered at the time it was destroyed or stolen.

● Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:

● An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.

1. An explanation of the reason for claiming a refund.
2. The date of payment and the amount of the tax.
3. Whether any previous claim covering the amount involved, or any part, has been filed.
4. A statement that you:
   a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or
   b. Have repaid the amount of the tax to the person that placed the wager, or
   c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).
5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.
Claimant. The claim is made by the person that paid the tax to the government.

● Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid off amount. No claim is allowed unless the following information is attached to Schedule 6:

1. The certificate described in Regulations section 44.6419-2(d).
2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.
Claimant. The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.
Claimant. The claim is made by the person that paid the tax to the government.

Joan Denenberg, on Behalf of Herself and all Other Similarly Situated Taxpayers.
Attachment to Schedule 6 of Form 8849
Page 1

     Joan Denenberg ("Denenberg"), on behalf of herself and all other similarly situated taxpayers, requests a refund (plus statutory interest) of amounts that have been wrongfully collected, and continue to be wrongfully collected as of the filing of this claim, by the Internal Revenue Service ("I.R.S.") in connection with its improper administration of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.* This Form 8849 refund claim and attachments thereto are being filed prior to the filing of a Class Action complaint which also seeks refunds and related relief from the I.R.S. for its improper and illegal collection (and continued collection) of Communications Excise Taxes from Denenberg and similarly situated taxpayers.

     The telephone services purchased by Denenberg and similarly situated taxpayers do not constitute "toll telephone service" within the meaning of Internal Revenue Code section 4252 and therefore are not properly subject to the Communications Excise Tax. Section 4252(b)(1) of the Internal Revenue Code defines "toll telephone service" as "a telephonic quality communication for which [] there is a toll charge which varies in amount with the distance <u>and</u> elapsed transmission time of each individual communication..." (emphasis added). Denenberg and similarly situated taxpayers are not properly subject to the Communications Excise Tax because these taxpayers are billed by their telecommunication service providers on a "postalized" rate, meaning that these taxpayers are <u>only</u> charged based on the elapsed time of each call, *i.e.* the "elapsed transmission time." Numerous federal District and Circuit courts have held that the definition of "toll telephone service" in Section 4252(b)(1) does not apply to permit the I.R.S. to tax phone customers who are charged on a postalized rate. Accordingly, Denenberg and all similarly situated taxpayers that were charged and continue to be charged for their phone services on a postalized rate are entitled to a refund of the amounts improperly and illegally collected by the I.R.S.

     Denenberg and similarly situated taxpayers are entitled to seek refunds in Court because the I.R.S. has already effectively denied this claim for a refund in Notice 2005-79, released on October 20, 2005 and published by the I.R.S. on November 14, 2005. This Notice declares the intention of the I.R.S. to not abide by the rulings of the federal District and Circuit courts holding that the Communications Excise Tax does not apply to postalized arrangements, and to unilaterally suspend the administrative process by which the Communications Excise Tax refund claims are filed with the I.R.S. The effect of this policy as announced in Notice 2005-79 has been to deprive taxpayers of a meaningful administrative process for refunds. Further, Notice 2005-79 constitutes and is tantamount to an immediate denial of a refund by the I.R.S., and demonstrates the futility of a taxpayer's pursuing conventional administrative procedures that are supposed to be available for seeking a refund. Moreover, even if a refund procedure were available to Denenberg and other similarly situated taxpayers, the imposition of the tax would still amount to deprivation of property without due process of law because for all but a small number of taxpayers the refund claims are smaller than the cost to file an individual claim for a refund in the manner so required by the I.R.S.

Joan Denenberg, on Behalf of Herself and all Other Similarly Situated Taxpayers.
Attachment to Schedule 6 of Form 8849
Page 2

Before the filing of this claim, Denenberg and all similarly situated taxpayers paid the Communications Excise Tax to telecommunication service providers, which were required to collect the Communications Excise Tax from phone customers and remit it to the I.R.S. The amount of total refund due to Denenberg is impossible to calculate at this time because the I.R.S. continues to levy and collect the tax and, thus, Denenberg will continue to pay the tax. The aggregate amount of refunds entitled to Class members shall be determined by the Court in which the above referenced Class Action complaint was filed.

