**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VIRGINIA SLOAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:06-cv-00483 RMU |
| | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing MEMORANDUM IN OPPOSITION

TO SECOND MOTION FOR A PRELIMINARY INJUNCTION was caused to be served

upon the plaintiffs on the 20th day of July, 2006, by depositing a copy thereof in the

United States mail, postage prepaid, addressed as follows:

> Jonathan W. Cuneo
> Charles J. LaDuca
> William H. Anderson
> Cuneo, Gilbert & LaDuca, LLP
> 507 C Street NE
> Washington, DC 20002
>
> Robert J. Cynkar
> Egan, Fitzpatrick, Malsch & Cynkar, PLLC
> 8300 Boone Boulevard, Suite 340
> Vienna, VA 22182
>
> Professor Charles Tiefer
> University of Baltimore
> 3904 Woodbine Street
> Chevy Chase, MD 20815

1822859.1

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block & Boothby, LLC
2001 L Street NW, Suite 900
Washington, DC 20036

Nicholas E. Chimicles
Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

R. Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Stephen A. Madva
Clifford Scott Meyer
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Christopher Weld, Jr.
Kevin T. Peters
Todd & Weld, LLP
28 State Street
Boston, MA 02110

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Andrew N. Friedman
Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

1822859.1

David L. Wales
Mark C. Rifkin
Martin Restituyo
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

    __/s/ Ivan C. Dale_____
    IVAN C. DALE

1822859.1