IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**<u>UNITED STATES' MOTION TO DISMISS SECOND AMENDED COMPLAINT</u>**

DEFENDANT, the United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6), moves to dismiss the second amended complaint in this action.

As grounds for this motion, the United States submits that the Court lacks subject-matter jurisdiction.  In particular, the complaint, as amended, is one against the sovereign, yet it does not identify any genuine cause of action which complies with the terms and conditions of any waiver of the United States' sovereign immunity.

Moreover, the second amended complaint fails to state a claim upon which relief may be granted, either under the Constitution or any federal statute.

Finally, the relief sought by plaintiffs, i.e., a declaratory judgment, a writ of mandamus compelling the government to take certain administrative actions with regard to a federal tax, and an injunction preventing the government from implementing a procedure to refund communications excise tax overpayments to

1822378.1

millions of taxpayers, is specifically barred by the Anti-Injunction Act, 26 U.S.C. § 7421(a), and the Declaratory Judgment Act, 28 U.S.C. § 2201.

These grounds are set forth and discussed in a memorandum in support of this motion, which is served and filed herewith.

The specific relief sought by this motion is an order dismissing the second amended complaint, with prejudice.   A proposed form of order is submitted herewith.

Dated:       July 20, 2006

>Respectfully submitted,
>
>  /s/ Ivan C. Dale
> IVAN C. DALE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, DC 20044
> Telephone: (202) 307-6615

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney