IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00483 RMU |
| ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Having considered the United States' motion to dismiss the second amended complaint, together with the memorandum of points and authorities in support, and having further considered plaintiffs' opposition thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this ____ day of _____, 200__, at Washington, D.C.,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that to all parties this civil action be and is DISMISSED without prejudice to the right of plaintiffs to bring a civil action for refund of federal taxes at the appropriate time pursuant to 26 U.S.C. §§ 6532 and 7422;

ORDERED that the Clerk of Court shall ENTER JUDGMENT in the civil docket for above-captioned case, for the United States and against plaintiffs, in accordance with the foregoing; and it is further

1822378.1

ORDERED that the Clerk shall DISTRIBUTE conformed copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Ivan C. Dale
United States Department of Justice
Post Office Box 227
Washington, D.C. 20044

Jonathan W. Cuneo
Charles J. LaDuca
William H. Anderson
Cuneo, Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002

Robert J. Cynkar
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block & Boothby, LLC
2001 L Street NW, Suite 900
Washington, DC 20036

Nicholas E. Chimicles

Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

R. Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Stephen A. Madva
Clifford Scott Meyer
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Christopher Weld, Jr.
Kevin T. Peters
Todd & Weld, LLP
28 State Street
Boston, MA 02110

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Andrew N. Friedman
Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

David L. Wales
Mark C. Rifkin
Martin Restituyo
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016