IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE
SET FORTH IN THE COURT'S JULY 6, 2006 MINUTE ORDER**

Plaintiffs, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and LCvR 7(b), respectfully move this Court for an Order clarifying and extending the briefing schedule set forth in the Court's July 6, 2006 Minute Order. In particular, Plaintiffs request that the Court modify the existing briefing schedule in the following respects:

1. Extend the deadline for filing and serving the opposition to Defendants' motion to dismiss until August 3, 2006.

2. Extend the deadlines for filing and serving Plaintiffs' replies to Defendants' memoranda in opposition to Plaintiffs' motions for class certification and preliminary injunction until August 3, 2006.

3. Extend the deadline for filing and serving Defendants' reply to Plaintiffs' memorandum in opposition to Defendants' motion to dismiss until August 14, 2006.

Pursuant to Local Rule of Civil Procedure 7(m), Plaintiffs' counsel conferred with

1

counsel for the Government in a good faith effort to determine whether there is any opposition to the relief requested herein. Specifically, on July 27, 2006, Plaintiffs' counsel conferred with counsel for the Government, Ivan Dale, esq., via telephone. Mr. Dale represented that the Government does not oppose the relief requested in this motion.

Accordingly, Plaintiffs, through undersigned counsel, respectfully request that the Court grant this unopposed Motion and extend the briefing schedule adopted by the Court's July 6, 2006 Minute Order in the manner requested by the parties.

Respectfully submitted,

Dated: July 28, 2006

By: /s/ Jonathan W. Cuneo
Jonathan W. Cuneo, Esquire (DC Bar# 939389)
Charles J. LaDuca, Esquire (DC Bar# 476134)
Steven N. Berk, Esquire (DC Bar# 432870)
William H. Anderson, Esquire
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960

Nicholas E. Chimicles, Esquire
Pro Hac Vice
Benjamin F. Johns, Esquire
Pro Hac Vice
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

Christopher Weld, Jr., Esquire
Pro Hac Vice
Kevin Peters, Esquire
Pro Hac Vice
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Robert J. Cynkar, Esquire (DC Bar# 957845)
EGAN, FITZPATRICK, MALSCH &
CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182
(703) 891-4050

Professor Charles Tiefer (DC Bar# 330910)
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815
(301) 951-4239

Henry D. Levine, Esquire (DC Bar # 952770)
Stephen J. Rosen, Esquire (DC Bar # 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, D.C. 20036

Nicholas E. Chimicles, Esquire
Pro Hac Vice
Benjamin F. Johns, Esquire
Pro Hac Vice
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

R. Montgomery Donaldson, Esquire
Stephen A. Madva, Esquire
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7800