IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

IT IS HERBY ORDERED this ____ day of _____, 2006 that the Plaintiffs' Unopposed Motion to Extend the Briefing Schedule Set Forth in the Court's July 6, 2006 Minute Order is hereby GRANTED.

It is further ORDERED that:

1. Plaintiffs shall file and serve their opposition to Defendants' motion to dismiss on or before August 3, 2006;

2. Plaintiffs shall file and serve their replies to Defendants' memoranda in opposition to Plaintiffs' motions for class certification and preliminary injunction on or before August 3, 2006; and

3. Defendants shall file and serve their reply to Plaintiffs' memorandum in opposition to Defendants' motion to dismiss on or before August 14, 2006.

_____
UNITED STATES DISTRICT JUDGE
HON. RICARDO M. URBINA