# EXHIBIT E

| Form **8849** (Rev. February 2005) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

Name of claimant

Employer identification number (EIN)

Address (number, street, room or suite no.)

Social security number (SSN)

City and state or province. If you have a foreign address, see page 2.

ZIP code

Month claimant's income tax year ends

Foreign country, if applicable. Do not abbreviate.

Daytime telephone number (optional)

**Caution:** *Do not* use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on **Schedule C (Form 720),** Claims, **Form 4136,** Credit for Federal Tax Paid on Fuels, **Form 2290,** Heavy Highway Vehicle Use Tax Return, or **Form 730,** Monthly Tax Return for Wagers.

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☐ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable)            Date

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.          Cat. No. 20027J          Form **8849** (Rev. 2-2005)

Form 8849 (Rev. 2-2005) Page 2

# General Instructions

*Section references are to the Internal Revenue Code.*

## What's New

- Schedules 1 and 3 have been revised to reflect that the reduced rate of excise tax for most alcohol-blended fuels has been eliminated.
- Schedule 3 is re-titled Alcohol Fuel Mixtures and Biodiesel Mixtures to reflect the new claims for refund related to alcohol fuel mixtures and biodiesel mixtures. However, special rules apply. See the *Caution* at the top of Schedule 3.
- Schedule 2 is re-titled Sales by Registered Ultimate Vendors to accommodate new claims for refund by registered ultimate vendors of aviation-grade kerosene and registered ultimate vendors of gasoline and aviation gasoline sold to states and local governments and nonprofit educational organizations.
- Schedule 2 reflects that registered ultimate vendors of undyed diesel fuel and undyed kerosene sold for use by intercity and local buses may make a claim for refund if the ultimate purchaser waives its right to the claim.
- Schedule 4, Gasoline Wholesale Distributors, has been eliminated.
- Fuels used in mobile machinery in an off-highway business use is limited to an annual claim for taxable years beginning after October 22, 2004. See *Annual Claims* on page 3.

## Additional Information

You may find the following publications helpful when preparing Form 8849. The publications have definitions of terms used in the instructions.
- **Pub. 510**, Excise Taxes for 2005, has more information on excise taxes.
- **Pub. 378**, Fuel Tax Credits and Refunds, has more information on nontaxable uses.

You may also call the business and specialty tax line at 1-800-829-4933 with your excise tax questions.

## Purpose of Form

Use Schedules 1, 2, 3, and 5 to claim certain fuel related refunds such as nontaxable uses (or sales) of fuels. Form 8849 lists the schedules by number and title.

Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, and 5, including refunds of excise taxes reported on:
- **Form 720**, Quarterly Federal Excise Tax Return;
- **Form 730**, Monthly Tax Return for Wagers;
- **Form 11-C**, Occupational Tax and Registration Return for Wagering; or
- **Form 2290**, Heavy Highway Vehicle Use Tax Return.

Filers only need to complete and attach to Form 8849 the applicable schedules.

**Do not** use Form 8849:
- To make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X.
- To claim amounts that you took or will take as a credit on Schedule C (Form 720), Form 4136, Form 2290, or Form 730.

## How To Fill In Form 8849

### Name and Address

Print the information in the spaces provided. Begin printing in the first box on the left. Leave a blank box between each name and word. If there are not enough boxes, print as many letters as there are boxes. Use hyphens for compound names; use one box for each hyphen.

**P.O. box.** If your post office does not deliver mail to your street address and you have a P.O. box, show your box number instead of your street address.

**Foreign address.** Enter the information in the following order: city, state or province, and the name of the country. Follow the country's practice for entering the postal code. Do not abbreviate the country's name.

### Taxpayer Identification Number (TIN)

Enter your employer identification number (EIN) in the boxes provided. If you are not required to have an EIN, enter your social security number (SSN). An incorrect or missing number will delay processing your claim.

### Month Income Tax Year Ends

Enter the month your income tax year ends. For example, if your income tax year ends in December, enter "12" in the boxes. If your year ends in March, enter "03".

### Signature

Form 8849 must be signed by a person with authority to sign this form for the claimant.

