# EXHIBIT F

| Form **720** (Rev. April 2006)<br>Department of the Treasury<br>Internal Revenue Service | **Quarterly Federal Excise Tax Return**<br>▶ See the Instructions for Form 720 | OMB No. 1545-0023 |
|---|---|---|

If you are not using the preaddressed Form 720, enter your name, address, employer identification number, and calendar quarter of return. See the instructions.

Name

Number, street, and room or suite no. (If you have a P.O. box, see the instructions).

City, state, and ZIP code. (If you have a foreign address, see the instructions.)

Quarter ending

Employer identification number

**FOR IRS USE ONLY**

| T | |
|---|---|
| FF | |
| FD | |
| FP | |
| I | |
| T | |

Check applicable boxes:  ☐ Final return   ☐ Address change

### Part I

| IRS No. | Environmental Taxes (attach Form 6627) | | | Tax | IRS No. |
|---|---|---|---|---|---|
| 18 | Domestic petroleum oil spill tax | | | | 18 |
| 21 | Imported petroleum products oil spill tax | | | | 21 |
| 98 | Ozone-depleting chemicals (ODCs) | | | | 98 |
| 19 | ODC tax on imported products | | | | 19 |
| | **Communications and Air Transportation Taxes** | | | Tax | |
| 22 | Local telephone service, toll telephone service, and teletypewriter exchange service | | | | 22 |
| 26 | Transportation of persons by air | | | | 26 |
| 28 | Transportation of property by air | | | | 28 |
| 27 | Use of international air travel facilities | | | | 27 |
| | **Fuel Taxes** | Number of gallons | Rate | Tax | |
| 60 | (a) Diesel fuel, tax on removal at terminal rack | | $.244 | | 60 |
| | (b) Diesel fuel, tax on taxable events other than removal at terminal rack | | .244 | | |
| | (c) Diesel fuel, tax on sale or removal of biodiesel mixture other than removal at terminal rack | | .244 | | |
| 104 | Diesel-water fuel emulsion | | .198 | | 104 |
| 71 | Dyed diesel fuel used in trains | | .024 | | 71 |
| 105 | Dyed diesel fuel, LUST tax | | .001 | | 105 |
| 107 | Dyed kerosene, LUST tax | | .001 | | 107 |
| 119 | LUST tax, other exempt removals (see instructions) | | .001 | | 119 |
| 35 | (a) Kerosene, tax on removal at terminal rack (see instructions) | | .244 | | 35 |
| | (b) Kerosene, tax on taxable events other than removal at terminal rack | | .244 | | |
| 69 | Kerosene for use in aviation (see instructions) | | .219 | | 69 |
| 77 | Kerosene for use in commercial aviation (other than foreign trade) (see instructions) | | .044 | | 77 |
| 111 | Kerosene for use in aviation, LUST tax on nontaxable uses, including foreign trade | | .001 | | 111 |
| 61 | Liquefied petroleum gas (LPG) (such as propane or butane) | | .136 | | 61 |
| 79 | Other fuels (see instructions) | | | | 79 |
| 62 | (a) Gasoline, tax on removal at terminal rack | | .184 | | 62 |
| | (b) Gasoline, tax on taxable events other than removal at terminal rack | | .184 | | |
| | (c) Gasoline, tax on sale or removal of alcohol fuel mixture other than removal at terminal rack | | .184 | | |
| 14 | Aviation gasoline | | .194 | | 14 |
| 101 | Compressed natural gas (taxed at $.4854 per thousand cubic feet) | | | | 101 |
| | **Retail Tax** | | Rate | Tax | |
| 33 | Truck, trailer, and semitrailer chassis and bodies, and tractors | | 12% of sales price | | 33 |

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**   Cat. No. 10175Y   Form **720** (Rev. 4-2006)

Form 720 (Rev. 4-2006) Page **2**

| IRS No. | | Number of persons | Rate | Tax | IRS No. |
|---|---|---|---|---|---|
| | **Ship Passenger Tax** | | | | |
| 29 | Transportation by water | | $3 per person | | 29 |
| | **Other Excise Tax** | Amount of obligations | Rate | Tax | |
| 31 | Obligations not in registered form | | $ .01 | | 31 |
| | **Manufacturers Taxes** | Number of tons | Sales price | Rate | Tax | |
| 36 | Coal—Underground mined | | | $1.10 per ton | | 36 |
| 37 | | | | 4.4% of sales price | | 37 |
| 38 | Coal—Surface mined | | | $ .55 per ton | | 38 |
| 39 | | | | 4.4% of sales price | | 39 |
| 108 | Taxable tires other than biasply or super single tires (see instructions) | | | | | 108 |
| 109 | Taxable biasply or super single tires (other than super single tires designed for steering) (see instructions) | | | | | 109 |
| 113 | Taxable tires, super single tires designed for steering (see instructions) | | | | | 113 |
| 40 | Gas guzzler tax. Attach Form 6197. Check if one-time filing. . . . . . . . . . . . . ☐ | | | | | 40 |
| 97 | Vaccines (see instructions) | | | | | 97 |
| | **Foreign Insurance Taxes** | Premiums paid | Rate | Tax | |
| | Policies issued by foreign insurers (see instructions) | | | | |
| | Casualty insurance and indemnity bonds | | $ .04 | | |
| 30 | Life insurance, sickness and accident policies, and annuity contracts | | .01 | | 30 |
| | Reinsurance | | .01 | | |
| **1** | **Total.** Add all amounts in Part I. Complete Schedule A unless one-time filing. ▶ | | | $ | |

