# EXHIBIT H

Form **720X**
(Rev. January 2005)
Department of the Treasury
Internal Revenue Service

# Amended Quarterly Federal Excise Tax Return

▶ Use to correct liability reported on previously filed Forms 720.

OMB No. 1545-1759

**Type or Print**

| Name | Employer identification number |
|---|---|
| Number, street, and room or suite no. | Telephone number (optional) ( ) |
| City or town, state, and ZIP code | |

**1   Adjustments to Liability Reported on Previously Filed Forms 720**

| (a) Quarter ending | (b) IRS No. | (c) Tax | (d) Tax as originally reported on Form 720 or as previously adjusted | (e) Adjusted tax | (f) Change (decrease) or increase |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2   Adjustments to Section 4051(d) Tire Credit**

| (a) Quarter ending | (b) CRN | (c) Credit | (d) Credit as originally reported on Form 720 or as previously adjusted | (e) Adjusted tire credit | (f) Change (decrease) or increase |
|---|---|---|---|---|---|
| | 366 | Section 4051(d) tire credit | | | |
| | 366 | Section 4051(d) tire credit | | | |

**3   Statement in Support of Adjustment.** For tax decreases only, indicate below the statement that applies to the adjustment.

a  For IRS Nos. 22, 26, 28, or 27, check the box below.
  ☐ The claimant has repaid the amount of the tax to the person from whom it was collected or has obtained the consent of that person to the allowance of the adjustment.

b  For all other IRS Nos. except for 98, 19, 29, 31, 30, 64, 51, 117, 20, 115, and 116, or if the tax was based on use for 71, 61, 79, and 101, check the box below.
  ☐ The claimant has not included the tax in the price of the article and has not collected the tax from the purchaser, has repaid the tax to the ultimate purchaser, or has attached the written consent of the ultimate purchaser to the allowance of the adjustment.

**4   Total adjustments.** Combine all amounts in column **(f)** for lines 1 and 2 and enter the amount here . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **4**

  If the result is an increase, this is a **balance due** and must be paid with this return. Enclose a check or money order with Form 720X and make it payable to the "United States Treasury." Write on the check or money order: "Form 720X," your name, address, EIN, and the date Form 720X was signed. Complete line 6.
  If the result is a decrease, this is an **overpayment.** Enter the amount in parentheses and complete lines 5 and 6.

**5   Check if you want the overpayment:**
a  ☐ Refunded to you.
b  ☐ Applied to your next Form 720. Enter quarter ending date ▶ _____
  See Form 720 for how to apply your overpayment.

**6   Explanation of adjustments.** See the instructions for line 1 for requirements. Attach additional sheets with your name and EIN if more space is needed.

------

------

------

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ _____  |  _____  _____
Signature                        Date            Title

Type or print name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 32661B     Form **720X** (Rev. 1-2005)

Form 720X (Rev. 1-2005) Page **2**

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

### Purpose of Form

Use Form 720X to make adjustments to liability reported on Forms 720 you have filed for previous quarters. Do not use Form 720X to make changes to claims made on Schedule C (Form 720), except for the section 4051(d) tire credit.

**Caution:** *You must include in gross income (income tax return) any overpayment from line 4 of Form 720X if you took a deduction on the income tax return that included the amount of the taxes and that deduction reduced the income tax liability. See Publication 378 for more information.*

### When To File

Generally, adjustments that decrease your tax liability for a prior quarter must be made within 3 years from the time the return was filed or 2 years from the time the tax was paid, whichever is later.

### Where To File

Send Form 720X to the Internal Revenue Service Center, Cincinnati, OH 45999-0009.

## Specific Instructions

### Line 1

Report each adjustment separately on line 1. You can use line 6 for your explanation or you can attach additional sheets with your name and EIN as needed. You **must** include the following information on line 6 for each adjustment.

1. A detailed description of the adjustment.
2. The computation of the amount.

### Column (a)

Enter the quarter ending date of the Form 720 you are amending. If you are amending more than one quarter, make sure each quarter is clearly identified. Enter the date in the MMDDYYYY format. For example, if you are adjusting the first quarter return for 2005, enter "03312005."

### Column (d)

Enter the tax amount for the IRS No. entered in column (b) as originally reported on Form 720 or as later adjusted by you or the IRS.

### Column (e)

Enter the adjusted tax liability that should have been reported for the IRS No. in column (b).

### Column (f)

If column (e) is greater than column (d), subtract column (d) from column (e). This is an increase. If column (d) is greater than column (e), subtract column (e) from column (d). This is a decrease. Show the decrease in parentheses.

### Line 2

You must use line 2 to report any adjustments to the section 4051(d) tire credit for a prior quarter. For example, if you report an additional taxable vehicle on line 1 for IRS No. 33, the applicable tire credit is reported on line 2. See the Instructions for Form 720 for more information on the tire credit.

### Line 5

If you want your overpayment refunded to you, check the box for line 5a.

If you want your overpayment applied to your next Form 720, check the box for line 5b and enter the quarter ending date of your next Form 720. You can file Form 720X separately or you can attach it to your next Form 720.

**Caution:** *If you checked the box on line 5b, be sure to include the overpayment amount on lines 6 and 7 on your next Form 720. See Form 720 for details. If you owe other federal tax, interest, or penalty, the overpayment will first be applied to the unpaid amounts.*

### Signature

Form 720X must be signed by a person authorized by the entity to sign this return. You must sign Form 720X even if it is filed with Form 720 to apply an overpayment.

## Privacy Act and Paperwork Reduction Act Notice

We ask for the information on Form 720X to carry out the Internal Revenue laws of the United States. Section 6011 requires you to provide the requested information. Section 6109 requires you to provide your taxpayer identification number. If you fail to provide this information in a timely manner, you may be subject to penalties and interest.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by section 6103. However, section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others described in the Code. For example, we may disclose your tax information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement agencies and intelligence agencies to combat terrorism.

The time needed to complete and file Form 720X will vary depending on individual circumstances. The estimated average time is:

**Recordkeeping** . . . . . . . . . . . . . 6 hr., 13 min.
**Learning about the law or the form** . . . . . 18 min.
**Preparing, copying, and sending the form to the IRS** . . . . . . . . . . . . 24 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 720X simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send the tax form to this address. Instead, see *Where To File* above.