# EXHIBIT I



Department of the Treasury
Internal Revenue Service

Publication 510
(Rev. June 2006)
Cat. No. 15014I

# Excise Taxes for 2006

(Including Fuel Tax Credits and Refunds)



Get forms and other information faster and easier by:

Internet • www.irs.gov

## Contents

What's New ..................... 2

Reminders ...................... 2

Introduction .................... 3

Excise Taxes Not Covered .......... 3

Part One. Fuel Taxes and Fuel Tax
   Credits and Refunds ............ 4
   Chapter 1. Fuel Taxes ........... 4
      Definitions ................. 4
      Information Returns .......... 5
      Registration Requirements ...... 5
      Gasoline and Aviation
         Gasoline ............... 5
      Diesel Fuel and Kerosene ...... 7
      Diesel-Water Fuel Emulsion ..... 10
      Kerosene for Use in Aviation .... 10
      Special Motor
         Fuel/Alternative Fuel ....... 11
      Compressed Natural Gas
         (CNG) ................ 12
      Fuels Used on Inland
         Waterways ............. 12
      Alcohol Sold as But Not Used
         as Fuel ................ 13
      Biodiesel Sold as But Not
         Used as Fuel ............ 13
   Chapter 2. Fuel Tax Credits and
      Refunds .................. 13
      Fuels .................. 13–16
      Refunds of Second Tax ........ 16
      Definitions of Nontaxable
         Uses ................. 17
      Alcohol Fuel Mixture Credit ..... 19
      Biodiesel Mixture Credit ........ 20
      Alcohol Fuel Credit ........... 20
      Biodiesel Fuel Credit .......... 21
      Renewable Diesel Credits ...... 21
      Alternative Fuel Credits ........ 22
      Filing Claims ............... 22

Part Two. Excise Taxes Other Than Fuel
   Taxes
   Chapter 3. Environmental Taxes ..... 25
      Oil Spill Liability Tax .......... 25
      ODCs .................... 25
   Chapter 4. Communications and
      Air Transportation Taxes ....... 27
      Uncollected Tax Report ........ 27
      Communications Tax ......... 27
      Air Transportation Taxes ....... 28
   Chapter 5. Manufacturers Taxes ..... 30
      Taxable Event .............. 31
      Exemptions ................ 31
      Sport Fishing Equipment ....... 32
      Bows, Quivers, Broadheads,
         and Points .............. 32
      Arrow Shafts ............... 33
      Coal ..................... 33
      Taxable Tires .............. 33
      Gas Guzzler Tax ............ 34
      Vaccines .................. 34
   Chapter 6. Retail Tax on Heavy
      Trucks, Trailers, and Tractors .... 35
   Chapter 7. Ship Passenger Tax ..... 38
   Chapter 8. Foreign Insurance
      Taxes .................... 38
   Chapter 9. Obligations Not in
      Registered Form ............ 39

**Part Three. Quarterly Filing Information**
Chapter 10. Filing Form 720 ........... 40
Chapter 11. Payment of Taxes ........ 40
Chapter 12. Penalties and
  Interest ................................. 42
Chapter 13. Examination and
  Appeal Procedures ............... 42
Chapter 14. Rulings Program ......... 42
Chapter 15. How To Get Tax Help ...... 43
Chapter 16. Appendix .................. 43
Index ....................................... 59

## What's New

**Communications excise tax, toll telephone service.** Collectors must stop collecting and paying over the tax on nontaxable service that is billed after July 31, 2006. Nontaxable service is bundled service and long distance service. These terms are defined in Chapter 4. Taxpayers may claim a credit or refund only on their 2006 federal income tax return for nontaxable service that was billed after February 28, 2003, and before August 1, 2006. Instructions will be provided on the applicable income tax returns. Claims for nontaxable service can no longer be filed on Form 8849, Form 720, or Form 843; the IRS will not process these claims. Information on the credit and refund procedures for collec-

per gallon). Refunds and credits are available if the full rate is paid and the kerosene is used for a reduced rate or exempt use. Registered ultimate vendors may claim the refunds for noncommercial aviation.

**Undyed diesel and undyed kerosene for use on a farm.** Registered ultimate vendors cannot make claims for undyed diesel fuel and undyed kerosene (other than kerosene for use in aviation) sold for use on a farm for farming purposes. The ultimate purchaser makes these claims.

**Farmers.** The aerial applicator waiver is no longer required to be provided by the farmer and is not included in this publication. For aviation gasoline, the aerial applicator is the claimant. For kerosene used in aviation, the registered ultimate vendor is the claimant.

