UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA SLOAN, et. al., on behalf of themselves and all other similarly situated taxpayers, : : : : Plaintiffs, : : v. : : UNITED STATES, : : Defendant. : | No. 1:06-cv-00483 RMU |

## STIPULATION AND PROPOSED CASE MANAGEMENT ORDER

**WHEREAS**, the parties in the above-captioned actions have agreed and stipulate as follows,

IT IS, this ____ day of _____, 2006, ORDERED:

I. **FILING OF A SECOND AMENDED COMPLAINT IN *SLOAN*; DISMISSAL OF *NCS*.**

A.  The Second Amended Complaint that Plaintiffs in *Sloan, et al., v. United States*, Docket No. 1:06-cv-483 RMU ("*Sloan*") have filed included NCS Companies, Inc. as a named Plaintiff, which was a named Plaintiff in another related case previously filed in this Court. *NCS Companies, Inc. v. United States, et. al.*, Docket No.1:06-cv-00831 RMU ("*NCS*"). Upon the filing of the Second Amended Complaint, NCS Companies Inc. is deemed a named Plaintiff in the *Sloan* case.

B.  NCS Companies, Inc. shall be deemed to have filed a class claim for all purposes on May 5, 2006, the date that the *NCS* case was commenced. Any subsequent filing(s) by NCS Companies, Inc. shall relate back to this date for all purposes.

## II. SCHEDULE.

A.  No class certification motion will be decided until any motion(s) directed to the sufficiency of the complaints under Fed. R. Civ. P. 12 or otherwise have been determined.

## III. ORGANIZATION OF COUNSEL.

A.  The Plaintiffs' Executive Committee shall consist of the following law firms and attorneys:

> CHIMICLES & TIKELLIS LLP
> One Haverford Centre
> 361 West Lancaster Avenue
> Haverford, Pennsylvania 19041
>
> COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
> 1100 New York Avenue, N.W.
> Suite 500, West Tower
> Washington, D.C. 20005
>
> CUNEO GILBERT & LADUCA, LLP
> 507 C Street, NE
> Washington, DC 20002
>
> EGAN, FITZPATRICK, MALSCH & CYNKAR, PLLC
> 8300 Boone Boulevard, Suite 340
> Vienna, VA 22182
>
> LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
> 2001 L Street, NW, Suite 900
> Washington, D.C. 20036
>
> MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, Delaware 19801

>PROFESSOR CHARLES TIEFER
>University of Baltimore
>3904 Woodbine Street
>Chevy Chase, MD 20815
>
>TODD & WELD LLP
>28 State Street
>Boston, MA 02109
>
>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
>270 Madison Avenue
>New York, New York 10016

B.   The Chairs of the Plaintiffs' Executive Committee ("Chairs") shall consist of the following two law firms:

>CHIMICLES & TIKELLIS LLP
>One Haverford Centre
>361 West Lancaster Avenue
>Haverford, Pennsylvania 19041
>
>CUNEO GILBERT & LADUCA, LLP
>507 C Street, NE
>Washington, DC 20002

C.   The Chairs, on behalf of the Plaintiffs' Executive Committee, shall:

>i.   have authority to speak for all plaintiffs in matters regarding pretrial procedure and settlement negotiations;
>
>ii.  be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff except through the Chairs of the Plaintiffs' Executive Committee;

        iii.      make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort; and

        iv.      be available and responsible for communications to and from this Court, including the distribution to counsel of orders and other directions from the Court. The Chairs shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

D.    If any defendant files a single pleading or other paper directed to all plaintiffs in the coordinated cases, the response on behalf of the plaintiffs shall be made in a single pleading or other paper to be served by the Chairs. All plaintiffs in the coordinated actions shall be bound by that pleading or paper.

E.    The Chairs may communicate to defendants agreements upon which defendants' counsel may rely, and such agreements shall be binding on all plaintiffs.

F.    The parties shall utilize the Court's Electronic Case Filing system ("ECF") for all filings made with the Court. Service of all other documents shall be governed by the following: Defendants shall effect service of papers on plaintiffs by serving a copy of same on the Chairs, which shall constitute service and notice to the various attorneys for which the Chairs are acting. The Chairs shall be responsible for distributing copies among plaintiffs' remaining counsel. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel. The mode of service shall

be as provided by the Local Rules or, if not specified in the Local Rules, by hand or overnight delivery.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
Honorable Ricardo M. Urbina

AGREED TO:

Dated: August 8, 2006

*Jonathan W. Cuneo*
Jonathan W. Cuneo, Esquire (DC Bar #939389)
Charles J. LaDuca, Esquire (DC Bar #476134)
Steven N. Berk, Esquire (DC Bar #432870)
William H. Anderson, Esquire
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
*On Behalf of Plaintiffs and All Plaintiffs' Counsel*

Dated: August 8, 2006

*Ivan C. Dale (by Permission)*
Ivan C. Dale
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
(202) 307-6615
*On Behalf of Defendants*