## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:06-cv-00483 RMU |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR A ONE-DAY ENLARGEMENT OF TIME
TO REPLY IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS**

The United States, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully moves the Court for the entry of an order extending the time to August 15, 2006 by which the United States must serve and file a reply in support of its motion to dismiss the second amended complaint, filed July 20, 2006.

In support of this request, the United States represents as follows:

1.  The second amended complaint in this case was filed on July 6, 2006.

2.  The United States' motion to dismiss the second amended complaint was filed on July 20, 2006.

3.  The Court previously granted a motion for extension of time to allow the plaintiffs to file an opposition to the motion to dismiss. Pursuant to that grant, the plaintiffs filed their opposition on August 3, 2006.

4.  According to the present briefing schedule, the United States' reply in support of its motion to dismiss is due to be served and filed on August 14, 2006.

1863613.1

5.  Fed. R. Civ. P. 6(b)(1) provides that:

> [w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed[.]

6.  Owing to the length of plaintiffs' opposition papers, and the gravity of relief sought by the plaintiffs, the United States is unable to fully reply within the time provided. The United States submits that it will be able to obtain the views of all interested persons, and fully reply in support of its motion to dismiss, on or before August 15, 2006.

7.  Accordingly, the United States respectfully requests the Court to extend the deadline for serving and filing a reply in support of its motion to dismiss by one (1) business day to August 15, 2006.

8.  **Certificate of nonopposition pursuant to L. Civ. R. 7.1(m).** On August 14, 2006, the undersigned contacted, by telephone, lead counsel for the plaintiffs to determine whether there is any opposition to the relief sought by this motion. Counsel for the plaintiffs advised the undersigned that, without expressing any opinion as to the efficacy or accuracy of the contentions set forth in this motion, the plaintiffs did not oppose the relief sought herein

Accordingly, the United States respectfully requests that the Court grant its motion for an enlargement of time to August 15, 2006 in which to serve and file a reply in support of its motion to dismiss.

Dated:    August 14, 2006

                                        Respectfully submitted,

                                        __/s/ Ivan C. Dale_____
                                        IVAN C. DALE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC 20044
                                        Telephone: (202) 307-6615

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney