IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

AND NOW this _____ day of August, 2006, IT IS HEREBY ORDERED that the United States' Unopposed Motion for a One-Day Enlargement of Time to Reply in Support of Its Motion to Dismiss is GRANTED.

It is further ORDERED that the United States shall serve and file its reply in support of its motion to dismiss on or by August 15, 2006.

_____
UNITED STATES DISTRICT JUDGE

1863613.1