IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES, )<br>)<br>        Defendant. ) | No. 1:06-cv-00483 RMU |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing UNOPPOSED MOTION FOR A ONE-DAY ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS, and proposed ORDER were caused to be served upon the plaintiffs on the 14th day of August, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Jonathan W. Cuneo
> Charles J. LaDuca
> William H. Anderson
> Cuneo, Gilbert & LaDuca, LLP
> 507 C Street NE
> Washington, DC 20002
>
> Robert J. Cynkar
> Egan, Fitzpatrick, Malsch & Cynkar, PLLC
> 8300 Boone Boulevard, Suite 340
> Vienna, VA 22182
>
> Professor Charles Tiefer
> University of Baltimore
> 3904 Woodbine Street
> Chevy Chase, MD 20815

1863613.1

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block & Boothby, LLC
2001 L Street NW, Suite 900
Washington, DC 20036

Nicholas E. Chimicles
Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

R. Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Stephen A. Madva
Clifford Scott Meyer
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Christopher Weld, Jr.
Kevin T. Peters
Todd & Weld, LLP
28 State Street
Boston, MA 02110

Andrew N. Friedman
Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

        David L. Wales
        Mark C. Rifkin
        Martin Restituyo
        Wolf Haldenstein Adler Freeman & Herz LLP
        270 Madison Avenue
        New York, NY 10016


                              /s/ Ivan C. Dale_____
                           IVAN C. DALE