## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA SLOAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:06-cv-00483 RMU |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing REPLY MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS SECOND AMENDED COMPLAINT was caused to be served upon the plaintiffs on the 15th day of August, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>Jonathan W. Cuneo
>Charles J. LaDuca
>William H. Anderson
>Cuneo, Gilbert & LaDuca, LLP
>507 C Street NE
>Washington, DC 20002
>
>Robert J. Cynkar
>Egan, Fitzpatrick, Malsch & Cynkar, PLLC
>8300 Boone Boulevard, Suite 340
>Vienna, VA 22182

1856360.2

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block & Boothby, LLC
2001 L Street NW, Suite 900
Washington, DC 20036

Nicholas E. Chimicles
Benjamin F. Johns
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

R. Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Stephen A. Madva
Clifford Scott Meyer
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Christopher Weld, Jr.
Kevin T. Peters
Todd & Weld, LLP
28 State Street
Boston, MA 02110

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

Andrew N. Friedman
Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

       David L. Wales
       Mark C. Rifkin
       Martin Restituyo
       Wolf Haldenstein Adler Freeman & Herz LLP
       270 Madison Avenue
       New York, NY 10016


                __/s/ Ivan C. Dale_____
                IVAN C. DALE