IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRGINIA SLOAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:06-cv-00483 RMU |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN IMMEDIATE INITIAL STATUS CONFERENCE AND THE SCHEDULING OF ORAL ARGUMENT AND/OR EVIDENTARY HEARING

Having considered Plaintiffs' Motion for an Immediate Initial Status Conference and the Scheduling of Oral Argument and/or Evidentiary Hearing, and any response by the Defendant thereto, the Court concludes that Plaintiffs' Motion ought to be granted. Accordingly, it is this _____ day of _____, 200__, at Washington, D.C.,

ORDERED that Plaintiffs' Motion for an Immediate Initial Status Conference and the Scheduling of Oral Argument and/or Evidentiary Hearing is granted;

ORDERED that an Initial Status Conference shall be held on _____ at _____ _____; and

ORDERED that an Oral Argument and/or Evidentiary Hearing with respect to the following pending motions: _____ _____, shall be held on_____ at_____.

- 2 -

IT IS SO ORDERED this _____ day of _____, 2006.

                                                _____
                                                UNITED STATES DISTRICT JUDGE
                                                Hon. Ricardo M. Urbina