## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGINIA SLOAN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No.: 1:06-cv-00483 RMU** |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |

### PRAECIPE

On August 31, 2006, the Internal Revenue Service ("IRS") released IR-2006-137, which was filed with this Court as an attachment to Plaintiffs' September 7, 2006 pleading. This News Release was primarily dedicated to the announcement of the so-called "safe harbor" amounts for individuals seeking refunds of the Federal Excise Tax on toll telephone communications. Because the "safe harbor" amounts announced in IR-2006-137 do not apply to businesses and non-profits, the IRS initiated an abbreviated comment period on simplifying the refund process for those entities. In response to the IRS's request for input, NCS Companies, Inc. and Catering by Design, Inc., Plaintiffs in the above-captioned action, submitted the attached comments.[1] (Exhibit 1). Plaintiffs do not intend this comment submission to undermine the remedies sought in this litigation, nor do they contend that the comment negates the need for an immediate status hearing.

/
/
/

---

[1] Plaintiffs do not include the attachments to the comments because the attachments were comprised exclusively of pleadings previously filed in this action.

DATED: September 19, 2006.          CUNEO GILBERT & LADUCA, LLP


By: _____

Jonathan W. Cuneo, Esq. (DC Bar# 939889)
David Stanley, Esq. (DC Bar# 174318)
Charles J. LaDuca, Esq. (DC Bar# 476134)
Steven N. Berk, Esq. (DC Bar #432870)
William Anderson, Esq.
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

Nicholas E. Chimicles, Esq. (pro hac vice)
Benjamin F. Johns, Esq. (pro hac vice)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Henry D. Levine, Esq. (DC Bar# 952770)
Stephen J. Rosen, Esq. (DC Bar# 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

Robert J. Cynkar, Esq. (DC Bar# 957845)
EGAN, FITZPATRICK, MALSCH &
CYNKAR, PLLC
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Christopher Weld, Jr., Esq. (pro hac vice)
Kevin Peters, Esq. (pro hac vice)
TODD & WELD, LLP
28 State Street
Boston, MA 02109

Professor Charles Tiefer (DC Bar# 330910)
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

R. Montgomery Donaldson, Esq.
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801

Stephen A. Madva, Esq.
Clifford Scott Meyer, Esq.
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Andrew N. Friedman, Esq. (DC Bar# 375595)
Victoria S. Nugent, Esq. (DC Bar# 470800)
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

David L. Wales, Esq.
Mark C. Rifkin, Esq.
Martin Restituyo, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016