IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGINIA SLOAN, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-00483 RMU |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PRAECIPE

Plaintiffs submit this Praecipe to bring to the Court's attention important developments relative to *Virginia Sloan, et al. v. United States of America* and to request a status conference on the earliest date after January 10, 2007, that is convenient to the Court. On December 28, 2006, the Judicial Panel on Multidistrict Litigation ordered that two related actions pending in district courts in the Eastern District of Wisconsin and the Central District of California be consolidated with the *Sloan* case and transferred to this Court for coordinated and consolidated pretrial proceedings. The order transferring these actions is attached as Exhibit A.

In an effort efficiently to organize Plaintiffs' Counsel and move this litigation forward, undersigned Counsel in the *Sloan* case have forwarded to Counsel in the other two actions letters requesting a meeting of all Plaintiffs' Counsel on January 10, 2007. Copies of these letters are attached as Exhibits B-I. Plaintiffs' Counsel called this meeting immediately because of the urgency associated with the pending April 15, 2007 tax filing deadline, and due to the IRS's continued "rulemaking," which does not adhere to the notice and comment procedures mandated by the APA. IRS Notice 2007-11 is attached as Exhibit J.

Plaintiffs request that the Court schedule a status conference as soon after the January 10, 2007 meeting as possible to address the future management of this litigation, and the adjudication of the pending motions.

DATED: January 4, 2007.

Respectfully submitted,

_____
CUNEO GILBERT & LADUCA, LLP
Jonathan W. Cuneo, Esq. (DC Bar# 939389)
Robert J. Cynkar, Esq. (DC Bar# 957845)
William H. Anderson, Esq.

507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

Nicholas E. Chimicles, Esq. (pro hac vice)
Benjamin F. Johns, Esq. (pro hac vice)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Andrew N. Friedman (DC Bar# 375595)
Victoria S. Nugent (DC Bar# 470800)
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Henry D. Levine, Esq. (DC Bar# 952770)
Stephen J. Rosen, Esq. (DC Bar# 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

R. Montgomery Donaldson
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801

EGAN, FITZPATRICK & MALSCH, PLLC
2001 K Street, NW, Suite 400
Washington, DC 20006

Stephen A. Madva
Clifford Scott Meyer
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Christopher Weld, Jr., Esq. (pro hac vice)
Kevin Peters, Esq. (pro hac vice)
TODD & WELD, LLP
28 State Street
Boston, MA 02109

Professor Charles Tiefer (DC Bar# 330910)
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

David L. Wales
Mark C. Rifkin
Martin Restituyo
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of January, 2007, a copy of the foregoing Praecipe and attached exhibits were served through the Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, First Class, postage prepaid:

Randy Hart, Esquire
200 Public Square
Suite 3300
Cleveland, OH 44113

R. Gaylord Smith, Esquire
Lewis Brisbois Bisgaard & Smith
550 West C Street, Suite 800
San Diego, CA 92101

Eric Kennedy, Esquire
Weisman, Kennedy & Berris Co., L.P.A.
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark Griffin, Esquire
Law Offices of Mark Griffin
175 Honeybelle Oval
Orange, OH 44022

Richard F. Scruggs, Esquire
Scruggs Law Firm
120A Courthouse Square
P.O. Box 1136
Oxford, MS 38655

Michael D. Leffel, Esquire
Foley & Lardner LLP
Verex Plaza
150 E Gilman Street
P.O. Box 1497
Madison, WI 53701

Michael Bowen, Esquire
Foley & Lardner, LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

Issac J. Morris, Esquire
Foley & Lardner LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

                                                          /s/   Jonathan W. Cuneo
                                                          JONATHAN W. CUNEO