IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRGINIA SLOAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:06-cv-00483 RMU |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FIRM CHANGE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective January 1, 2007, ROBERT J. CYNKAR, formerly of EGAN, FITZPATRICK, MALSCH & CYNKAR, PLLC, joined the firm of CUNEO GILBERT & LADUCA, LLP. As such, ROBERT J. CYNKAR'S new address is 507 C Street, N.E., Washington, DC 20002.

Dated: January 12, 2007               Respectfully submitted,

                                      CUNEO GILBERT & LaDUCA, LLP

                                      By:   /s/  Robert J. Cynkar
                                            ROBERT J. CYNKAR

                                            507 C Street, N.E.
                                            Washington, DC 20002
                                            Telephone: 202-789-3960
                                            Facsimile:  202-789-1813
                                            rcynkar@cuneolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2007, a copy of the foregoing Notice of Firm Change was served through the Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, First Class, postage prepaid:

Randy Hart, Esquire
200 Public Square
Suite 3300
Cleveland, OH 44113

R. Gaylord Smith, Esquire
Lewis Brisbois Bisgaard & Smith
550 West C Street, Suite 800
San Diego, CA 92101

Eric Kennedy, Esquire
Weisman, Kennedy & Berris Co., L.P.A.
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark Griffin, Esquire
Law Offices of Mark Griffin
175 Honeybelle Oval
Orange, OH 44022

Richard F. Scruggs, Esquire
Scruggs Law Firm
120A Courthouse Square
P.O. Box 1136
Oxford, MS 38655

Michael D. Leffel, Esquire
Foley & Lardner LLP
Verex Plaza
150 E Gilman Street
P.O. Box 1497
Madison, WI 53701

Michael Bowen, Esquire
Foley & Lardner, LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

Issac J. Morris, Esquire
Foley & Lardner LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

/s/  Robert J. Cynkar
ROBERT J. CYNKAR