BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: LONG-DISTANCE TELEPHONE  :
SERVICE FEDERAL EXCISE TAX       :    MDL DOCKET NO. 1798
REFUND LITIGATION                :
                                 :

*SLOAN* PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-1) THAT
INCLUDES THE *BELLONI* ACTION IN MDL-1798

Based upon the arguments and authorities set forth in the accompanying Brief in Support of Motion to Vacate Conditional Transfer Order (CTO-1) that Includes the *Belloni* Action in MDL-1798, as well as the Panel's December 28, 2006 order,[1] Plaintiffs in the *Sloan* case respectfully request that that the Panel enter an order vacating Conditional Transfer Order (CTO-1), and excluding the *Belloni* case from the MDL-1798 proceedings.

DATED: January 30, 2007.

By: _____
Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633

---

[1] *In re Long-Distance Telephone Service Federal Excise Tax Refund Litig.*, 2006 WL 3848729 (Dec. 28, 2006 J.P.M.L.).

Jonathan W. Cuneo, Esq.
David Stanley, Esq.
Charles J. LaDuca, Esq.
Robert J. Cynkar, Esq.
William Anderson, Esq.
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

Henry D. Levine, Esq.
Stephen J. Rosen, Esq.
LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

Christopher Weld, Jr., Esq.
Kevin Peters, Esq.
TODD & WELD, LLP
28 State Street
Boston, MA 02109

Professor Charles Tiefer
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

R. Montgomery Donaldson
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801

Stephen A. Madva
Clifford Scott Meyer
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

- 3 -

Andrew N. Friedman
Victoria S. Nugent
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

David L. Wales
Mark C. Rifkin
Martin Restituyo
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016