IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL No. 1798<br><br>Judge Ricardo M. Urbina<br><br>Docket No. 1:07-mc-00014-RMU |

### [PROPOSED] CASE MANAGEMENT ORDER NO. 2

**WHEREAS**, on December 28, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order pursuant to 28 U.S.C. § 1407 that, *inter alia*, transferred an action pending in the Central District of California, *Oscar Gurrola, et al. v. United States, et al.*, Docket No. 2:06-3425 ("*Gurrola*") and an action pending in the Eastern District of Wisconsin, *Neiland Cohen v. United States*, Docket No. 2:05-1237 ("*Cohen*") to this Court for coordinated or consolidated pretrial proceedings with *Sloan, et. al. v. United States*, Docket No. 1:06-cv-483 ("*Sloan*"); and

**WHEREAS**, in an effort to effectively organize Plaintiffs' Counsel and move this litigation forward, the Plaintiffs' Executive Committee in the *Sloan* case, Plaintiffs' Counsel in the *Cohen* case, and Plaintiffs' Counsel in the *Gurrola* case have agreed and stipulated to the case management structure set forth below,

IT IS, this _____ day of _____ 2007, ORDERED:

I.       **ORGANIZATION OF COUNSEL.**

The Plaintiffs' Counsel in the *Sloan*, *Gurrola*, and *Cohen* cases will create three (3) case-management bodies – the Counsel Committee; the Plaintiffs' Executive Committee; and Plaintiffs' Liaison Counsel – as follows:

    A.       The Counsel Committee shall consist of the following law firms:

        CHIMICLES & TIKELLIS LLP
        One Haverford Centre
        361 West Lancaster Avenue
        Haverford, PA 19041

        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, D.C. 20005

        CUNEO GILBERT & LADUCA, LLP
        507 C Street, NE
        Washington, DC 20002

        FOLEY & LARDNER LLP
        777 East Wisconsin Avenue
        Milwaukee, WI 53202-5306

        LAW OFFICES OF MARK GRIFFIN
        175 Honeybelle Oval
        Orange, OH 44022

        LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
        2001 L Street, NW, Suite 900
        Washington, D.C. 20036

        LEWIS BRISBOIS BISGAARD & SMITH
        550 West C. Street, 8th Floor
        San Diego, CA 92101

        MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801

PROFESSOR CHARLES TIEFER
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

RANDY J. HART, ESQUIRE
200 Public Square
Suite 3300
Cleveland, OH 44113

SCRUGGS LAW FIRM
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655

TODD & WELD LLP
28 State Street
Boston, MA 02109

WEISMAN, KENNEDY & BERRIS CO., L.P.A.
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016


B. The Plaintiffs' Executive Committee shall consist of the following law firms:

CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002

FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

3

LEWIS BRISBOIS BISGAARD & SMITH
550 West C. Street, 8th Floor
San Diego, CA 92101

LEVINE, BLASZAK, BLOCK AND BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, D.C. 20036

SCRUGGS LAW FIRM
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655

C.  The Plaintiffs' Liaison Counsel shall be:

CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002

## II. RESPONSIBILITIES AND AUTHORITY OF PLAINTIFFS' LIAISON COUNSEL, EXECUTIVE COMMITTEE, AND COUNSEL COMMITTEE.

A.  Responsibilities and authority of the Counsel Committee.

   1.  Monitor all aspects of the litigation; and

   2.  Bring matters of concern to the attention of the Executive Committee and, if necessary, the Court.

B.  Responsibilities and authority of the Plaintiffs' Executive Committee.

   1.  Plaintiffs' Executive Committee shall:

       a. Determine the overall strategy for the Plaintiffs' side of the case;

       b. Approve all proposed filings (except that any member of the Counsel Committee may file a motion seeking modification of this Order);

MILW_2181008.1

    c. Assign billable work in connection with the case other than client contacts and reports;

    d. Delegate assignments to and supervise the work performed by any committees formed by the Executive Committee for the purposes of handling discovery, briefing, fact development, or any other specific tasks;

    e. Arrange for the argument of motions, where called for by the court;

    f. Oversee preparation of, and approve, a comprehensive consolidated statement of pending motions and briefs, with a view to minimizing the burden on the Court in considering and deciding such motions;

    g. Undertake all settlement negotiations, stipulations, and other contacts with opposing counsel that involve binding any of the parties;

    h. Attend all conferences and hearings held by the Court; and

    i. Oversee all other aspects of the litigation.

2. The Executive Committee shall determine, in the event that separate subclasses are certified by the Court, whether such subclasses should have separate lead counsel for trial or other purposes.

3. The Executive Committee will proceed by consensus and, in the absence of consensus, by majority vote.

4. The Executive Committee will take action only at meetings (including telephonic meetings) held upon reasonable notice (which shall not be less than two business days unless an urgent matter requires shorter notice) to

MILW_2181008.1

all members of the Executive Committee, in which all members will have a meaningful opportunity to participate.

5. Any member of the Executive Committee may by written notice to Liaison Counsel designate another attorney from the firm(s) in his or her group to participate in an Executive Committee meeting in the absence of the designating attorney.

C. Responsibilities and authority of the Plaintiffs' Liaison Counsel.

1. Plaintiffs' Liaison Counsel shall serve as Chair of the Executive Committee and, as such, may participate in all meetings and discussions of the Executive Committee but shall vote only to make a tie (in which case the motion under consideration shall be defeated) or to break a tie resulting from the votes of the other members of the Executive Committee.

2. Plaintiffs' Liaison Counsel will have those responsibilities specified in ¶ 19 of the Court's Practice and Procedure Order, and such other responsibilities as the Court may assign, or that the Executive Committee may specify.

## III. APPLICATION OF THIS ORDER TO TRANSFERRED OR SUBSEQUENTLY FILED CASES.

This Order shall apply to each civil action which arises out of the same or similar facts as those in *In re Long-Distance Telephone Service Federal Excise Tax Litigation*, MDL-1798, and that may subsequently be filed in or transferred to this Court, including *Anthony Belloni, et al. v.*

*Verizon Communications, Inc., et al.*, S.D. New York, C.A. No. 1:06-11459 ("*Belloni*"), which was conditionally transferred to these MDL proceedings by the JPML on January 16, 2007.[1] The plaintiffs' counsel in any case that may be subsequently be filed in (or transferred to) these MDL proceedings, including the plaintiffs' counsel in *Belloni* (if that case is not remanded by the JPML), shall be added to the Plaintiffs' Counsel Committee established by this Order, but shall not be added to the Plaintiffs' Executive Committee or Liaison Counsel. Any discovery already taken by Plaintiffs Counsel in the MDL-1798 proceedings shall be available and useable by Plaintiffs' Counsel in any case that may be subsequently filed in or transferred to these MDL proceedings.

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
Honorable Ricardo M. Urbina

---

[1] Plaintiffs' Counsel in the *Sloan* case and in the *Belloni* case have both filed objections to the JPML's order transferring the *Belloni* case for coordinated or consolidated pretrial proceedings in this Court. On February 14, 2007, the JPML informed the parties that it would resolve the objections without oral argument.

AGREED TO:

/s/ Nicholas E. Chimicles
Nicholas E. Chimicles
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
*On behalf of the Sloan Plaintiffs*

/s/
Michael Bowen
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
*On behalf of the Cohen Plaintiffs*

/s/
R. Gaylord Smith
LEWIS BRISBOIS BISGAARD & SMITH
550 West C. Street, 8th Floor
San Diego, CA 92101
*On behalf of the Gurrola Plaintiffs*

MILW_2181008.1