A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sloan, et al.,

      Plaintiff(s)

vs.

United States of America

      Defendant(s)

**APPEARANCE**

CASE NUMBER   06-cv-483

To the Clerk of this court and all parties of record:

Please enter the appearance of   William H. Anderson   as counsel in this
(Attorney's Name)

case for:   Virginia Sloan
(Name of party or parties)

March 26, 2007
Date

*(signature)*
Signature

DC Bar # 502380
BAR IDENTIFICATION

William H. Anderson
Print Name

507 C Street, NE
Address

Washington, DC 20002
City    State    Zip Code

202-789-3960
Phone Number