**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                               :
                               :      MDL No. 1798
IN RE: LONG-DISTANCE TELEPHONE  :
SERVICE FEDERAL EXCISE TAX      :      Judge Ricardo M. Urbina
REFUND LITIGATION             :
                               :      Docket No. 1:07-mc-00014-RMU
_____:

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

        Exhibit 2, which is submitted on behalf of the Plaintiffs as an attachment to the

Joint Status Report, is in paper form only and is being maintained in the case file in the

Clerk's Office.  These documents will be available for public viewing and copying

between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

DATED: March 30, 2007.

                               CUNEO GILBERT & LADUCA, LLP

                               By:_____/s/_____
                               Jonathan W. Cuneo, Esq. (DC Bar# 939389)
                               Robert J. Cynkar, Esq. (DC Bar# 957845)
                               William Anderson, Esq. (DC Bar # 502380)
                               507 C Street, NE
                               Washington, DC 20002
                               Phone: 202-789-3960
                               Fax: 202-789-1813

                               Nicholas E. Chimicles, Esq. (pro hac vice)
                               Benjamin F. Johns, Esq. (pro hac vice)
                               CHIMICLES & TIKELLIS LLP
                               One Haverford Centre
                               361 West Lancaster Avenue
                               Haverford, Pennsylvania 19041

Michael A. Bowen
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Henry D. Levine, Esq. (DC Bar# 952770)
Stephen J. Rosen, Esq. (DC Bar# 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

Sidney A. Backstrom
SCRUGGS LAW FIRM
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith
550 West C. Street, 8th Fl
San Diego, CA 92101

*Plaintiffs' Executive Committee*
*in MDL-1798*