*In re: Long-Distance Telephone Service Federal Excise Tax Refund Litigation* - MDL No. 1798

Suggested Reading Materials to Assist the Court in Resolving the Outstanding Claims and Issues in the Motions to Dismiss Directed to the Operative Complaints Filed in *Cohen, Sloan* and *Gurrola*.

| | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| **I. APA CLAIMS.** | | |
| Notice 2006-50 Exceeds Agency Authority. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 82-88.<br>(2) Sloan Brief in Support of Preliminary Injunction: pages 1-8; 15-23.<br>(3) Sloan Brief in Opposition to the motion to dismiss the second amended complaint: pages 13-19.<br>(4) Sloan Reply Motion in Support of Preliminary Injunction: pages 1-19. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in Sloan: pages 1-14. |
| Notice 2006-50 was Illegally Promulgated Without Notice and Comment. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 89-94.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 13-19.<br>(3) Cohen Second Amended Complaint: ¶¶ 26-29.<br>(4) Sloan Motion for Preliminary Injunction: pages 1-8; 15-26.<br>(5) Reply Motion in Support of Preliminary Injunction filed in Sloan: pages 1-10.<br>(6) Cohen Brief in opposition to the Moiton to Dismiss the APA claim, at pages 1-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in Sloan: pages 1-14.<br>(4) Motion to Dismiss APA Claim in Cohen Second Amended Complaint: pages 1-16. |
| Notice 2006-50 is Arbitrary & Capricious. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 95-98.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 13-19.<br>(3) Sloan Motion for Preliminary Injunction: pages 1-8; 15-26.<br>(4) Reply Motion in Support of Preliminary Injunction filed in Sloan: pages 1-24; Expert Report Exhibit.<br>(5) Cohen Brief in opposition to the Moiton to Dismiss the APA claim, at pages 1-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in Sloan: pages 1-14.<br>(4) Motion to Dismiss APA Claim in Cohen Second Amended Complaint: pages 1-16. |

| II. CON. LAW CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Violation of Due Process in the Exaction of the FET. | (1) Sloan Second Amended Complaint: ¶¶ 1-65.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of Due Process Because of the Absence of Post-Deprivation Relief. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 66-70.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of the Takings Clause. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 71-75.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27.<br>(3) Gurrola First Amended Complaint: ¶¶ 90-94.<br>(4) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 5-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, at pages 22-23.<br>(4) Reply Brief in Support of the Motion to Dismiss the First Amended Gurrola Complaint, at pages 4-6. |
| Violation of Substantive Due Process. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 76-81.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-24. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of the Uniformity Clause. | (1) Gurrola First Amended Complaint: ¶¶ 58-63; 95-98.<br>(2) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 14-16. | (1) Reply Brief in Support of the Motion to Dismiss the First Amended Gurrola Complaint, at pages 8-9. |

| III. TAX REFUND CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Plaintiffs Have Satisfied I.R.C. § 7422 by Filing a Class Refund Claim. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 106-111.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 35-42. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 18-20. |
| I.R.C. § 7422 Has Not Been Made Effective due to Failure to Promulgate Necessary Regulations. | (1) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 31-39. | (1) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 18-20. |
| I.R.C. § 7422 Has Been Waived and/or Rendered Futile. | (1) Cohen Second Amended Complaint: ¶¶ 12; 22-25.<br>(2) Gurrola First Amended Complaint: ¶ 53-57; 103-108.<br>(3) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: page 18-21.<br>(4) Cohen Reply Brief in Support of Class Certification at pages 3-5.<br>(5) Cohen Brief in Support of Summary Judgment at pages 5-7.<br>(6) Sloan Second Amended Complait at ¶109<br>(7) Sloan Brief in Opposition to the Motion to Dismiss, pages 39-42. | (1) Motion to Dismiss the Refund Claim filed in Cohen at pages 1-12. |
| I.R.C. § 7422 Has Been Satisfied Because One or More Named Plaintiff's Refund Claims Has Been Denied. | (1) Sloan Second Amended Complaint: ¶¶ 23-24; 109-111.<br>(2) Cohen Second Amended Complaint: ¶¶ 10; 22-25.<br>(3) Cohen Brief in Opposition to the Motion to Dismiss the Refund Claim: pages 2-14.<br>(4) Sloan Brief in Opposition to Motion to Dismiss Second Amended Complaint: pages 35-42. | (1) Motion to Dismiss the Sloan Second Amended Complaint: pages 10-16.<br>(2) Motion to Dismiss the Refund Claim in the Cohen Complaint: pages 1-11. |

| IV. OTHER CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Unjust Enrichment. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 99-102.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 19-24.<br>(3) Gurrola First Amended Complaint: ¶ 114-116. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, pages 20-25. |
| Illegal Exaction. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 103-105<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 19-24.<br>(3) Gurrola First Amended Complaint: ¶¶ 99-102.<br>(4) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 17-18. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, pages 20-25. |
| Injunctive Relief to Stop the Implementation of Notice 2006-50. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 112-117.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 27-29.<br>(3) Sloan 2nd Brief in Support of Preliminary Injunction.<br>(4) Second Brief in Further Support of Preliminary Injunction filed in Sloan. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-23.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 14.<br>(3) Brief in Opposition to Second Motion for Preliminary Injunction filed in Sloan. |
| Declaratory Relief to Stop the I.R.S. from Acting Beyond its Authority. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 112-117<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 29-30. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18; 23-24.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 14. |
| Conversion. | (1) Gurrola First Amended Complaint: ¶¶ 117-122. | |
| Violation of the Federal Truth in Billing Regulations. | (1) Gurrola First Amended Complaint: ¶¶ 133-137. | |