UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | : : : : : : : | Master File: Member Cases: 06-cv-483: 07-cv-050: 07-cv-051: 06-cv-11459: | 07-mc-0014 (RMU) *Sloan et al. v. United States* *Gurrola et al. v. United States* *Cohen v. United States* *Belloni v. Verizon Commc'ns* |
| This Document Relates To: **ALL CASES** | : : | MDL Docket No. **1798** | |

## PLAINTIFFS' MOTION TO LIFT THE STAY OF DISCOVERY

The plaintiffs in the above-entitled action, by their undersigned attorneys, hereby move the United States District Court for the District of Columbia, the Honorable Ricardo M. Urbina presiding, for an order pursuant to Rule 16(b)(8), Fed. R. Civ. Proc., lifting the stay of discovery provided for in the Practice and Procedure Order (Docket No. 8), and allowing discovery to proceed, subject to any limitations that may be imposed following the scheduling conference herein, or upon motion of any of the parties, or otherwise by the Court.

This motion is opposed. As indicated in paragraph 10 of the Joint Status Report submitted by the parties (Docket No. 20), the parties have conferred about the advisability of discovery pending disposition of the Government's motions to dismiss and, despite good faith efforts on both sides to arrive at agreement on that issue, are at impasse.

The grounds for this motion are set forth in the supporting brief submitted herewith.

DATED: April 11, 2007

                                                 /s/
Jonathan W. Cuneo (DC Bar # 939389)
Robert Cynkar (DC Bar # 957845)
William H. Anderson (DC Bar # 502380)
Cuneo Gilbert & LaDuca LLP

                    507 C Street N.E.  
                    Washington, D.C.  20002  
                    (202) 789-3960  
                    (202) 789-1813 facsimile  
                    jonc@cuneolaw.com

DATED:  April 11, 2007                    /s/  
                    Michael A. Bowen  
                    Attorney Bar Number:  1016965 (Wis.)  
                    Zhu (Julie) Lee  
                    Attorney Bar Number:  1032454 (Wis.)  
                    Isaac J. Morris  
                    Attorney Bar Number:  1053535 (Wis.)  
                    FOLEY & LARDNER LLP  
                    777 East Wisconsin Avenue  
                    Milwaukee WI  53202-5306  
                    (414) 271-2400

                    Michael D. Leffel (DC Bar # 464721)  
                    FOLEY & LARDNER LLP  
                    150 East Gilman Street  
                    Madison WI  53703-1481  
                    (608) 258-4258

                    <u>Direct Inquiries to:</u>  
                    Michael A. Bowen  
                    (414) 297-5538 direct  
                    (414) 297-4900 facsimile  
                    mbowen@foley.com

DATED:  April 11, 2007                    /s/  
                    Nicholas E. Chimicles (*pro hac vice*)  
                    Benjamin F. Johns (*pro hac vice*)  
                    Chimicles & Tikellis LLP  
                    One Haverford Centre  
                    361 West Lancaster Avenue  
                    Haverford PA  19041  
                    (610) 642-8500  
                    (610) 649-3633 facsimile  
                    nick@chimicles.com

2

MILW_2282930.1

DATED:  April 11, 2007                                /s/
                                             Henry D. Levine (DC Bar # 952770)
                                             Stephen J. Rosen (DC Bar # 441942)
                                             Levine Blaszak Block & Boothby LLP
                                             2001 L Street NW, Suite 900
                                             Washington D.C.  20036
                                             (202) 857-2540
                                             (202) 223-0833 facsimile
                                             hlevine@lb3law.com

DATED:  April 11, 2007                                /s/
                                             R. Gaylord Smith
                                             Lewis Brisbois Bisgaard & Smith
                                             550 West C Street, Suite 800
                                             San Diego CA  92101
                                             (619) 699-4975
                                             (619) 233-8627 facsimile
                                             smith@lbbslaw.com

DATED:  April 11, 2007                                /s/
                                             Sydney A. Backstrom
                                             Richard F. Scruggs
                                             Scruggs Law Firm, PA
                                             120A Courthouse Square
                                             P.O. Box 1136
                                             Oxford MS  38655
                                             (662) 281-1212
                                             (662) 281-1312 facsimile
                                             sbackstrom@scruggsfirm.com