UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | : : : : : : : : : : | Master File: 07-mc-0014 (RMU) <br><br> Member Cases: <br> 06-cv-483:  *Sloan et al. v. United States* <br> 07-cv-050:  *Gurrola et al. v. United States* <br> 07-cv-051:  *Cohen v. United States* <br> 06-cv-11459:  *Belloni v. Verizon Commc'ns* |
| This Document Relates To: **ALL CASES** | | MDL Docket No. **1798** |

## ORDER

Upon the motion of the plaintiffs, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**, pursuant to Rule 16(b)(8), Fed. R. Civ. Proc., as follows:

(1) The stay of discovery in the Court's Practice and Procedure Order is hereby lifted; and

(2) This Order is without prejudice to any limitations that may be placed upon discovery as a result of any scheduling conference held in this matter, or upon the motion of any party, or otherwise by order of this Court.

Dated this _____ day of _____, 2007.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
Ricardo M. Urbina
District Court Judge

MILW_2282943.1