**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| In re LONG-DISTANCE TELEPHONE | : | Master File: | 07-mc-0014 (RMU) |
| SERVICE FEDERAL EXCISE TAX | : | | |
| REFUND LITIGATION | : | Member Cases: | |
| | : | 06-cv-483: | *Sloan et al. v. United States* |
| | : | 07-cv-050: | *Gurrola et al. v. United States* |
| | : | 07-cv-051: | *Cohen v. United States* |
| | : | 06-cv-11459: | *Belloni v. Verizon Commc'ns* |
| This Document Relates To: | : | | |
| **ALL CASES** | : | MDL Docket No. **1798** | |

**PLAINTIFFS' MOTION TO LIFT THE STAY OF DISCOVERY**

The plaintiffs in the above-entitled action, by their undersigned attorneys, hereby move the United States District Court for the District of Columbia, the Honorable Ricardo M. Urbina presiding, for an order pursuant to Rule 16(b)(8), Fed. R. Civ. Proc., lifting the stay of discovery provided for in the Practice and Procedure Order (Docket No. 8), and allowing discovery to proceed, subject to any limitations that may be imposed following the scheduling conference herein, or upon motion of any of the parties, or otherwise by the Court.

This motion is opposed. As indicated in paragraph 10 of the Joint Status Report submitted by the parties (Docket No. 20), the parties have conferred about the advisability of discovery pending disposition of the Government's motions to dismiss and, despite good faith efforts on both sides to arrive at agreement on that issue, are at impasse.

The grounds for this motion are set forth in the supporting brief submitted herewith.

DATED: April 11, 2007

                                          /s/
                            Jonathan W. Cuneo (DC Bar # 939389)
                            Robert Cynkar (DC Bar # 957845)
                            William H. Anderson (DC Bar # 502380)
                            Cuneo Gilbert & LaDuca LLP

507 C Street N.E.
Washington, D.C.  20002
(202) 789-3960
(202) 789-1813 facsimile
jonc@cuneolaw.com

DATED:  April 11, 2007                                          /s/
                                             Michael A. Bowen
                                             Attorney Bar Number:  1016965 (Wis.)
                                             Zhu (Julie) Lee
                                             Attorney Bar Number:  1032454 (Wis.)
                                             Isaac J. Morris
                                             Attorney Bar Number:  1053535 (Wis.)
                                             FOLEY & LARDNER LLP
                                             777 East Wisconsin Avenue
                                             Milwaukee WI  53202-5306
                                             (414) 271-2400

                                             Michael D. Leffel (DC Bar # 464721)
                                             FOLEY & LARDNER LLP
                                             150 East Gilman Street
                                             Madison WI  53703-1481
                                             (608) 258-4258

                                             Direct Inquiries to:
                                             Michael A. Bowen
                                             (414) 297-5538 direct
                                             (414) 297-4900 facsimile
                                             mbowen@foley.com

DATED:  April 11, 2007                                          /s/
                                             Nicholas E. Chimicles (*pro hac vice*)
                                             Benjamin F. Johns (*pro hac vice*)
                                             Chimicles & Tikellis LLP
                                             One Haverford Centre
                                             361 West Lancaster Avenue
                                             Haverford PA  19041
                                             (610) 642-8500
                                             (610) 649-3633 facsimile
                                             nick@chimicles.com

MILW_2282930.1

DATED:  April 11, 2007

                        /s/
Henry D. Levine (DC Bar # 952770)
Stephen J. Rosen (DC Bar # 441942)
Levine Blaszak Block & Boothby LLP
2001 L Street NW, Suite 900
Washington D.C.  20036
(202) 857-2540
(202) 223-0833 facsimile
hlevine@lb3law.com

DATED:  April 11, 2007

                        /s/
R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith
550 West C Street, Suite 800
San Diego CA  92101
(619) 699-4975
(619) 233-8627 facsimile
smith@lbbslaw.com

DATED:  April 11, 2007

                        /s/
Sydney A. Backstrom
Richard F. Scruggs
Scruggs Law Firm, PA
120A Courthouse Square
P.O. Box 1136
Oxford MS  38655
(662) 281-1212
(662) 281-1312 facsimile
sbackstrom@scruggsfirm.com

3