IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION ) ) ) ) ) ) ) | Master File: 07-ms-0014 (RMU)<br><br>MDL Docket No: 1798<br><br>**ALL CASES** |

## ORDER

Having considered the plaintiffs' motion to lift stay of discovery, together with the memorandum in support, and having further considered the United States' opposition thereto, the Court concludes that the motion ought to be denied, and that good cause has been shown for continuing the stay of discovery pending resolution of the United States' motions to dismiss these cases. Accordingly, it is

ORDERED that the motion to lift the stay of discovery is denied; and it is further

ORDERED that the stay contemplated by paragraph 16 of the Court's January 29, 2007, Practice and Procedure Order shall remain in effect until the Court's resolution of all of the United States' pending motions to dismiss.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.

2419128.2