IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL No. 1798<br><br>Judge Ricardo M. Urbina<br><br>Docket No. 1:07-mc-00014-RMU |

### PETITION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c) and (d), I, Jonathan W. Cuneo, Esquire of the law firm of Cuneo Gilbert & LaDuca, LLP, hereby move for the *pro hac vice* admission of Mark D. Griffin (hereinafter referred to as "Petitioner") to practice in this Court as co-counsel for Plaintiffs in the above captioned matter, and state in support thereof as follows:

1. I am serving as counsel for Plaintiffs in the subject case. I am a member in good standing of the Bar of this Court.

2. In support of Petitioner's Motion for Admission *Pro Hac Vice* and pursuant to the requirements of Local Rule 83.2(c) and (d), the declaration of the Petitioner is attached hereto as Exhibit "A."

3. I hereby state that no Statement of Points and Authorities is necessary to support Petitioner's Motion for Admission *Pro Hac Vice*.

WHEREFORE, the Petitioner meets the requirements of the Local Rules and the disposition of the Motion rests within the sound discretion of this Court.

Respectfully Submitted,

Dated: April 30, 2007

By: _____
Jonathan W. Cuneo, Esquire (DC Bar# 939389)
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960