**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | : : : : : : | MDL No. 1798<br><br>Judge Ricardo M. Urbina<br><br>Docket No. 1:07-mc-00014-RMU |

## DECLARATION OF MARK D. GRIFFIN

1. My name is Mark D. Griffin. I am an attorney at law at the Griffin Law Firm, 175 Honeybelle Oval, Orange, Ohio 44022. My office telephone number is 216-346-7376.

2. I have been admitted to the Bars of the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Ohio, the Ohio Supreme Court and all subsidiary Ohio courts.

3. I certify that I have not been disciplined by any Bar.

4. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia and the Code of Professional

Responsibility as adopted by the District of Columbia Court of Appeals and will faithfully adhere to these rules.

Dated: Apr. 30, 2007

Mark D. Griffin (Ohio No. 64141)
The Griffin Law Firm
175 Honeybelle Oval
Orange, Ohio 44022
Tel: 216-346-7376
Fax: 216-861-6679
E-Mail: Mark.D.Griffin@Gmail.com