IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL No. 1798<br><br>Judge Ricardo M. Urbina<br><br>Docket No. 1:07-mc-00014-RMU |

### [PROPOSED] ORDER

AND NOW, upon consideration of the Motion of Plaintiffs, having applied for an Order admitting Mark D. Griffin, Esquire, attorney of the law firm of the Griffin Law Firm, *pro hac vice* to this Court, and the Court having considered the declaration in support of that application, and for good cause shown:

It is on this _____ day of _____, 2007 hereby ORDERED that:

1. Mark D. Griffin, Esquire be admitted *pro hac vice* for the purpose of participating as counsel for plaintiffs during the pendency of this action, including all discovery and trial; and

2. Mark D. Griffin shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules and the rules of this Court, during the time of their *pro hac vice* admission.

BY THE COURT:

_____
Judge Ricardo M. Urbina

Dated: _____