**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | : | MDL No. 1798 |
|  | : |  |
| IN RE: LONG-DISTANCE TELEPHONE | : | Judge Ricardo M. Urbina |
| SERVICE FEDERAL EXCISE TAX | : |  |
| REFUND LITIGATION | : | Docket No. 1:07-mc-00014-RMU |
|  | : |  |
| _____ | : | **ALL CASES** |

**MOTION IN SUPPORT OF ENTRY OF
[PROPOSED] CASE MANAGEMENT ORDER NO. 3**

Plaintiffs' Counsel in *Sloan v. United States*, *Cohen v. United States*, *Gurrola v. United States*, and *Belloni v. United States* (collectively the "Coordinated Actions") are before the Court for coordinated or consolidated pretrial proceedings, pursuant to an April 19, 2007 order of the Judicial Panel on Multidistrict Litigation. Plaintiffs' Counsel respectfully request that the Court grant the attached Proposed Case Management Order No. 3, jointly submitted on behalf of all Plaintiffs' Counsel in the Coordinated Actions.

Respectfully Submitted,

DATED: May 9, 2007

_____/s/_____
Jonathan W. Cuneo (DC Bar # 939389)
Robert Cynkar (DC Bar # 957845)
William H. Anderson (DC Bar # 502380)
Cuneo Gilbert & LaDuca LLP
507 C Street N.E.
Washington, D.C.  20002
(202) 789-3960
(202) 789-1813 facsimile

DATED:  May 9, 2007                          _____/s/_____
                                             Michael A. Bowen
                                             Attorney Bar Number:  1016965 (Wis.)
                                             Zhu (Julie) Lee
                                             Attorney Bar Number:  1032454 (Wis.)
                                             Isaac J. Morris
                                             Attorney Bar Number:  1053535 (Wis.)
                                             FOLEY & LARDNER LLP
                                             777 East Wisconsin Avenue
                                             Milwaukee WI  53202-5306
                                             (414) 271-2400
                                             (414) 297-4900 facsimile

                                             Michael D. Leffel (DC Bar # 464721)
                                             FOLEY & LARDNER LLP
                                             150 East Gilman Street
                                             Madison WI  53703-1481
                                             (608) 257-5035
                                             (608) 258-4258 facsimile

DATED:  May 9, 2007                          _____/s/_____
                                             Nicholas E. Chimicles (*pro hac vice*)
                                             Benjamin F. Johns (*pro hac vice*)
                                             Chimicles & Tikellis LLP
                                             One Haverford Centre
                                             361 West Lancaster Avenue
                                             Haverford PA  19041
                                             (610) 642-8500
                                             (610) 649-3633 facsimile

DATED:  May 9, 2007                          _____/s/_____
                                             Henry D. Levine (DC Bar # 952770)
                                             Stephen J. Rosen (DC Bar # 441942)
                                             Levine Blaszak Block & Boothby LLP
                                             2001 L Street NW, Suite 900
                                             Washington D.C.  20036
                                             (202) 857-2540
                                             (202) 223-0833 facsimile

DATED:  May 9, 2007                          _____/s/_____
                                             R. Gaylord Smith
                                             Lewis Brisbois Bisgaard & Smith
                                             550 West C Street, Suite 800
                                             San Diego CA  92101
                                             (619) 699-4975
                                             (619) 233-8627 facsimile

DATED:  May 9, 2007                         _____/s/_____
                                            Sydney A. Backstrom
                                            Richard F. Scruggs
                                            Scruggs Law Firm, PA
                                            120A Courthouse Square
                                            P.O. Box 1136
                                            Oxford MS  38655
                                            (662) 281-1212
                                            (662) 281-1312 facsimile


DATED: May 9, 2007                          _____/s/_____
                                            Kelechi O. Onyeobia
                                            Christopher Neufeld
                                            Law Offices of Kelechi O. Onyeobia, PC
                                            485 Lorimer Street, Suite 205
                                            Brooklyn, NY 11211
                                            (646) 660-1964
                                            (718) 486-3626 facsimile