## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of May, 2007, I caused to be served this Motion in Support of Entry of [Proposed] Case Management Order No. 3 and [Proposed] Case Management Order No. 3 through the Court's ECF system, upon all attorneys registered with that system.

                                                        /s/
                                       William H. Anderson