UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION <br><br> This Document Relates To: <br> ALL CASES | ) <br> ) <br> ) Master file: 07-mc-0014 (RMU) <br> ) <br> ) Member Cases: <br> ) <br> ) 06-cv-483: *Sloan v. United States* <br> ) 07-cv-050: *Gurrola v. United States* <br> ) 07-cv-051: *Cohen v. United States* <br> ) 07-cv-801: *Belloni v. Verizon* <br> ) <br> ) MDL Docket No. 1798 <br> ) |

**NOTICE OF APPEARANCE
OF TIME WARNER INC.**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Henk Brands as counsel in this case for Time Warner Inc., which is a defendant in *Belloni v. Verizon Communications*.

                                                            Respectfully submitted,

                                                            /s/
                                          _____
                                          HENK BRANDS (DC BAR # 451710)
                                          PAUL, WEISS, RIFKIND,
                                            WHARTON & GARRISON LLP
                                          1615 L Street, N.W., Suite 1300
                                          Washington, DC 20036-5694
                                          (202) 223-7300

June 4, 2007                                   *Counsel for Time Warner Inc.*

- 2 -

## Certificate of Service

   I hereby certify that, today, June 4, 2007, I caused a copy of the foregoing to be sent by first-class mail to the parties listed below.

                    /s/
               _____
                 Henk Brands

Richard F. Scruggs
Sidney A. Backstrom
SCRUGGS LAW FIRM, PA
120A Courthouse Square
P.O. Box 1136
Oxford, MS 38655-1136

Robert G. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street
Suite 800
San Diego, CA 92101

Jonathan Watson Cuneo
Charles J. LaDuca
Robert J. Cynkar
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002

Nicholas E. Chimicles
Benjamin F. Johns
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Christopher Weld, Jr.
Kevin T. Peters
TODD & WELD, LLP
28 State Street
Boston, MA 02110

- 3 -

Steven N. Berk
CHAVEZ & GERTLER, LLP
1225 15th Street, NW
Washington, DC 20005

Michael A. Bowen
Michael D. Leffel
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Gregory E. Van Hoey
Ivan C. Dale
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 7238
Washington, DC 20044-7238

Daniel P. Collins
Burton A. Gross
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Sean A. Lev
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

Alan M. Unger
Alex J. Kaplan
John J. Lavelle
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019-6018

Patrick S. Wolleson
BREITHAUPT, DUNN, DU BOS, SHAFTO & WOLLESON, LLC
1800 Hudson Lane
Suite 200-A
Monroe, LA 71201

Richard Henry Dolan
Schlam Stone & Dolan, LLP
26 Broadway
New York, NY 10004

John P. Frantz
One Verizon Way
VC54N067
Basking Ridge, NJ 07920

Alejandro N. Mayorkas
O'Melveny & Myers, LLP
400 South Hope Street
10th Floor
Los Angeles, CA 90071-2899

Christopher R. Neufeld
Law Offices of Kelechi O. Onyeobia, PC
485 Lorimer Street, Suite 205
Brooklyn, NY 11211

Bobby C. Lawyer
AT&T Services Legal Department
525 Market Street
Suite 2001
San Francisco, CA 94105