UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | : : : : : : : : : : | Master File: Member Cases: 06-cv-483: 07-cv-050: 07-cv-051: 06-cv-11459: MDL Docket No: **1798** | 07-mc-0014 (RMU) *Sloan et al. v. United States* *Gurrola et al. v. United States* *Cohen v. United States* *Belloni v. Verizon Commc'ns* |
| This Document Relates To: **ALL CASES** | | | |

## ORDER

### DIRECTING INTERESTED PARTIES TO SHOW CAUSE WHY CONSENT FOR TRANSFER SHOULD NOT BE GRANTED

On January 16, 2007, the Judicial Panel on Multidistrict Litigation (hereinafter, "MDL Panel") provisionally transferred *Belloni v. Verizon Communications* to this court for consolidation with the above captioned multidistrict litigation. *Belloni v. Verizon Comm'cns*, No. 1798 (JPML Jan. 16, 2007) (Conditional Transfer Order (CTO-1)). Responding to motions to vacate this provisional transfer order, the MDL Panel, on April 19, 2007, issued a final order transferring the *Belloni* matter to this court. *Belloni*, No. 1798 (JPML April 19, 2007) (Transfer Order). Under the terms of that order, the MDL Panel transfers the *Belloni* action pending "the consent" of this court "for inclusion in the coordinated or consolidated pretrial proceedings[.]" *Id.* at 2; 28 U.S.C. § 1407(b) (stating that "actions may be assigned by the panel . . . [w]ith the consent of the transferee district"). To assist the court in determining whether to grant consent for the transfer and consolidation, it is this ___ day of June, 2007 hereby

**ORDERED** that any party wishing show cause why the court should not consent to the transfer and consolidation of the *Belloni* case must do so within 30 calendar days of this order, and it is

**FURTHER ORDERED** that oppositions thereto must be filed within 15 calendar days thereof, with replies due within 10 calendar days thereof.

This case is hereby **STAYED** pending the court's determination of consent to the MDL Panel's transfer order.

**SO ORDERED**.

                                                       RICARDO M. URBINA
                                                   United States District Judge