## UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To:<br><br>*Belloni v. Verizon Communications, Inc.* | MDL Docket No. 1798<br><br>Master File:  07-mc-0014 (RMU)<br><br>Member Case: 07-cv-801 |

## CENTURYTEL'S RULE 12(B)(2) MOTION TO DISMISS AMENDED COMPLAINT

NOW INTO COURT comes Defendant, CenturyTel, Inc., pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, which respectfully submits this memorandum in support of its motion to dismiss the amended complaint in *Belloni v. Verizon Communications*, No. 07-cv-801, for the reasons set forth in the memorandum in support and declaration of Stacey Goff, both of which are filed concurrently herewith and incorporated herein by reference.

    Respectfully submitted,

    **BREITHAUPT, DUNN, DUBOS, SHAFTO & WOLLESON, LLC**
    1800 Hudson Lane, Suite 200-A
    Monroe, Louisiana 71201
    Telephone: (318) 322-1202
    Facsimile: (318) 322-1984
    Email: swolleson@bddswlaw.com


    BY:   s/P. Scott Wolleson
           P. Scott Wolleson (#22691)

**ATTORNEYS FOR CENTURYTEL, INC.**