**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL Docket No. 1798 |
| | Master File:  07-mc-0014 (RMU) |
| This Document Relates To: | Member Case: 07-cv-801 (RMU) |
| *Belloni v. Verizon Communications, Inc.* | |

## DECLARATION OF STACEY GOFF

STATE OF LOUISIANA          )
                                          )
PARISH OF OUACHITA         )

I, Stacey Goff, being first duly sworn, hereby declare:

1.      I am over 21 years of age and if called as a witness, I would and could testify competently to such matters. I make this declaration based on personal knowledge of the facts set forth herein, as well as my review of the books and records of CenturyTel, Inc. that are kept in the ordinary course of its business and information provided to me by persons upon whom I regularly rely in the ordinary course of my duties.

2.      I am the Senior Vice President, General Counsel, and Secretary for CenturyTel, Inc.  I have held this position since August 26, 2003.  In connection with this position, I am familiar with the corporate structure of CenturyTel and its subsidiaries.

3.      CenturyTel, Inc. is a Louisiana Corporation with its principal place of business in Monroe, Louisiana.

4.      CenturyTel, Inc. is merely a holding company with its operations primarily conducted by its subsidiaries.

5.    The business activities of CenturyTel, Inc. consist of the ownership of interests in a variety of subsidiary entities operating in the telecommunications industry.

6.    CenturyTel, Inc. does not conduct business in New York and is neither licensed nor authorized to do so.

7.    CenturyTel, Inc. does not provide communication services or bill any customers for communication services, and therefore does not assess or collect federal communications excise taxes from any customer in New York or any other state. Likewise, because CenturyTel, Inc. does not provide any communication services or assess or collect federal communications excise taxes in New York, it does not remit any federal communications excise tax to the federal government.

8.    CenturyTel, Inc. does not have a registered agent for service of process in New York. CenturyTel does not have any offices in New York, does not own any real or personal property in New York, does not have any employees in New York, does not have a mailing address in New York, pays no taxes to New York, and does not advertise or solicit business in New York.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated: August ⏐ , 2007

_____
Stacey Goff