## UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To:<br><br>*Belloni v. Verizon Communications, Inc.* | MDL Docket No. 1798<br><br>Master File:  07-mc-0014 (RMU)<br><br>Member Case: 07-cv-801 |

### **[PROPOSED] ORDER**

Upon consideration of CenturyTel's Rule 12 (B) (2) Motion to Dismiss Amended Complaint in *Belloni v. Verizon Communications, Inc.*, No. 07-cv-801(RMU), the memorandum in support thereof, and any opposition and reply thereto, it is hereby

**ORDERED** that the motion to dismiss is GRANTED, and this action is dismissed with prejudice with respect to CenturyTel, Inc.

_____     _____
DATE                                                              Ricardo M. Urbina
                                                                          United States District Judge