UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re : | |
| : | MDL Docket No. 1798 |
| LONG-DISTANCE TELEPHONE SERVICE : | Master File: 07-mc-0014 (RMU) |
| FEDERAL EXCISE TAX REFUND LITIGATION : | |
| : | |
| This Document Relates To : | |
| *Cohen v. United States* : | 07-cv-0051 (RMU) |
| *Gurrola v. United States* : | 07-cv-0050 (RMU) |
| *Sloan v. United States* : | 06-cv-0483 (RMU) |

## ORDER

### GRANTING THE DEFENDANT'S MOTIONS TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 25th day of March, 2008, it is hereby

**ORDERED** that the defendant's motions to dismiss are **GRANTED**, and it is

**FURTHER ORDERED** that the Cohen plaintiff's APA claim is *sua sponte* **DISMISSED**; it is

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge