IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL Docket No. 1798<br>Master File: 1:07-mc-00014 (RMU) |
| This Document Relates To<br>*Sloan v. United States* | Docket No. 06-cv-0483 (RMU) |

## NOTICE OF APPEAL

Notice is hereby given that Virginia Sloan, Gary M. Sable, Robert McGranahan, Shari Perlowitz, Reginald A. Krasney, Carolyn Hrusovsky, Catering by Design, Inc., James Gillins, and NCS Companies, plaintiffs in *Sloan v. United States,* Docket No. 06-cv-0483 (RMU), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion entered in this action on the 25th day of March, 2008. (Dkt. Nos. 63-64).

DATED: April 11, 2008.

CUNEO GILBERT & LADUCA, LLP

By: _/s/ Jonathan L. Cuneo_
Jonathan W. Cuneo, Esq. (DC Bar# 939389)
Robert J. Cynkar, Esq. (DC Bar# 957845)
William Anderson, Esq. (DC Bar # 502380)
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

Nicholas E. Chimicles, Esq. (pro hac vice)
Benjamin F. Johns, Esq. (pro hac vice)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Henry D. Levine, Esq. (DC Bar# 952770)
Stephen J. Rosen, Esq. (DC Bar# 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

Christopher Weld, Jr., Esq. (pro hac vice)
Kevin Peters, Esq. (pro hac vice)
TODD & WELD, LLP
28 State Street
Boston, MA 02109

Professor Charles Tiefer (DC Bar# 330910)
University of Baltimore
3904 Woodbine Street
Chevy Chase, MD 20815

R. Montgomery Donaldson, Esq.
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
1105 North Market St., Suite 1500
Wilmington, Delaware 19801

Stephen A. Madva, Esq.
Clifford Scott Meyer, Esq.
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

David L. Wales, Esq.
Mark C. Rifkin, Esq.
Martin Restituyo, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this day of April 11, 2008, a copy of the foregoing Notice of Appeal was served through the Court's CM/ECF system on all counsel registered with that system.

                                                                    /s/ JONATHAN W. CUNEO