# EXHIBIT 7

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

| C | a | t | e | r | i | n | g | | B | y | | D | e | s | i | g | n | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Employer identification number (EIN)

| 2 | 3 | 2 | 6 | 5 | 8 | 8 | 8 | 4 |
|---|---|---|---|---|---|---|---|---|

Address (number, street, room or suite no.)

| 1 | 1 | 0 | E | | H | e | c | t | o | r | | S | t |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Social security number (SSN)

| 1 | 3 | 8 | 4 | 6 | 0 | 4 | 9 | 6 |
|---|---|---|---|---|---|---|---|---|

City and state or province. If you have a foreign address, see page 2.

| C | o | n | s | h | o | h | o | c | k | e | n | | P | a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ZIP code

| 1 | 9 | 4 | 2 | 8 |
|---|---|---|---|---|

Foreign country, if applicable. Do not abbreviate.

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month claimant's income
tax year ends

| 1 | 2 |
|---|---|

Daytime telephone number (optional)

| 2 | 1 | 5 | 2 | 5 | 8 | 0 | 8 | 2 |
|---|---|---|---|---|---|---|---|---|

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849:

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . . . . | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . . . | ☐ |

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign
Here**

Signature and title (if applicable)    President    1/8/06
                                                     Date

Peter J. Loevy

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.    Cat. No. 20027J    Form **8849** (Rev. 2-2005)

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

● Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.

● Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for refund related to alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.

● Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.

● Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene sold for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to the claim.

● Schedule 4, Gasoline Wholesale Distributors, has been eliminated.

● Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.

● Pub. 510, Excise Taxes for 2005, has more information on excise taxes.

● Pub. 378, Fuel Tax Credits and Refunds, has more information on nontaxable uses.

You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:

● Form 720, Quarterly Federal Excise Tax Return;

● Form 730, Monthly Tax Return for Wagers;

● Form 11-C, Occupational Tax and Registration Return for Wagering; or

● Form 2290, Heavy Highway Vehicle Use Tax Return.

Filers only need to complete and attach to Form 8849 the applicable schedules.

Do not use Form 8849:

● To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.

● To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

P.O. box. If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

Foreign address. Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

### Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

### Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

## Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

## Where To File

● For Schedules 1 and 6, mail Form 8849 to:

Internal Revenue Service
Cincinnati, OH 45999-0002

● For Schedules 2, 3, and 5, mail Form 8849 to:

Internal Revenue Service
P.O. Box 312
Covington, KY 41012-0312

Caution: *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see Pub. 509, Tax Calendars for 2005.*

## Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

## Information for Completing Schedules 1, 2, 3, and 5

Note: *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:

● Period of the claim.

● Item number (when requested) from the Type of Use Table on page 3.

● Rate (as needed). See the separate schedule instructions.

● Number of gallons.

● Amount of refund.

If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the Type of Use column as required on Schedules 1 and 2.

| No. | Type of Use |
|-----|-------------|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway vehicle registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene used other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on Form 4136, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:

- Used by the ultimate purchaser.
- Sold by the registered ultimate vendor.
- Used to produce alcohol fuel mixtures and biodiesel mixtures.
- Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,
2. A state, political subdivision of a state, or the District of Columbia, and

3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file Form 990-T, Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year for which they keep its books.

*Note: Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of tax information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

| | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|---|---|---|---|
| Form 8849 | 3 hr., 21 min. | 26 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. | | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 9 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

| Schedule 6<br>(Form 8849)<br>(Rev. February 2005)<br>Department of the Treasury<br>Internal Revenue Service | Other Claims<br>► Attach to Form 8849. | | OMB No. 1545-1420 |
|---|---|---|---|
| Name as shown on Form 8849<br>Catering By Design (on behalf of similarly situated taxpayers) | EIN or SSN<br>232658984 | | Total refund (total of lines 1–5)<br>$   See attachment. |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►    See attached.     Latest date ►    See attached.

| Tax | Amount of refund | CRN |
|---|---|---|
| 1   See attached. | $     See attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- Form 720, Quarterly Federal Excise Tax Return;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.     Cat. No. 27454M     Schedule 6 (Form 8849) (Rev. 2-2005)

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2005, for information on allowable claims relating to these taxes. The following information must be attached to the claim.

1. A detailed description of the claim.
2. Any additional information required by the regulations.
3. The amount of the claim. If the claim is for more than one quarter, list the claim amount by quarter.
4. How you figured the claim amount.
5. Any other information you believe will support the claim.

| Tax | CRN |
|---|---|
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Highway-type tires | 366 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points after March 31, 2005 | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts, effective April 1, 2005 | 389 |

## Form 2290, CRN 365

A claim for refund may be made for the following:

● An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.