## Where To File

- For Schedules 1 and 6, mail Form 8849 to:
  Internal Revenue Service
  Cincinnati, OH 45999-0002
- For Schedules 2, 3, and 5, mail Form 8849 to:
  Internal Revenue Service
  P.O. Box 312
  Covington, KY 41012-0312

**Caution:** *Private delivery services designated by the IRS cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address. For details on designated private delivery services, see **Pub. 509**, Tax Calendars for 2005.*

## Including the Refund in Income

Include any refund of excise taxes in your gross income if you claimed the amount of the tax as an expense deduction that reduced your income tax liability. See Pub. 378 for more information.

## Information for Completing Schedules 1, 2, 3, and 5

**Note:** *Your refund will be delayed or Form 8849 will be returned to you if you do not follow the required procedures or do not provide all the required information. See the instructions for each schedule.*

Complete each schedule and attach all information requested for each claim you make. Be sure to enter your name and TIN on each schedule you attach. Generally, for each claim, you must enter the:
- Period of the claim.
- Item number (when requested) from the **Type of Use Table** on page 3.
- Rate (as needed). See the separate schedule instructions.
- Number of gallons.
- Amount of refund.

If you need more space for any line on a schedule (for example, you have more than one type of use) prepare a separate sheet with the same information. Include your name and TIN.

Form 8849 (Rev. 2-2005) Page **3**

## Period of Claim

Enter the period of the claim for each type of claim using the MMDDYYYY format. For example, the first quarter of 2005 for a calendar-year taxpayer would be 01012005 to 03312005.

## Type of Use Table

The following table lists the nontaxable uses of fuels. You must enter the number from the table in the **Type of Use** column as required on Schedules 1 and 2.

| No. | Type of Use |
|---|---|
| 1 | On a farm for farming purposes |
| 2 | Off-highway business use (for business use other than in a highway vehicle registered or required to be registered for highway use) (other than use in mobile machinery) |
| 3 | Export |
| 4 | In a boat engaged in commercial fishing |
| 5 | In certain intercity and local buses |
| 6 | For diesel fuel or kerosene in a qualified local bus |
| 7 | In a bus transporting students and employees of schools (school buses) |
| 8 | For diesel fuel and kerosene (other than aviation-grade kerosene) used other than as a fuel in the propulsion engine of a train or diesel-powered highway vehicle (but not off-highway business use) |
| 9 | In foreign trade |
| 10 | Certain helicopter and fixed-wing air ambulance uses |
| 11 | For aviation-grade kerosene used other than as a fuel in the propulsion engine of an aircraft |
| 12 | In a highway vehicle owned by the United States that is not used on a highway |
| 13 | Exclusive use by a nonprofit educational organization |
| 14 | Exclusive use by a state, political subdivision of a state, or the District of Columbia |
| 15 | In an aircraft or vehicle owned by an aircraft museum |
| 16 | In military aircraft |
| 17 | For use in the production of special fuels |

## Additional Information for Schedules 1, 2, and 3

### Annual Claims

An annual claim must be made on **Form 4136**, Credit for Federal Tax Paid on Fuels, for the income tax year during which the fuel was:
- Used by the ultimate purchaser.
- Sold by the registered ultimate vendor.
- Used to produce alcohol fuel mixtures and biodiesel mixtures.
- Used in mobile machinery for taxable years beginning after October 22, 2004.

The following claimants must use Form 8849 (Schedule 1) for annual claims:

1. The United States,
2. A state, political subdivision of a state, or the District of Columbia, and
3. Organizations exempt from income tax under section 501(a) (provided that the organization is not required to file **Form 990-T,** Exempt Organization Business Income Tax Return, for that taxable year).

For claimants included in 1–3 above, the annual Form 8849 for fuel used during the taxable year must be filed within the 3 years following the close of the taxable year. For these claimants, the taxable year is based on the calendar year or fiscal year it regularly uses to keep its books.