**Part II**

| IRS No. | | Rate | Tax | IRS No. |
|---|---|---|---|---|
| 41 | Sport fishing equipment (other than fishing rods and fishing poles) | 10% of sales price | | 41 |
| 110 | Fishing rods and fishing poles (limits apply, see instructions) | 10% of sales price | | 110 |
| 42 | Electric outboard motors | 3% of sales price | | 42 |
| 114 | Fishing tackle boxes | 3% of sales price | | 114 |
| 44 | Bows, quivers, broadheads, and points | 11% of sales price | | 44 |
| 106 | Arrow shafts | $ .40 per shaft | | 106 |
| | | Number of gallons | Rate | Tax | |
| 64 | Inland waterways fuel use tax | | $ .224 | | 64 |
| 51 | Alcohol sold as but not used as fuel (see instructions) | | | | 51 |
| 117 | Biodiesel sold as but not used as fuel (see instructions) | | | | 117 |
| | **Floor Stocks Tax** | | | Tax | |
| 20 | Ozone-depleting chemicals (floor stocks). Attach Form 6627. | | | | 20 |
| **2** | **Total.** Add all amounts in Part II. ▶ | | | $ | |

**Part III**

3  Total tax. Add line 1, Part I, and line 2, Part II . . . . . . . . . . . . . . . . . .  **3**
4  Claims (see instructions; complete Schedule C) . . . . . . . .  **4**
5  Deposits made for the quarter . . . . ▶  **5**
   ☐ Check here if you used the safe harbor rule to make your deposits.
6  Overpayment from previous quarters . ▶  **6**
7  Enter the amount from Form 720X included on line 6, if any . . . . .  **7**
8  Total of lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶  **8**
9  Add lines 4 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  **9**
10 **Balance Due.** If line 3 is greater than line 9, enter the difference. Pay the full amount with the return. Enclose Form 720-V with your check or money order for full amount payable to the "United States Treasury." Write your EIN, "Form 720," and the quarter on it ▶  **10**
11 **Overpayment.** If line 9 is greater than line 3, enter the difference. Check if you want the overpayment:  ☐ **Applied to your next return, or**  ☐ **Refunded to you.**  **11**

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see the instructions)?    ☐ Yes. Complete the following. ☐ No.

Designee name ▶                Phone no. ▶ (   )                Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ _____ Signature       ▶ _____ Date       ▶ _____ Title

Type or print name below signature.        Telephone number (   )

Form **720** (Rev. 4-2006)

Form 720 (Rev. 4-2006) Page **3**

### Schedule A — Excise Tax Liability (see instructions)

**Note:** *You must complete Schedule A if you have a liability for any tax in Part I of Form 720. Do not complete Schedule A for Part II taxes or for a one-time filing of the gas guzzler tax.*

**1  Regular method taxes**

| (a) Record of Net Tax Liability | Period | | | |
|---|---|---|---|---|
| | 1st–15th day | | 16th–last day | |
| First month | A | | B | |
| Second month | C | | D | |
| Third month | E | | F | |
| Special rule for September* ▶ | | | G | |

**(b)** Net liability for regular method taxes. Add the amounts for each semimonthly period.

**2  Alternative method taxes (IRS Nos. 22, 26, 28, and 27)**

| (a) Record of Taxes Considered as Collected | Period | | | |
|---|---|---|---|---|
| | 1st–15th day | | 16th–last day | |
| First month | M | | N | |
| Second month | O | | P | |
| Third month | Q | | R | |
| Special rule for September* ▶ | | | S | |

**(b)** Alternative method taxes. Add the amounts for each semimonthly period.
*Complete only as instructed. See the instructions.