The definition of farming purposes includes fuel used flying between farms and fuel used during take-off and landing.

**Diesel-water fuel emulsion.** A diesel-water fuel emulsion is taxable at a reduced rate of $.198 per gallon if certain requirements are met. If undyed diesel fuel taxed at $.244 per gallon is used to produce a diesel-water fuel emulsion, a claim may be filed for $.046 per gallon on the diesel fuel so used.

**Renewable diesel.** Renewable diesel will generally be treated the same as biodiesel for credit purposes. See *Renewable Diesel Credits*

Current Form 720 filers who incur liability for the oil spill liability tax during the quarter beginning April 1, 2006, cannot use the safe harbor method for deposits of regular method taxes in the second and third calendar quarters of 2006. Deposits for semimonthly periods in the second and third calendar quarters must not be less than 95% of the net tax liability for the semimonthly period. For more information on deposits and the safe harbor rule, see the Instructions for Form 720.

**Truck, trailer, and semitrailer chassis and bodies, and tractors.** Tractors that have a gross vehicle weight of 19,500 pounds or less and a gross combined weight of 33,000 pounds or less are excluded from the 12% tax.

**Gas guzzler tax.** Limousines over 6,000 pounds are not subject to the gas guzzler tax. See Form 6197, Gas Guzzler Tax, for more information.

**Fishing rods and fishing poles.** The rate of tax on fishing rods and fishing poles (and component parts) taxed at a rate of 10% of the sales price has a maximum tax of $10 per article. See *Sports Fishing Equipment* in chapter 5.

**Arrow shafts.** The tax on arrow shafts has increased for arrow shafts sold during 2006 to $.40 per arrow shaft. See *Arrow Shafts* in chapter 5.

**Taxable tires.** Taxable tires have been divided into three taxable types: taxable tires other

# 4.

# Communications and Air Transportation Taxes

Excise taxes are imposed on amounts paid for certain facilities and services. If you receive any payment on which tax is imposed, you are required to collect the tax, file returns, and pay the tax over to the government.

If you fail to collect and pay over the taxes, you may be liable for the trust fund recovery penalty. See *Penalties and Interest,* in chapter 12.

## Uncollected Tax Report

 *Collectors of the communications tax are not required to report any refusal to pay the tax on nontaxable service that is billed after May 25, 2006. See* Nontaxable service, *later.*

A separate report is required to be filed by collecting agents of communications services and air transportation taxes if the person from whom the facilities or services tax (the tax) is required to be collected (the taxpayer) refuses to pay the tax, or it is impossible for the collecting agent to collect the tax. The report must contain the following information: the name and address of the taxpayer, the type of facility provided or service rendered, the amount paid for the facility or service (the amount on which the tax is based), and the date paid.

**Regular method taxpayers.** For regular method taxpayers, the report must be filed by the due date of the Form 720 on which the tax would have been reported.

**Alternative method taxpayers.** For alternative method taxpayers, the report must be filed by the due date of the Form 720 that includes an adjustment to the separate account for the uncollected tax. See *Alternative method* in chapter 11.

**Where to file.** Do not file the uncollected tax report with Form 720. Instead, mail the report to:

> Internal Revenue Service
> Collected Excise Tax Coordinator
> S:C:CP:RC:EX
> 1111 Constitution Avenue NW, IR-2016
> Washington, DC 20224

## Communications Tax

 *Collectors must stop collecting and paying over the tax on nontaxable service that is billed after July 31, 2006. Nontaxable service is bundled service and long distance service. These terms are defined below. Taxpayers may claim a credit or refund* **only** *on their 2006 federal income tax return for nontaxable service that was billed after February 28, 2003, and before August 1, 2006. Instructions will be provided on the applicable income tax returns. Claims for nontaxable service can no longer be filed on Form 8849, Form 720, or Form 843; the IRS will not process these claims. Information on the credit and refund procedures for collectors is described under* Credits and Refunds, *later. For more information, see the Instructions for Form 720 (Rev. July 2006) and Notice 2006-50.*

A 3% tax is imposed on amounts paid for local telephone service and teletypewriter exchange service.

**Local telephone service.** This includes access to a local telephone system and the privilege of telephonic quality communication with most people who are part of the system. Local telephone service also includes any facility or services provided in connection with this service. The tax applies to lease payments for certain customer premises equipment (CPE) even though the lessor does not also provide access to a local telecommunications system.

*Local-only service.* Local-only service is local telephone service as described above, provided under a plan that does not include long distance telephone service or that separately states the charge for local service on the bill to customers. Local-only service also includes any facility or services provided in connection with this service, even though these services and facilities may also be used with long-distance service.