Claimant. The claim is made by the person that paid the tax to the government.

● A pro rata refund of the tax paid on Form 2290 for a vehicle that was destroyed or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was destroyed or stolen, the following information must be attached to Schedule 6:

1. The vehicle identification number (VIN).
2. Whether the vehicle was destroyed or stolen.
3. Date of the accident or theft.
4. Computation of the refund amount. See the line 4 instructions for Form 2290.

Claimant. The claim is made by the person in whose name the vehicle is registered at the time it was destroyed or stolen.

● Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:

● An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.

1. An explanation of the reason for claiming a refund.
2. The date of payment and the amount of the tax.
3. Whether any previous claim covering the amount involved, or any part, has been filed.
4. A statement that you:

a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or

b. Have repaid the amount of the tax to the person that placed the wager, or

c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).

5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.

Claimant. The claim is made by the person that paid the tax to the government.

● Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid-off amount. No claim is allowed unless the following information is attached to Schedule 6:

1. The certificate described in Regulations section 44.6419-2(d).

2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.

Claimant. The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.

Claimant. The claim is made by the person that paid the tax to the government.

Catering By Design, on Behalf of Itself and all Other Similarly Situated Taxpayers.
EIN: 232658984
Attachment to Schedule 6 of Form 8849
Page 1

Catering By Design, on behalf of itself and all other similarly situated taxpayers, requests a refund (plus statutory interest) of amounts that have been wrongfully collected, and continue to be wrongfully collected as of the filing of this claim, by the Internal Revenue Service ("I.R.S.") in connection with its improper administration of the Communications Excise Tax, 26 U.S.C. § 4251, *et. seq.* This Form 8849 refund claim and attachments thereto are being filed prior to the filing of a Class Action complaint in the United States Court of Federal Claims, styled *Reginald A. Catering By Design, et. al. v. The United States of America, et. al.*, which also seeks refunds and related relief from the I.R.S. for its improper and illegal collection (and continued collection) of Communications Excise Taxes from Catering By Design and similarly situated taxpayers.

The telephone services purchased by Catering By Design and similarly situated taxpayers do not constitute "toll telephone service" within the meaning of Internal Revenue Code section 4252 and therefore are not properly subject to the Communications Excise Tax. Section 4252(b)(1) of the Internal Revenue Code defines "toll telephone service" as "a telephonic quality communication for which [] there is a toll charge which varies in amount with the distance *and* elapsed transmission time of each individual communication..." (emphasis added). Catering By Design and similarly situated taxpayers are not properly subject to the Communications Excise Tax because these taxpayers are billed by their telecommunication service providers on a "postalized" rate, meaning that these taxpayers are only charged based on the elapsed time of each call, *i.e.* the "elapsed transmission time." Numerous federal District and Circuit courts have held that the definition of "toll telephone service" in Section 4252(b)(1) does not apply to permit the I.R.S. to tax phone customers who are charged on a postalized rate. Accordingly, Catering By Design and all similarly situated taxpayers that were charged and continue to be charged for their phone services on a postalized rate are entitled to a refund of the amounts improperly and illegally collected by the I.R.S.

Catering By Design and similarly situated taxpayers are entitled to seek refunds in Court because the I.R.S. has already effectively denied this claim for a refund in Notice 2005-79, released on October 20, 2005 and published by the I.R.S. on November 14, 2005. This Notice declares the intention of the I.R.S. to not abide by the rulings of the federal District and Circuit courts holding that the Communications Excise Tax does not apply to postalized arrangements, and to unilaterally suspend the administrative process by which the Communications Excise Tax refund claims are filed with the I.R.S. The effect of this policy as announced in Notice 2005-79 has been to deprive taxpayers of a meaningful administrative process for refunds. Further, Notice 2005-79 constitutes and is tantamount to an immediate denial of a refund by the I.R.S., and demonstrates the futility of a taxpayer's pursuing conventional administrative procedures that are supposed to be available for seeking a refund. Moreover, even if a refund procedure were available to Catering By Design and other similarly situated taxpayers, the imposition of the tax would still amount to deprivation of property without due process of law because for all but a small number of taxpayers the refund claims are smaller than the cost to file an individual claim for a refund in the manner so required by the I.R.S.