**Note:** *Gasoline used by the above claimants on a farm for farming purposes (type of use 1) is an allowable use on Line 1 of Schedule 1.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on the form and schedules to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle F, Procedure and Administration, of the Internal Revenue Code allows refunds of taxes imposed under Subtitle D, Miscellaneous Excise Taxes. The form and schedules are used to determine the amount of the refund that is due to you. Section 6109 requires you to provide your taxpayer identification number (SSN or EIN). Routine uses of tax information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file the form and schedules will vary depending on individual circumstances. The estimated average times are:

|  | Recordkeeping | Learning about the law or the form | Preparing, copying, assembling, and sending the form to the IRS |
|---|---|---|---|
| Form 8849 | 3 hr., 21 min. | 28 min. | 24 min. |
| Schedule 1 | 12 hr., 54 min. |  | 12 min. |
| Schedule 2 | 13 hr., 23 min. | 6 min. | 19 min. |
| Schedule 3 | 3 hr., 6 min. | 6 min. | 9 min. |
| Schedule 5 | 4 hr., 18 min. | 6 min. | 10 min. |
| Schedule 6 | 2 hr., 9 min. | 12 min. | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making the form and schedules simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send Form 8849 to this address. Instead, see *Where To File* on page 2.

| Schedule 6 (Form 8849) | Other Claims | OMB No. 1545-1420 |
|---|---|---|
| (Rev. January 2006) Department of the Treasury Internal Revenue Service | ▶ Attach to Form 8849. | |

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) $ |
|---|---|---|

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ _____    Latest date ▶ _____

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | | $ | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## Instructions

### What's New

- Diesel-water fuel emulsion claims are made on Schedule 6. Claims can be made for nontaxable uses of a diesel-water fuel emulsion and for diesel fuel used to produce a diesel-water fuel emulsion. See *Diesel water fuel emulsion* on page 2.
- Claims by the ultimate purchaser for diesel fuel, kerosene, or kerosene for use in aviation used by a state or local government for its exclusive use can be claimed on Schedule 6 if certain conditions are met. See *Claims by State or Local Governments* on page 2.
- If a vehicle on which tax is reported on Form 2290 is sold and subsequently not used during the period, the taxpayer may claim a credit for the tax paid based on the months remaining in the tax period. See *Form 2290* on page 2.

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1, 2, 3, 5, and 8, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

**For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.**     Cat. No. 27454M     Schedule 6 (Form 8849) (Rev. 1-2006)

Schedule 6 (Form 8849) (Rev. 1-2006) Page **2**

## Form 720

A claim relating to the taxes listed below may be made. See Pub. 510, Excise Taxes for 2006, for information on allowable claims relating to these taxes. The following information must be attached to the claim.
1. A detailed description of the claim.
2. Any additional information required by the regulations.
3. The amount of the claim. If the claim is for more than one quarter, list the claim amounts by quarter.
4. How you figured the claim amount.
5. Any other information you believe will support the claim.

| Tax | CRN |
|---|---|
| Ozone-depleting chemicals | 398 |
| Truck, trailer, and semitrailer chassis and bodies, and tractors | 383 |
| Passenger vehicles (luxury tax) | 392 |
| Taxable tires, expires after December 31, 2005 | 366 |
| Taxable tires other than biasply or super single tires | 396 |
| Taxable tires, biasply or super single tires | 304 |
| Taxable tires, super single tires designed for steering | 305 |
| Gas guzzler automobiles | 340 |
| Vaccines | 397 |
| Sport fishing equipment | 341 |
| Fishing rods and fishing poles | 308 |
| Fishing tackle boxes | 387 |
| Electric outboard motors | 342 |
| Bows, quivers, broadheads, and points | 344 |
| Arrow components, expires after March 31, 2005 | 370 |
| Arrow shafts | 389 |

**Diesel-water fuel emulsion (CRNs 309 and 310).** The claim rate for nontaxable use of a diesel-water fuel emulsion taxed at $.198 (CRN 309) is $.197. The fuel must have been used during the period of claim for type of use 2, 3, 6, 7, 8, 12, 13, or 15. For type of use 3 (exported), the claim rate is $.198.

The claim rate for undyed diesel fuel taxed at $.244 (CRN 310) and used to produce a diesel-water fuel emulsion is $.046 per gallon of diesel fuel (blender claims). The blender claimant must be registered by the IRS and must enter their registration number on the statement described below.

**Claim requirements.** The amount claimed must be at least $750. This amount may be met by making a claim during any quarter of a claimant's income tax year or aggregating amounts from any quarters of the claimant's income tax year for which no other claim has been made. The amount claimed for a diesel-water fuel emulsion may be combined with any amounts claimed on Schedule 1 to meet the $750 minimum. The claim must be filed during the first quarter following the last quarter included in the claim. Only one claim may be filed per quarter. Enter the earliest and latest date of the claim on page 1. If the above requirements are not met, see Annual Claims in the Form 8849 instructions.