### Schedule T — Two-Party Exchange Information Reporting (see instructions)

| Fuel | Number of gallons |
|---|---|
| **Diesel fuel,** gallons received in a two-party exchange within a terminal, included on IRS No. 60(a) on Form 720 | |
| **Diesel fuel,** gallons delivered in a two-party exchange within a terminal | |
| **Kerosene,** gallons received in a two-party exchange within a terminal, included on IRS No. 35(a), 69, 77, or 111 on Form 720 | |
| **Kerosene,** gallons delivered in a two-party exchange within a terminal | |
| **Gasoline,** gallons received in a two-party exchange within a terminal, included on IRS No. 62(a) on Form 720 | |
| **Gasoline,** gallons delivered in a two-party exchange within a terminal | |
| **Aviation gasoline,** gallons received in a two-party exchange within a terminal, included on IRS No. 14 on Form 720 | |
| **Aviation gasoline,** gallons delivered in a two-party exchange within a terminal | |

Form **720** (Rev. 4-2006)

Form 720 (Rev. 4-2006) Page **4**

### Schedule C — Claims
Month your income tax year ends ▶

- Complete Schedule C for claims *only* if you are reporting liability in Part I or II of Form 720.
- Attach a statement explaining each claim as required. Include your name and EIN on the statement. See the instructions.

**Caution:** *Claimant has the name and address of the person(s) who sold the fuel to the claimant, the dates of purchase, and if exported, the required proof of export. For claims on lines 1a and 2b (type of use 13 and 14), 3c, 4b, and 5, claimant has not waived the right to make the claim.*

**1  Nontaxable Use of Gasoline**  Period of claim ▶

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Gasoline (see **Caution** above line 1) | | $.183 | | $ | 362 |
| b | Exported | | .184 | | | 411 |

**2  Nontaxable Use of Aviation Gasoline**  Period of claim ▶

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Used in commercial aviation (other than foreign trade) | | $.15 | | $ | 354 |
| b | Other nontaxable use (see **Caution** above line 1) | | .193 | | | 324 |
| c | Exported | | .194 | | | 412 |

**3  Nontaxable Use of Undyed Diesel Fuel**  Period of claim ▶

Claimant certifies that the diesel fuel did not contain visible evidence of dye.
**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here . . ▶ ☐

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Nontaxable use | | $.243 | | $ | 360 |
| b | Use in trains | | .22 | | | 353 |
| c | Use in certain intercity and local buses (see **Caution** above line 1) | | .17 | | | 350 |
| d | Use on a farm for farming purposes | | .243 | | | 360 |
| e | Exported | | .244 | | | 413 |

**4  Nontaxable Use of Undyed Kerosene (Other Than Kerosene Used in Aviation)**  Period of claim ▶

Claimant certifies that the kerosene did not contain visible evidence of dye.
**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here   . ▶ ☐

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| | **Caution:** *Claims cannot be made on line 4 for kerosene sales from a blocked pump.* | | | | | |
| a | Nontaxable use | | $.243 | | $ | 346 |
| b | Use in certain intercity and local buses (see **Caution** above line 1) | | .17 | | | 347 |
| c | Use on a farm for farming purposes | | .243 | | | 346 |
| d | Exported | | .244 | | | 414 |

**5  Kerosene Used in Commercial Aviation (Other Than Foreign Trade)**  Period of claim ▶

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Kerosene taxed at $.244 (see **Caution** above line 1) | $.200 | | $ | 417 |
| b | Kerosene taxed at $.219 (see **Caution** above line 1) | .175 | | | 355 |

**6  Sales by Registered Ultimate Vendors of Undyed Diesel Fuel**  Period of claim ▶ _____
Registration Number ▶ _____

Claimant certifies that it sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here . ▶ ☐

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $.243 | | $ | 360 |
| b | Use in certain intercity and local buses | .17 | | | 350 |

**7  Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**  Period of claim ▶ _____
Registration Number ▶ _____

Claimant certifies that it sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or has obtained the written consent of the buyer to make the claim. Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here. ▶ ☐

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $.243 | | $ | 346 |
| b | Sales from a blocked pump | .243 | | | 346 |
| c | Use in certain intercity and local buses | .17 | | | 347 |

Form **720** (Rev. 4-2006)

Form 720 (Rev. 4-2006) Page **5**

### 8 Sales by Registered Ultimate Vendors of Kerosene For Use in Aviation    Registration Number ▶

Claimant sold the kerosene for use in aviation at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. See the instructions for additional information to be submitted.