*Private communication service.* Private communication service is not local telephone service. Private communication service includes accessory-type services provided in connection with a Centrex, PBX, or other similar system for dual use accessory equipment. However, the charge for the service must be stated separately from the charge for the basic system, and the accessory must function, in whole or in part, in connection with intercommunication among the subscriber's stations.

**Teletypewriter exchange service.** This includes access from a teletypewriter or other data station to a teletypewriter exchange system and the privilege of intercommunication by that station with most persons having teletypewriter or other data stations in the same exchange system.

**Figuring the tax.** The tax is based on the sum of all charges for local telephone service included in the bill. However, if the bill groups individual items for billing and tax purposes, the tax is based on the sum of the individual items within that group. The tax on the remaining items not included in any group is based on the charge for each item separately. Do not include in the tax base state or local sales or use taxes that are separately stated on the taxpayer's bill.

### Exemptions

Payments for certain services or payments from certain users are exempt from the communications tax.

**Nontaxable service.** Nontaxable service means bundled service and long distance service.

*Bundled service.* Bundled service is local and long distance service provided under a plan that does not separately state the charge for the local telephone service. Bundled service includes voice over internet protocol service, prepaid telephone cards, and plans that provide both local and long distance service for either a flat monthly fee or a charge that varies with the elapsed time for which the service is used. Bundled service is provided for both landlines and wireless (cellular) service.

*Long distance service.* Long distance service is telephonic quality communication with persons whose telephones are outside the local telephone system of the caller.

**Installation charges.** The tax does not apply to payments received for the installation of any instrument, wire, pole, switchboard, apparatus, or equipment. However, the tax does apply to payments for the repair or replacement of those items incidental to ordinary maintenance.

**Answering services.** The tax does not apply to amounts paid for a private line, an answering service, and a one-way paging or message service if they do not provide access to a local telephone system and the privilege of telephonic communication as part of the local telephone system.

**Mobile radio telephone service.** The tax does not apply to payments for a two-way radio service that does not provide access to a local telephone system.

**Coin-operated telephones.** The tax for local telephone service does not apply to payments made for services by inserting coins in public coin-operated telephones. But the tax applies if the coin-operated telephone service is furnished for a guaranteed amount. Figure the tax on the amount paid under the guarantee plus any fixed monthly or other periodic charge.

**Telephone-operated security systems.** The tax does not apply to amounts paid for telephones used only to originate calls to a limited number of telephone stations for security entry into a building. In addition, the tax does not apply to any amounts paid for rented communication equipment used in the security system.

**News services.** The tax on teletypewriter exchange service does not apply to charges for the following news services.

- Services dealing exclusively with the collection or dissemination of news for or through the public press or radio or television broadcasting.
- Services used exclusively in the collection or dissemination of news by a news ticker service furnishing a general news service similar to that of the public press.

This exemption applies to payments received for messages from one member of the news media to another member (or to or from their bona fide correspondents). For the exemption to apply, the charge for these services must be billed in writing to the person paying for the service and that person must certify in writing that the services are used for an exempt purpose.

*Services not exempted.* The tax applies to amounts paid by members of the news media for local telephone service.

**International organizations and the American Red Cross.** The tax does not apply to communication services furnished to an international organization or to the American National Red Cross.

**Nonprofit hospitals.** The tax does not apply to telephone services furnished to income tax-exempt nonprofit hospitals for their use. Also, the tax does not apply to amounts paid by these hospitals to provide local telephone service in the homes of their personnel who must be reached during their off-duty hours.

**Nonprofit educational organizations.** The tax does not apply to payments received for services and facilities furnished to a nonprofit educational organization for its use. A nonprofit educational organization is one that satisfies all the following requirements.

- It normally maintains a regular faculty and curriculum.
- It normally has a regularly enrolled body of pupils or students in attendance at the place where its educational activities are regularly carried on.
- It is exempt from income tax under Internal Revenue Code section 501(a).

This includes a school operated by an organization exempt under Internal Revenue Code section 501(c)(3) if the school meets the above qualifications.

**Federal, state, and local government.** The tax does not apply to communication services provided to the government of the United States, the government of any state or its political subdivisions, the District of Columbia, or the United Nations. Treat an Indian tribal government as a state for the exemption from the communications tax only if the services involve the exercise of an essential tribal government function.

**Exemption certificate.** Any form of exemption certificate will be acceptable if it includes all the information required by the Internal Revenue Code and Regulations. See Regulations section 49.4253-11. File the certificate with the provider of the communication services. An exemption certificate is not required for nontaxable services.