Catering By Design, on Behalf of Itself and all Other Similarly Situated Taxpayers.
EIN: 232658984
Attachment to Schedule 6 of Form 8849
Page 2

Before the filing of this claim, Catering By Design and all similarly situated taxpayers paid the Communications Excise Tax to telecommunication service providers, which were required to collect the Communications Excise Tax from phone customers and remit it to the I.R.S. The amount of total refund due to Catering By Design is impossible to calculate at this time because the I.R.S. continues to levy and collect the tax and, thus, Catering By Design will continue to pay the tax. The aggregate amount of refunds entitled to Class members shall be determined by the District Court in which the above referenced Class Action complaint was filed.

# EXHIBIT 8

04/13/06  THU 15:29 FAX 6104583225    Reginald A. Krasney, Esq    @002

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI   OH   45999-0060

In reply refer to:   2479331864
Mar. 30, 2006    LTR 916C   E1
-    -8421   200512 30 000
06149
BODC: SB

REGINALD A & DEBORAH S KRASNEY
8 HICKORY LN
CHESTER SPRGS  PA  19425-2820089

Taxpayer Identification Number:        -8421
            Kind of Tax:  Excise
     Date Claim(s) Received:  Feb. 13, 2006
      Tax Period(s) Ending:  Dec. 31, 2005

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

The enclosed Attachment to Letter has a complete explanation why the
claim was not considered.

If you have any questions, please call Ms. Casper at
859-669-2758 between the hours of 8:00 AM and
3:00PM EST.  If the number is outside your local calling area,
there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____   Hours_____

04/13/06  THU 15:29 FAX 6104583225    Reginald A. Krasney, Esq    ☑003

2479331864
Mar. 30, 2006    LTR 916C   E1
-8421   200512 30 000
06150

REGINALD A & DEBORAH S KRASNEY
8 HICKORY LN
CHESTER SPRGS   PA  19425-2820089

Thank you for your cooperation.

Sincerely yours,

Mary Jo Williams, Operations Mgr.
Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Attachment to Letter
Your Claim

## ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended | |
|---|---|---|
| Reginald Krasney | | Not specified |

NO CONSIDERATION

*Your claim can not be considered at this time for the following reasons:*

You do not have the authority to file and sign a claim for other taxpayers. A "Power of Attorney and Declaration of Representative" Form 2848 must be submitted for each taxpayer.

Form 2848 must give the power of attorney the authority to sign the claim and the reason for the assignment.

A separate claim must be filed for each individual taxpayer, with each name and tax identification number. Each claim must specify a tax period and amount.

A claim may be submitted for yourself. The claim must specify amounts and tax periods claimed. In order to process your claim you need to provide us with a summary of the total refund requested by quarter (combine the tax for all phones into one amount per quarter). This breakdown is necessary since the interest on the refund is computed on a quarterly basis.

You may file a "Protective Claim" without specific explanation of the basis for the claim or the actual dollar amount claimed. Protective claims are filed to preserve the taxpayer's right to claim a refund when the taxpayer's right to refund is contingent on future events and may not be determinable until after the statute of limitations expires. The claim must identify and describe the contingencies affecting the claim and identify the specific periods for which a refund is sought. See Nucorp, Inc. v. United States, 23 Cl.Ct. (1991)[91-1 USTC Para 50,235] as well as Letter Ruling 199941039 for more information and discussion.

K 03/16/2006

**EXHIBIT 9**

COPY

Form **8849**
(Rev. February 2005)

Department of the Treasury—Internal Revenue Service

**Claim for Refund of Excise Taxes**

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

| N | C | S | | C | O | M | P | A | N | I | E | S | | | | | | | | | |

Employer identification number (EIN)

| 2 | 3 | 2 | 5 | 9 | 0 | 8 | 1 | 7 |

Address (number, street, room or suite no.)

| 5 | 2 | 0 | | L | A | N | C | A | S | T | E | R | | A | V | E | N | U | E | | |

Social security number (SSN)

| | | | | | | | | |

City and state or province. If you have a foreign address, see page 2.

| F | R | A | Z | E | R | | P | E | N | N | S | Y | L | V | A | N | I | A | | | |

ZIP code

| 1 | 9 | 3 | 5 | 5 |

Foreign country, if applicable. Do not abbreviate.