For blender claims under section 6427(m), in addition to items 1-5 above, claimant must attach a statement certifying that: (a) the claimant produced a diesel-water fuel emulsion containing at least 14% water, (b) the emulsion additive is registered by a United States manufacturer under section 211 of the Clean Air Act with the EPA, (c) the claimant used undyed diesel fuel taxed at $.244 to produce the diesel-water fuel emulsion and (d) the claimant sold or used the diesel-water fuel emulsion in its trade or business.

Claimant must be registered by the IRS and must enter their registration number on the statement.

## Form 2290, CRN 365

A claim for refund may be made for the following:
- An overpayment of tax due to a mistake in tax liability previously reported on Form 2290.

**Claimant.** The claim is made by the person that paid the tax to the government.

- A pro rata refund of the tax paid on Form 2290 for a vehicle that was sold, destroyed, or stolen before June 1 of any period (July 1–June 30) and subsequently not used during the period. To make a claim for a vehicle that was sold, destroyed, or stolen, the following information must be attached to Schedule 6:
    1. The vehicle identification number (VIN).
    2. Whether the vehicle was sold, destroyed, or stolen.
    3. Date of the sale, accident, or theft.
    4. Computation of the refund amount. See the line 5 instructions for Form 2290.

**Claimant.** The claim is made by the person in whose name the vehicle is registered at the time it was sold, destroyed, or stolen.

- Any vehicle on which the tax was paid on Form 2290 if the vehicle was used 5,000 miles or less on public highways (7,500 or less for agricultural vehicles) during the period (July 1–June 30). The mileage limitation applies to the total mileage a vehicle is driven during a period regardless of the number of owners of the vehicle. A claim for this mileage refund cannot be filed until after June 30 of the period.

**Claimant.** The claim is made by the person that paid the tax to the government.

## Form 730, CRN 368

A claim for refund may be made for the following:
- An overpayment of tax. The claim is not allowed unless a statement of the facts is attached that includes the following information.
    1. An explanation of the reason for claiming a refund.
    2. The date of payment and the amount of the tax.
    3. Whether any previous claim covering the amount involved, or any part, has been filed.
    4. A statement that you:
       a. Have not collected (whether as a separate charge or otherwise) the amount of the tax from the person that placed the wager on which the tax was imposed, or
       b. Have repaid the amount of the tax to the person that placed the wager, or
       c. Have the written consent of the person that placed the wager to the making of the refund (the consent must be attached to the claim).
    5. If the overpayment relates to a laid-off wager accepted by you, one of the above three statements must be attached for both the person that placed the laid-off wager and the person that placed the original wager.

**Claimant.** The claim is made by the person that paid the tax to the government.

- Credit for wagers laid off by you. If you accept a wager and lay off all or part of the wager with a person who is liable for the tax and have paid the tax, a claim may be allowed for the tax paid on the laid off amount. No claim is allowed unless the following information is attached to Schedule 6:
    1. The certificate described in Regulations section 44.6419-2(d).
    2. A statement that includes: (a) the reason for the refund, (b) the month in which the tax was paid, (c) the date of payment, and (d) whether any previous claim covering the amount involved, or any part, has been filed.

**Claimant.** The claim is made by the person that paid the tax to the government.

## Form 11-C, CRN 367

A claim for refund may be made for overpayment of tax due to a mistake in tax liability previously reported on Form 11-C.

**Claimant.** The claim is made by the person that paid the tax to the government.

## Claims by State or Local Governments (CRNs 360, 346, and 369)

Claims by the ultimate purchaser for diesel fuel, kerosene, or kerosene for use in aviation for the exclusive use of a state or local government can be made on Schedule 6. All of the following are required for the ultimate purchaser to make the claim: (a) the tax must have been collected by the credit card issuer; (b) the diesel fuel, kerosene, or kerosene for use in aviation was purchased with a credit card issued to the state or local government; and (c) the credit card issuer is not allowed to make the claim. If the fuel is purchased by a state or local government without the use of a credit card, only the registered ultimate vendor may make the claim using Schedule 2. If making a claim for diesel fuel, use CRN 360; for kerosene, use CRN 346; for kerosene for use in aviation, use CRN 369.

**Claim requirements.** See Claim requirements under diesel-water fuel emulsion above.