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Use in commercial aviation (other than foreign trade) taxed at $.219 | | $.175 | | $ | 355 |
| b | Use in commercial aviation (other than foreign trade) taxed at $.244 | | .200 | | | 417 |
| c | Nonexempt use in noncommercial aviation | | .025 | | | 418 |
| d | Other nontaxable uses taxed at $.244 | | .243 | | | 346 |
| e | Other nontaxable uses taxed at $.219 | | .218 | | | 369 |

### 9 Sales by Registered Ultimate Vendors of Gasoline    Registration Number ▶

Claimant sold the gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to take the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $.183 | | $ | 362 |
| b | Use by a state or local government | .183 | | | |

### 10 Sales by Registered Ultimate Vendors of Aviation Gasoline    Registration Number ▶

Claimant sold the aviation gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to take the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $.193 | | $ | 324 |
| b | Use by a state or local government | .193 | | | |

### 11 Nontaxable Use of Liquefied Petroleum Gas (LPG)

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Use in certain intercity and local buses | | $.062 | | $ | 352 |
| b | Use in qualified local buses and school buses | | .136 | | | 361 |
| c | Other nontaxable use | | .136 | | | 395 |

### 12 Alcohol Fuel Mixture Credit    Period of Claim ▶    Registration Number ▶

Claimant produced an alcohol fuel mixture by mixing taxable fuel with alcohol. The alcohol fuel mixture was sold by the claimant to any person for use as a fuel or was used as a fuel by the claimant. See *Line 12. Alcohol Fuel Mixture Credit* on page 13 of the instructions.

| | | Rate | Gal. of Alcohol | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Alcohol fuel mixtures containing ethanol | $.51 | | $ | 393 |
| b | Alcohol fuel mixtures containing alcohol (other than ethanol) | .60 | | | 394 |

### 13 Biodiesel or Renewable Diesel Mixture Credit
Period of Claim ▶    Registration Number ▶

Claimant produced a mixture by mixing diesel fuel with biodiesel or renewable diesel. The mixture was sold by the claimant to any person for use as fuel or was used as a fuel by the claimant. For biodiesel, claimant has attached the Certificate for Biodiesel and, if applicable, the Statement of Biodiesel Reseller.

| | | Rate | Gal. of Biodiesel or Renewable Diesel | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Biodiesel (other than agri-biodiesel) mixtures | $.50 | | $ | 388 |
| b | Agri-biodiesel mixtures | 1.00 | | | 390 |
| c | Renewable diesel mixtures | 1.00 | | | 307 |

### 14 Other claims. See the instructions.

| | | Amount of claim | CRN |
|---|---|---|---|
| a | Section 4051(d) tire credit (tax on vehicle reported on IRS No. 33) | $ | 366 |
| b | Exported dyed diesel fuel | | 415 |
| c | Exported dyed kerosene | | 416 |
| d | Diesel-water fuel emulsion | | |
| e | Registered credit card issuers | | |
| f | | | |

### 15 Total claims. Add all amounts on lines 1-14. Enter the result here and on page 2, Part III, line 4 of Form 720.    **15**

Form **720** (Rev. 4-2006)

# Form 720 Payment Voucher

## Purpose of Form

Complete Form 720-V if you are making a payment by check or money order with Form 720, Quarterly Federal Excise Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and a payment is required, provide this payment voucher to the return preparer.

Do not file Form 720-V if you are paying the balance due on line 10 of Form 720 using EFTPS.

## Specific Instructions

**Box 1.** If you do not have an EIN, you may apply for one online. Go to the IRS website at www.irs.gov/businesses/small and click on the "Employer ID Numbers (EIN)" link. You may also apply for an EIN by calling 1-800-829-4933, or you can fax or mail Form SS-4, Application for Employer Identification Number, to the IRS. However, if you are making a one-time filing, enter your social security number.

**Box 2.** Enter the amount paid from line 10 of Form 720.

**Box 3.** Darken the capsule identifying the quarter for which the payment is made. Darken only one capsule.

**Box 4.** Enter your name and address as shown on Form 720.

● Enclose your check or money order made payable to the "United States Treasury." Be sure to enter your EIN (SSN for one-time filing), "Form 720," and the tax period on your check or money order. Do not send cash. Do not staple this voucher or your payment to the return (or to each other).

● Detach the completed voucher and send it with your payment and Form 720. See *Where To File* on page 1 of the Instructions for Form 720.

*Printed on recycled paper*

---

▼ Detach Here and Mail With Your Payment and Form 720.       Form **720-V** (2006)

**Form 720-V**       **Payment Voucher**       OMB No. 1545-0023

Department of the Treasury
Internal Revenue Service

▶ Do not staple or attach this voucher to your payment.       **2006**

| 1 Enter your employer identification number. | 2 Enter the amount of your payment. ▶ | Dollars | Cents |

| 3 Tax period | | 4 Enter your business name (individual name if sole proprietor). |
| ○ 1st Quarter | ○ 3rd Quarter | Enter your address. |
| ○ 2nd Quarter | ○ 4th Quarter | Enter your city, state, and ZIP code. |