The following users that are exempt from the communications tax do not have to file an annual exemption certificate after they have filed the initial certificate to claim an exemption from the communications tax.

- The American National Red Cross and other international organizations.
- Nonprofit hospitals.
- Nonprofit educational organizations.

- State and local governments.

The federal government does not have to file any exemption certificate.

All other organizations must furnish exemption certificates when required.

## Credits or Refunds

If tax is collected and paid over for nontaxable services, or for certain services or users exempt from the communications tax, the collector or taxpayer may claim a credit or refund as described below and in Notice 2005-60.

**Collectors.** The collector may claim a credit or refund if it has repaid the tax to the person from whom the tax was collected, or obtained the consent of that person to the allowance of the credit or refund. These requirements also apply to nontaxable service refunds.

*Collectors using the regular method for deposits.* Collectors using the regular method for deposits must use Form 720X to claim a credit or refund if the collector has repaid the tax to the person from whom the tax was collected, or obtained the consent of that person to the allowance of the credit or refund.

*Collectors using the alternative method for deposits.* Collectors using the alternative method for deposits must adjust the separate account for the credit or refund if it has repaid the tax to the person from whom the tax was collected, or obtained the consent of that person to the allowance of the credit or refund. For more information, see the Instructions for Form 720.

**Taxpayers.** Credits or refunds for nontaxable service that was billed after February 28, 2003, and before August 1, 2006, can be claimed by taxpayers only on their 2006 federal income tax returns. Forms and instructions to make the claim will be included with the 2006 income tax returns. Do not use Form 8849, Form 720, or Form 843 to make claims for nontaxable service; the IRS will not process these claims.

## Air Transportation Taxes

Taxes are imposed on amounts paid for all the following services.

- Transportation of persons by air.
- Use of international air travel facilities.
- Transportation of property by air.

## Transportation of Persons by Air

The tax on transportation of persons by air is made up of the following two parts.

- The percentage tax.
- The domestic-segment tax.

**Percentage tax.** A tax of 7.5% applies to amounts paid for taxable transportation of persons by air. Amounts paid for transportation include charges for layover or waiting time and movement of aircraft in deadhead service.

*Mileage awards.* The percentage tax may apply to an amount paid (in cash or in kind) to an air carrier (or any related person) for the right to provide mileage awards for, or other reductions in the cost of, any transportation of persons by air. For example, this applies to mileage awards purchased by credit card companies, telephone companies, restaurants, hotels, and other businesses.

Generally, the percentage tax does not apply to amounts paid for mileage awards where the mileage awards cannot, under any circumstances, be redeemed for air transportation that is subject to the tax. Until regulations are issued, the following rules apply to mileage awards.

- Amounts paid for mileage awards that cannot be redeemed for taxable transportation beginning and ending in the United States are not subject to the tax. For this rule, mileage awards issued by a foreign air carrier are considered to be usable only on that foreign air carrier and thus not redeemable for taxable transportation beginning and ending in the United States. Therefore, amounts paid to a foreign air carrier for mileage awards are not subject to the tax.
- Amounts paid by an air carrier to a domestic air carrier for mileage awards that can be redeemed for taxable transportation are not subject to the tax to the extent those miles will be awarded in connection with the purchase of taxable transportation.
- Amounts paid by an air carrier to a domestic air carrier for mileage awards that can be redeemed for taxable transportation are subject to the tax to the extent those miles will not be awarded in connection with the purchase of taxable transportation.

**Domestic-segment tax.** The domestic-segment tax is a flat dollar amount for each segment of taxable transportation for which an amount is paid. However, see *Rural airports,* later. A segment is a single takeoff and a single landing. The domestic-segment tax is $3.30 per segment that begins during 2006.

*Example.* In January 2006, Frank Jones pays $264.60 to a commercial airline for a flight in January from Washington to Chicago with an intermediate stop in Cleveland. The flight comprises two segments. The price includes the $240 fare and $24.60 excise tax [($240 × 7.5%) + (2 × $3.30)] for which Frank is liable. The airline collects the tax from Frank and pays it over to the government.

*Charter flights.* If an aircraft is chartered, the domestic-segment tax for each segment of taxable transportation is figured by multiplying the tax by the number of passengers transported on the aircraft.

*Example.* In March 2006, Tim Clark pays $1,121.20 to an air charter service to carry 7 employees from Washington to Detroit with an intermediate stop in Pittsburgh. The flight comprises two segments. The price includes the