| | | | | | | | | | | | | | | | | | | | | | |

Month claimant's income tax year ends

| 0 | 1 |

Daytime telephone number (optional)

| | | | | | | | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . . . . . . . | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures . . . . . . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . . . . . . . . . | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

*Suzanne Kelly*
*Controller*

Signature and title (if applicable)

Date  4-6-06

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.      Cat. No. 20027J      Form **8849** (Rev. 2-2005)

| Schedule 6 (Form 8849) | | Other Claims | OMB No. 1545-1420 |
|---|---|---|---|
| (Rev. January 2006) Department of the Treasury Internal Revenue Service | | ► Attach to Form 8849. | |

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| NATIONAL CONSTRUCTION SERVICES | 231944729 | $     1,211.98 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ►    04012003         Latest date ►    12102005

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| **1** SEE ATTACHED | $ | | |
| **2** | | | |
| **3** | | | |
| **4** | | | |
| **5** | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## Instructions

### What's New

• Diesel-water fuel emulsion claims are made on Schedule 6. Claims can be made for nontaxable uses of a diesel-water fuel emulsion and for diesel fuel used to produce a diesel-water fuel emulsion. See *Diesel water fuel emulsion* on page 2.

• Claims by the ultimate purchaser for diesel fuel, kerosene, or kerosene for use in aviation used by a state or local government for its exclusive use can be claimed on Schedule 6 if certain conditions are met. See *Claims by State or Local Governments* on page 2.

• If a vehicle on which tax is reported on Form 2290 is sold and subsequently not used during the period, the taxpayer may claim a credit for the tax paid based on the months remaining in the tax period. See *Form 2290* on page 2.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, 5, and 8, including refunds of excise taxes reported on:

• Form 720, Quarterly Federal Excise Tax Return;
• Form 2290, Heavy Highway Vehicle Use Tax Return;
• Form 730, Monthly Tax Return for Wagers; and
• Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 1-2006)

# NCS Companies, Inc. Federal Excise Tax Phone Charges
## 2003 - 2005

| Sprint | | Verizon | | T Mobile | | | |
|---|---|---|---|---|---|---|---|
| Billing Period Ending | Federal Excise Tax Paid | Billing Date | Federal Excise Tax Paid | Billing Date | Federal Excise Tax Paid | | |
| 4/6/2003 | $8.43 | 4/10/2003 | $15.90 | 4/8/2003 | $6.24 | | |
| 5/6/2003 | $8.66 | 5/10/2003 | $18.25 | 5/8/2003 | $3.05 | | |
| 6/6/2003 | $7.73 | 6/10/2003 | $21.51 | 6/7/2003 | $3.05 | | |
| 7/6/2003 | $9.59 | 7/10/2003 | $19.90 | 7/7/2003 | $3.05 | | |
| 8/6/2003 | $9.95 | 8/7/2003 | $5.42 | 8/6/2003 | $3.05 | | |
| 9/6/2003 | $9.02 | 9/10/2003 | $23.66 | 9/10/2003 | $3.05 | | |
| 10/6/2003 | $9.45 | 10/10/2003 | $29.95 | 10/6/2003 | $7.54 | | |
| 11/6/2003 | $10.27 | 11/10/2003 | $43.29 | 11/6/2003 | $12.90 | | |
| 12/6/2003 | $10.22 | 12/10/2003 | $29.45 | 12/11/2003 | $12.57 | Total 2003 | |
| Sprint 2003 | $83.32 | Verizon 2003 | $207.33 | TMobile 2003 | $54.50 | $345.15 | |
| | | | | | | | |
| 1/6/2004 | $7.04 | 1/10/2004 | $42.59 | 1/6/2004 | $3.13 | | |
| 2/6/2004 | $9.10 | 2/10/2004 | $37.33 | 2/6/2004 | $4.50 | | |
| 3/6/2004 | $9.35 | 3/10/2004 | $36.32 | 3/7/2004 | $3.25 | | |
| 4/6/2004 | $8.60 | 4/10/2004 | $40.05 | 4/7/2004 | $2.24 | | |
| 5/6/2004 | $9.06 | 5/10/2004 | $31.43 | 5/12/2004 | $1.94 | | |
| 6/6/2004 | $7.64 | 6/10/2004 | $24.50 | 6/11/2004 | $2.03 | | |
| 7/6/2004 | $8.17 | 7/10/2004 | $25.26 | 7/10/2004 | $1.97 | | |
| 8/6/2004 | $8.61 | 8/10/2004 | $32.95 | 8/10/2004 | $2.00 | | |
| 9/6/2004 | $6.61 | 9/10/2004 | $31.65 | 9/10/2004 | $1.94 | | |
| 10/6/2004 | $9.59 | 10/10/2004 | $30.01 | 10/10/2004 | $0.70 | | |
| 11/6/2004 | $5.06 | 11/10/2004 | $28.25 | 11/9/2004 | $0.67 | | |
| 12/6/2004 | $5.28 | 12/10/2004 | $29.74 | 12/9/2004 | $0.67 | Total 2004 | |
| Sprint 2004 | $94.11 | Verizon 2004 | $390.08 | TMobile 2004 | $25.04 | $509.23 | |
| | | | | | | | |
| | | 1/10/2005 | $37.90 | 1/10/2005 | $0.67 | | |
| | | 2/10/2005 | $23.38 | 2/10/2005 | $0.67 | | |
| | | 3/10/2005 | $23.70 | 3/9/2005 | $0.67 | | |
| | | 4/10/2005 | $23.50 | 4/9/2005 | $0.67 | | |
| | | 5/10/2005 | $31.00 | 5/9/2005 | $0.71 | | |
| | | 6/10/2005 | $34.04 | 6/9/2005 | $0.67 | | |
| | | 7/10/2005 | $29.64 | 7/9/2005 | $0.71 | | |
| | | 8/10/2005 | $31.11 | 8/9/2005 | $0.67 | | |
| | | 9/10/2005 | $28.86 | 9/11/2005 | $0.67 | | |
| | | 10/1/2005 | $27.99 | 10/9/2005 | $0.71 | | |
| | | 11/10/2005 | $24.37 | 11/9/2005 | $0.71 | | |
| | | 12/10/2005 | $33.56 | 12/9/2005 | $1.02 | Total 2005 | |
| | | Verizon 2005 | $349.05 | TMobile 2005 | $8.55 | $357.60 | |
| | | | | | | | |
| Total Sprint 2003- 2005 | $177.43 | Total Verizon 2003-2005 | $946.46 | Total TMobile 2003-2005 | $88.09 | Grand Total: $1,211.98 | |

# EXHIBIT 10

05/16/2006 10:36 FAX 16106478540          NCS                                    ☑002

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0060

In reply refer to:  2479418758
May  08, 2006   LTR 916C  E1
23-2590817    200306 03 000
                                06746
BODC: SB

___  ___
___  NCS COMPANIES INC
___  520 LANCASTER AVE
     FRAZER  PA  19355-1842994

___  ___

          Taxpayer Identification Number:  23-2590817
                         Kind of Tax:  Excise
                   Amount of Claim(s):  $    1,211.98

               Date Claim(s) Received:  Apr. 10, 2006
                 Tax Period(s) Ending:  June 30, 2003

     Dear Taxpayer:

     We are unable to process your claim for the tax period(s) shown above.

     Please see attached letter.

     If you have any questions, please call Mr. Sproul at
     859-669-2374 between the hours of 8:00 a.m. and
     6:00 p.m. ET.  If the number is outside your local calling area,
     there will be a long-distance charge to you.

     If you prefer, you may write to us at the address shown at the top
     of the first page of this letter.

     Whenever you write, please include this letter and, in the spaces
     below, give us your telephone number with the hours we can reach you.
     Keep a copy of this letter for your records.

     Telephone Number (    )_____  Hours_____

```
                                              ⋮  2479418758
                              May  08, 2006    LTR 916C  E1
                              23-2590817    200306 03 000
                                                       06747
```

NCS COMPANIES INC
520 LANCASTER AVE
FRAZER  PA  19355-1842994

Thank you for your cooperation.

                              Sincerely yours,

                              Mary Jo Williams, Operations Mgr.
                              Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Form 8849
Schedule 6
Your Claim

## ATTACHMENT TO LETTER

| NAME: | Year Period(s) Ended: |
|---|---|
| **NCS Companies** | **From: 04/01/2003 to 12/31/2005** |

NO CONSIDERATION

We cannot allow your claim as filed at this time for the following reasons:

1. We have reviewed your claim and need more detail as to how your organization qualifies for this exemption. Please explain in detail as to how your organization qualifies for this exemption. Provide specific IRS Code sections, revenue rulings, and/or court cases.

2. Please provide evidence of this claim. Evidence included should show the amounts and dates the tax was paid to the telephone company.

3. In order to process your claim for refund of communication taxes, you need to provide us with a summary of the total refund requested by quarter). This breakdown is necessary since the interest on the refund is computed on a quarterly basis Quarters submitted must be complete quarters and must be calendar quarters (3/31, 6/30, 9/30, and 12/31)

*When responding to this letter please submit a complete copy of this claim with your response.*

05/16/2006 10:37 FAX 16106478540          NCS                        ☑ 005

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

Name of claimant

| N | C | S | | C | O | M | P | A | N | I | E | S | | | | | | | | |

Employer Identification number (EIN)

| 2 | 3 | 2 | 5 | 9 | 0 | 8 | 1 | 7 |

Address (number, street, room or suite no.)

| 5 | 2 | 0 | | L | A | N | C | A | S | T | E | R | | A | V | E | N | U | E |

Social security number (SSN)

City and state or province. If you have a foreign address, see page 2.

| F | R | A | Z | E | R | | P | E | N | N | S | Y | L | V | A | N | I | A |

ZIP code

| 1 | 9 | 3 | 5 | 5 |

Month claimant's income tax year ends

| 0 | 1 |

Foreign country, if applicable. Do not abbreviate.

Daytime telephone number (optional)

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| Schedule 1 | Nontaxable Use of Fuels | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors | ☐ |
| Schedule 3 | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| Schedule 5 | Section 4081(e) Claims | ☐ |
| Schedule 6 | Other Claims | ☑ |

INTERNAL REVENUE SERVICE
RECEIVED
APR 10 2006
BATCHING UNIT
COVINGTON, KY

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

_Suzanne Kelly_

Signature and title (if applicable)   Controller            Date  4-6-06

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.        Cat. No. 20027J        Form **8849** (Rev. 2-2005)

NO. 138
ACCEPTED
No Consideration
APR 21 2006
By CLASSIFICATION
S.C. 17

INTERNAL REVENUE SERVICE
RECEIVED
APR 18 2005
EXCISE UNIT 36 #13
CINCINNATI SERVICE

05/16/2006 10:37 FAX 16106478540          NCS                                    ☑006

**Schedule 6**
**(Form 8849)**
(Rev. January 2006)
Department of the Treasury
Internal Revenue Service

# Other Claims
▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-5) |
|---|---|---|
| NATIONAL CONSTRUCTION SERVICES | 231944729 | $  1,211.98 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ ___04012003___     Latest date ▶ ___12102005___

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  SEE ATTACHED | $ | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## Instructions

### What's New

• Diesel-water fuel emulsion claims are made on Schedule 6. Claims can be made for nontaxable uses of a diesel-water fuel emulsion and for diesel fuel used to produce a diesel-water fuel emulsion. See *Diesel water fuel emulsion* on page 2.

• Claims by the ultimate purchaser for diesel fuel, kerosene, or kerosene for use in aviation used by a state or local government for its exclusive use can be claimed on Schedule 6 if certain conditions are met. See *Claims by State or Local Governments* on page 2.

• If a vehicle on which tax is reported on Form 2290 is sold and subsequently not used during the period, the taxpayer may claim a credit for the tax paid based on the months remaining in the tax period. See *Form 2290* on page 2.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, 5, and 8, including refunds of excise taxes reported on:

• Form 720, Quarterly Federal Excise Tax Return;
• Form 2290, Heavy Highway Vehicle Use Tax Return;
• Form 730, Monthly Tax Return for Wagers; and
• Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.      Cat. No. 27454M      Schedule 6 (Form 8849) (Rev. 1-2006)

05/16/2006 10:38 FAX 16106478540          NCS                                    ☑007

# NCS Companies, Inc. Federal Excise Tax Phone Charges
## 2003 - 2005

### Sprint

| Billing Period Ending | Federal Excise Tax Paid |
|---|---|
| 4/6/2003 | $8.43 |
| 5/6/2003 | $8.66 |
| 6/6/2003 | $7.73 |
| 7/6/2003 | $9.59 |
| 8/6/2003 | $9.95 |
| 9/6/2003 | $9.02 |
| 10/6/2003 | $9.45 |
| 11/6/2003 | $10.27 |
| 12/6/2003 | $10.22 |
| Sprint 2003 | $83.32 |
| | |
| 1/6/2004 | $7.04 |
| 2/6/2004 | $9.10 |
| 3/6/2004 | $9.35 |
| 4/6/2004 | $8.60 |
| 5/6/2004 | $9.06 |
| 6/6/2004 | $7.64 |
| 7/6/2004 | $8.17 |
| 8/6/2004 | $8.61 |
| 9/6/2004 | $6.61 |
| 10/6/2004 | $9.59 |
| 11/6/2004 | $5.06 |
| 12/6/2004 | $5.28 |
| Sprint 2004 | $94.11 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Sprint 2003- 2005 | $177.43 |

### Verizon

| Billing Date | Federal Excise Tax Paid |
|---|---|
| 4/10/2003 | $15.90 |
| 5/10/2003 | $18.25 |
| 6/10/2003 | $21.51 |
| 7/10/2003 | $19.90 |
| 8/7/2003 | $5.42 |
| 9/10/2003 | $23.66 |
| 10/10/2003 | $29.95 |
| 11/10/2003 | $43.29 |
| 12/10/2003 | $29.45 |
| Verizon 2003 | $207.33 |
| | |
| 1/10/2004 | $42.59 |
| 2/10/2004 | $37.33 |
| 3/10/2004 | $36.32 |
| 4/10/2004 | $40.05 |
| 5/10/2004 | $31.43 |
| 6/10/2004 | $24.50 |
| 7/10/2004 | $25.26 |
| 8/10/2004 | $32.95 |
| 9/10/2004 | $31.65 |
| 10/10/2004 | $30.01 |
| 11/10/2004 | $28.25 |
| 12/10/2004 | $29.74 |
| Verizon 2004 | $390.08 |
| | |
| 1/10/2005 | $37.90 |
| 2/10/2005 | $23.38 |
| 3/10/2005 | $23.70 |
| 4/10/2005 | $23.50 |
| 5/10/2005 | $31.00 |
| 6/10/2005 | $34.04 |
| 7/10/2005 | $29.64 |
| 8/10/2005 | $31.11 |
| 9/10/2005 | $28.86 |
| 10/1/2005 | $27.99 |
| 11/10/2005 | $24.37 |
| 12/10/2005 | $33.56 |
| Verizon 2005 | $349.05 |
| Total Verizon 2003-2005 | $946.46 |

### T Mobile

| Billing Date | Federal Excise Tax Paid | | |
|---|---|---|---|
| 4/8/2003 | $6.24 | | |
| 5/8/2003 | $3.05 | | |
| 6/7/2003 | $3.05 | | |
| 7/7/2003 | $3.05 | | |
| 8/6/2003 | $3.05 | | |
| 9/10/2003 | $3.05 | | |
| 10/6/2003 | $7.54 | | |
| 11/6/2003 | $12.90 | | |
| 12/11/2003 | $12.57 | Total 2003 | |
| TMobile 2003 | $54.50 | $345.15 | |
| | | | |
| 1/6/2004 | $3.13 | | |
| 2/6/2004 | $4.50 | | |
| 3/7/2004 | $3.25 | | |
| 4/7/2004 | $2.24 | | |
| 5/12/2004 | $1.94 | | |
| 6/11/2004 | $2.03 | | |
| 7/10/2004 | $1.97 | | |
| 8/10/2004 | $2.00 | | |
| 9/10/2004 | $1.94 | | |
| 10/10/2004 | $0.70 | | |
| 11/9/2004 | $0.67 | | |
| 12/9/2004 | $0.67 | Total 2004 | |
| TMobile 2004 | $25.04 | $509.23 | |
| | | | |
| 1/10/2005 | $0.67 | | |
| 2/10/2005 | $0.67 | | |
| 3/9/2005 | $0.67 | | |
| 4/9/2005 | $0.67 | | |
| 5/9/2005 | $0.71 | | |
| 6/9/2005 | $0.67 | | |
| 7/9/2005 | $0.71 | | |
| 8/9/2005 | $0.67 | | |
| 9/11/2005 | $0.67 | | |
| 10/9/2005 | $0.71 | | |
| 11/9/2005 | $0.71 | | |
| 12/9/2005 | $1.02 | Total 2005 | |
| TMobile 2005 | $8.55 | $357.60 | |
| Total TMobile 2003-2005 | $88.09 | Grand Total: $1,211.98 | |